AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>William Blauser, Jr.<br>DOB: XX/XX/XXXX<br>&<br>Pauline Bauer<br>DOB: XX/XX/XXXX<br>*Defendant(s)* | Case: 1:21-mj-00435<br>Assigned to: Judge Harvey, G. Michael<br>Assign Date: 5/18/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress, ...(BAUER)
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, ...(BAUER/BLAUSER)
18 U.S.C. § 1752(a)(2) - Knowingly Engages in Disorderly or Disruptive Conduct in Restricted Building or Grounds, ...(BAUER/BLAUSER)
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds, ...(BAUER/BLAUSER)
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds....(BAUER/BLAUSER)

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Michael Shaffer, Special Agent; and Brent White, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 05/18/2021

*Judge's signature*

City and state:  Washington, D.C.      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*