IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America** | * |
| | * |
| v. | *   Case No.  21-cr-0386-2 (TNM) (ZMF) |
| | * |
| **Pauline Bauer,** | * |
| **Defendant.** | * |
| | ******* |

NOTICE OF FILING EXHIBITS RE MEMORANDUM OF
LAW REGARDING CONTEMPT

Attached are Exhibits to the Memorandum of Law Regarding Contempt (ECF 18):

Exhibit 1 -   Letter from Defendant's Bauer's sister;

Exhibit 2 -   Appearance Bond; Order Setting Conditions of Release filed in United States v. Bauer, No. 1:21-mj-00057-RAL (WD PA)

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
MD Trial Bar No. 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391; 301-854-0076 (fax)

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the instant Notice of Filing Exhibits was served this 22nd day of June, 2021, via ECF on all counsel of record.

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**