Pamela King
408 Knollwood Drive
Valencia, PA 16059
croskeyking@yahoo.com

June 1, 2021

**FILED**

JUN 03 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Judge Richard Lanzillo
U.S. Courthouse
Western District of Pennsylvania
17 South Park Row
Erie, PA 16501

Re: Pauline Bauer, PA Case #21-57, Docket #21-MJ-00057-RAL2

Dear Judge Lanzillo,

My name is Pamela King, currently living in Valencia, PA. I am writing on behalf of my Sister, Pauline Bauer, and asking the court to grant leniency in the decision of her case.

Pauline is the hardest working woman I know who always puts others before herself. She has successfully operated her restaurant business for over 15 years and works 13-14 hour days right alongside of her employees. She has employed many young adults throughout the community and has mentored them through to graduation making sure that they are accountable for their responsibilities. She has helped with homework at times, provided volunteer opportunities, catered school events and has even provided financial assistance and basic essentials to those in need in order to advance them. She has volunteered her time and services to many events throughout the community and is always willing to help others in need when asked and sometimes when not even asked. I know this as being fact because I have personally helped in many of these events and have witnessed her generosity.

Because of her being a restaurant owner, she has had first-hand experience in dealing with the pressures and unlawful restrictions put into place by our governor's extreme outreach throughout the 2020/2021 pandemic. She became more involved in learning of her constitutional rights as a business owner throughout this ordeal and her involvement with peaceful assemblies led up to the January 6, 2021 rally in Washington, DC. She is a firm believer in The Constitution of the United States and The Bill of Rights and is a very vocal woman who expresses her beliefs.

Her participation at the January 6, 2021 rally in Washington DC was strictly to support her constitutional rights and I believe that the events that took place were provoked by other agitators in that crowd. I do not agree that she should be persecuted and slandered and I feel that the charges against her are unwarranted.

I thank you in advance for your time and consideration to my plea.

Respectfully,

*Pamela King*

Pamela King


...ing
208 Knollwood Drive
Valencia, PA 16059



**CERTIFIED MAIL**

7020 2450 0000 1882 9059


1000


16501

U.S. POSTAGE PAID
FCM LETTER
VALENCIA, PA
16059
JUN 02, 21
AMOUNT

**$7.00**
R2305M145346-30

Judge Richard Lanzillo
U.S. Courthouse
Western District of Pennsylvania
17 South Park Row
Erie, PA  16501
Case #21-57, Docket #21-MJ-00057-RAL2