COLOR OF LAW AGENCY So Named:
**DISTRICT OF COLUMBIA CIRCUIT**
D-U-N-S® number for
District of Columbia Circuit:
D-U-N-S number: XXXXXX277
Doing Business As
**Federal Court**

Leave to file GRANTED
*[signature]*
**TREVOR N. MCFADDEN**
**United States District Judge**
6/28/21

UNITED STATES
d.b.a.
USA
A De facto Private Shareholder owned Bankrupt Foreign for profit governmental services Corporation Listed as UNITED STATES on Dunn and Bradstreet Correction: Our Government is a Republic Properly styled "The United States for America"

vs.

PAULINE BAUER - VESSEL

NOW COMES Pauline Bauer
compos mentis
By Special Divine Appearance Pauline Bauer, One of we the people, Petitioner, Attorney in-Fact Sui Juris, Jus Soli, a living soul, created by God, a self-governed individual, the woman being involuntarily held as surety, an ambassador of Christ, taking dominion over Juris[diction] of the Land and Water.
Land, Air, Water - this is LAW

Case No.
CUSIP   21-cr-386-2

## NOTICE: Appearance of Co-Counsel

Be it known by all parties, known or unknown, disclosed or undisclosed,
THE FACT:

Notice:
**USC 18 § 2076:** CLERK IS TO FILE: "Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both".
**USC 18 §2071:** Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, documents filed or deposited with any clerk or officer of any court, shall be fined or imprisoned not more than three years, or both.

I, Me, Pauline: Bauer the Living Soul, A Creation of God, A Woman, As ONE People do hereby NOTICE the Court **My Right** to Co-Counsel and to Council of My choosing.

**Be it Known to All :**

I, Me, Pauline: Bauer Notice the Court to the Special Divine Appearance of Co-Counsel and do hereby reserve the Right to further Council and or Counsel.

**Now Comes:**

By My, Pauline: Bauer's Right to Counsel, the Living Soul *Robert-Lee: Lawrence, Jr.*
An American State National, One of "*We the People*" having Claimed Sui Juris, Jus Soli. USC 8 sec. 1101(a) (21) (23) Passport Document issued and in possession by the Living Soul. Not a citizen, resident, or PERSON of the U.S. Corporation.
A Nobel from the Ancient House of Lorentz and a FACT before the Court of the Land Juris as recorded and evidenced by a Patent of Nativity, a Deed of re-conveyance, Notice of Default Judgment and Affidavit of Truth and Reputation.

> I, Me, Pauline Bauer the Living Soul, declare under the LAW of the United States of America that foregoing document and statements herein are true and correct to the best of my knowledge and ability to express.
>
> Executed on this 25th Day of June 2021.
>
> By: /s/ Pauline J. Bauer (SEAL)
>
> Pauline: Bauer a Living Soul
> UCC 1 - 308
> The Living Embodiment of God's Creation
> Red Ink autograph and thumb print (seal)

Three copies Emailed and sent registered mail via the USPO.

Registered Mail # RF 445 416 450 US

Notice:
**USC 18 § 2076:** CLERK IS TO FILE: "Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both".
**USC 18 §2071:** Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, documents filed or deposited with any clerk or officer of any court, shall be fined or imprisoned not more than three years, or both.