Created by: Pauline Bauer – Executor, a Living Soul, A Woman.
Created For: PAULINE BAUER – VESSEL –

**COLOR OF LAW AGENCY So Named,**
**DISTRICT OF COLUMBIA**
**d.b.a.**
**U.S. District Court**
**DISTRICT OF COLUMBIA CIRCUIT**

Leave to file GRANTED

*[signature]*
TREVOR N. MCFADDEN
United States District Judge
6/30/21

UNITED STATES
d.b.a.
USA
UNITED STATES OF AMERICA

v.

PAULINE BAUER

CASE NO. 1:21-cr-00386-TNM

NOTICE:
CLERK TO FILE

**CITATION**

Notice: USC 18 §2076; CLERK IS TO FILE: "Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both."

It is hereby Required that the CLERK OF COURTS shall post on PACER my Notice of Special Appearance created by: Pauline Bauer for public record IMMEDIATELY.

MAGISTRATE JUDGE ZIA M. FARUQUI recognized my claim as a [people]. I "do not have to ask permission". He asked that I, "contact or inform them if my travel plans change".

MAGISTRATE JUDGE ZIA M. FARUQUI recognized my claim as a [sovereign] when he did not require my sig-nature. A sovereign autographs documents.

See Exhibits in support of MAGISTRATE JUDGE ZIA M. FARUQUI'(s) statements on the record.

**EXHIBITS:**

A. My Patent of Nativity properly noticed, properly recorded and properly filed on the land Juris.
B. My Deed of Re-Conveyance, properly noticed, properly recorded and properly filed on the land Juris.

*Notice to agent is notice to principal, notice to principal is notice.

Honorably submitted, executed and sealed by the voluntary act of my own hand, this 25st day of June, 2021.

EXECUTOR

By: *[signature]* Pauline; Bauer

PAULINE BAUER-VESSEL

All rights reserved UCC 1-308 All rights reserved

The Clerk's Office shall give notice and serve:
Magistrate Judge Zia M. Faruqui
District Judge Trevor N. McFadden

2021-014213



**KENNETH J. GAMBLE**
Erie County Clerk Of Records

# RECORDER OF DEEDS DIVISION

ERIE COUNTY COURTHOUSE
140 W. 6TH STREET, ROOM 121, ERIE, PA 16501
PHONE: (814) 451-6246   FAX: (814) 451-6213
EMAIL: recorder@eriecountypa.gov

Instrument Number: 2021-014213     RECEIPT FOR PAYMENT     Record Date:  6/04/2021
Instrument Type:  AGREEMENT                                 Record Time:  01:42:37
                                                            Receipt No.:  1287662

### Receipt Distribution
| Fee/Tax Description | Payment Amount |
|---|---|
| AGREEMENT | 27.50 |
| AGREEMENT - WRIT | .50 |
| CO REC MGT ACCT | 2.00 |
| ROD REC MGT ACCT | 3.00 |
| Cash | $33.00 |
| Total Received......... | $33.00 |

Recording Page Count:  6

Paid By Remarks: BAUER/BAUER/JT

NOTE: Some information subject to change during the verification process and may not be reflected on this page.

*[signature]*

2021 JUN -4

RECORDER OF DEEDS
ERIE COUNTY, PA.

ERIE COUNTY RECORDING DISTRICT
COURT OF RECORD OF THE LAND JURISDICTION
PUBLICY RECORDED
TO ALTER, IGNORE, OR DISPOSE OF IS A FELONY

**Deed of Re-Conveyance**

**Patent of Nativity**

Return to: :Pauline: .Bauer

c/o rural route 1072 Bliss Hill Rd

Kane, Pennsylvania [near 16735]

This cover sheet has been added to these recorded documents to provide space for the recording data.

This cover sheet appears as the **first page** of the documents in the official public record.

There is a total of **5** pages

DO NOT DETATCH

Recording requested by (name):

:Pauline; Bauer:

When recorded, mail to:

:Pauline; Bauer:
In Care Of Rural Route 1072 Bliss Hill Road
Kane, Pennsylvania Republic Zip Exempt
Near [16735]

Recorder's Use Only

Exhibit A

## DEED OF FULL RE-CONVEYANCE

PAULINE BAUER, Pauline Bauer, as Known and Unknown ENTITIES, under the Birth Registration #_0786170-1967_ and Linked to Social Security Registration #_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_ originating at Passavant Hospital in City of Pittsburgh, Allegheny County, State of Pennsylvania and Originally requested by _SAMUEL PAUL CROSKEY and LUCILLE LEONA (SETZENFAND) CROSKEY_ as Parents, Legal Guardians, Signatories, and Trustee(s), And as held in CESTI QUE VIE Trust dated 4, JUNE, 1967. and as recorded on the _14_, Day of June, 1967 as Official Records of Department of Human Resources of the State of Pennsylvania, Republic, On and for the behalf of the United States; covering the following described properties;

PAULINE BAUER, PAULINE CROSKEY-BAUER, BAUER, PAULINE, CROSKEY-BAUER, PAULINE, Pauline Bauer, Pauline Croskey-Bauer, pauline; Bauer, pauline; Croskey-Bauer, PAULINE CROSKEY, CROSKEY, PAULINE, Pauline Croskey, pauline; Croskey, PAULINE KARLIK, PAULINE CROSKEY-KARLIK, KARLIK, PAULINE, CROSKEY-KARLIK, PAULINE, Pauline Karlik, Pauline Croskey-Karlik, pauline; Karlik, and pauline; Croskey-Karlik, and any Other unknown variation thereof;

Having received from holder of the obligations thereunder a written request to reconvey, reciting that all sums secured by the Deed of Trust have been fully paid, and said Deed of Trust and the note or notes secured thereby having been surrendered to said Trustee for cancellation, does hereby RECONVEY without warranty, to the living soul legally entitled thereto, do hereby CLAIM the entire estate, including the minor account, now held by it or by successors, Parent Corporations or subsidiaries of the United Nations, United States, State of Pennsylvania, or Variations thereof, Shall Convey all Known and Unknown said Trust and Property to;

:Pauline; Bauer: of the House of Bauer,

Page 1 of 2

IN WITNESS WHEREOF, _Pauline Bayer_____, as Trustee, has caused its Autograph as witnessed below.

Date: _3rd_ day of _June_, in the year of our Lord Two Thousand Twenty-One

Pauline; House of Bauer, As trustee Sui Juris, Jus Soli

By: _Pauline Bauer_____

Exhibit A

STATE OF _PENNSYLVANIA_ COUNTY OF _McKean_

as Notary and Jurat Certificate On _3rd_ day of _June_, 20 _21_

And _Pennsylvania_ state, _McKean_ County as Notary Public personally appeared with satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that she/they executed the same in her/their authorized capacity(ies), and that by her/their Autograph on the instrument, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of Pennsylvania that the foregoing paragraph is true and correct.

before me,

Witness my hand and official seal.

_Ronald J. Smith_____ Signature, and (SEAL)

, a Notary Public, who proved to me on the basis of

_Personal Knowledge._

Commonwealth of Pennsylvania - Notary Seal
Ronald J. Smith, Notary Public
McKean County
My commission expires July 13, 2022
Commission number 1155688
Member, Pennsylvania Association of Notaries

**CAPACITY CLAIMED BY Autograph**

as a Living Soul, Sui Juris, Jus Soli

Exhibit B

# PATENT OF NATIVITY

For the nativity of:

Pauline
of the family Croskey

Date of nativity:
4th Day of June
A.D. 1967

**This document serves as Proof that my living DNA existed on this Land before there was a UNITED STATES of America or Any STATE Thereof**

# PATENT OF NATIVITY

For the nativity of: **Pauline** of the family **Croskey**

Date of nativity: **4th day of June A.D. 1967**

Place of nativity: **Pennsylvania Republic**

Exhibit B

Record of Genealogy:

## Paternal Genealogy

**Samuel Paul Croskey**
(Father)
Penn. Republic
1931 - Present

---

Nevin P. Croskey
(Grandfather)
Penn. Republic
1889-1958

Nellie A. Kaufman
(Grandmother)
Penn. Republic
1896-1980

---

David Croskey
(Great Grandfather)
Penn. Republic
1844-1926
m. Sarah Miller

Samuel Kaufman
(Great Grandfather)
1856-1944
m. Rebecca M. Wallace

---

David Croskey
(Great Great Grandfather)
1800-1873
m. Eliza Wilson

Albert Kaufman
(Great Great Grandfather)
Immigrant
1821-1886

Hugh G. Miller
(Great Great Grandfather)
Penn. Republic
1828-1894
m. Martha J. Cunningham

Jotham Wallace
(Great Great Grandfather)
Penn. Republic
abt. 1828-unknown
m. Nancy Irvine

---

Thomas J. Miller
(3rd Great Grandfather)
Immigrant
1794-1866
m. Margaret Watt

John Wallace
(3rd Great Grandfather)
Penn. Republic
1792-1859
m. Nancy

---

George Wallace
(4th Great Grandfather)
Immigrant
1749-1835
m. Sarah Wooddell

---

Thomas Waddell Wooddell
(5th Great Grandfather)
Virginia Republic
1710-1785
m. Alice Campbell

---

## Maternal Genealogy

**Lucille Leona Setzenfand**
(Mother)
Penn. Republic
1937 - 2015

---

Frederick Setzenfand
(Grandfather)
Penn. Republic
1898-1963

Vada Mae Lynn
(Grandmother)
Penn. Republic
1903-1952

---

Charles Setzenfand
(Great Grandfather)
Immigrant
1861-1932
m. Johanna P. Bryson

James Martin Lynn
(Great Grandfather)
Penn. Republic
1871-1943
m. Sarah Abbott

---

William Henry Harrison Lynn
(Great Great Grandfather)
Penn. Republic
1840-1908
m. Emily Jane

John N. Abbott
(Great Great Grandfather)
Penn. Republic
1856-1942
m. Mary B.

---

William Harrison Lynn
(3rd Great Grandfather)
Penn. Republic
1817-1902
m. Elizabeth Chain

---

William Chain
(4th Great Grandfather)
Kentucky Republic
1798-unknown
m. Hannah

---

John Chain
(5th Great Grandfather)
Penn. Republic
1766-abt. 1821-1850
m. Isabella Bower

---

Witness:
I hereby solemnly affirm that the information in this patent is true and correct to the best of my knowledge.

First Witness

Witness:
I hereby solemnly affirm that the information in this patent is true and correct to the best of my knowledge.

Second Witness

Principal claimant:
I hereby solemnly affirm that the information in this patent is true and correct to the best of my knowledge.

Native