COLOR OF LAW AGENCY So Named:
**DISTRICT OF COLUMBIA CIRCUIT**
D-U-N-S® number for
District of Columbia Circuit:
D-U-N-S number: XXXXXX277
Doing Business As
**Federal Court**

UNITED STATES
d.b.a.
USA
A De facto Private Shareholder owned Bankrupt
Foreign for profit governmental services Corporation
Listed as UNITED STATES on Dunn and Bradstreet
Correction: Our Government is a Republic Properly
styled "The United States for America"

vs.

PAULINE BAUER - VESSEL

NOW COMES Pauline Bauer
compos mentis
By Special Divine Appearance Pauline Bauer,
One of we the people, Petitioner, Attorney in-Fact
Sui Juris, Jus Soli, a living soul, created by God, a
self-governed individual, the woman being
involuntarily held as surety, an ambassador of Christ,
taking dominion over Juris[diction] of the Land and
Water.
Land, Air, Water - this is LAW

Case No.
CUSIP #    21-cr-386-2



Leave to file GRANTED
TREVOR N. MCFADDEN    6/28/21
United States District Judge

# NOTICE: Correct the Error, Wrong Diction.

Be it known by all parties, known or unknown, disclosed or undisclosed,
Correct the Error:

I, Me, Pauline Bauer the Living Soul, A Creation of God, A Woman, As
<u>ONE</u> People hereby Demand the court to correct the diction of PACER
Docket Text # 20 on this day 23rd June, 2021.

"Letter" is an invalid Diction and in Error.

Correction: "Notice of Special Divine Appearance".

**CITATION:**  Public Law 97-280
"The Living Soul, A creation of God, A Woman", A Claimant

Docket Text # 20 Entry is in error.


   See Exhibit A




   I, Me, Pauline Bauer the Living Soul, declare under the LAW of the United States of
   America that foregoing document and statements herein are true and correct to the
   best of my knowledge and ability to express.


                              Executed on this 24th Day of June _____ 2021.


                              By: _Pauline j Bauer._ (SEAL)
                                 Pauline Bauer a Living Soul
                                 The Living Embodiment of God's Creation
                                 Red Ink autograph and thumb print (seal)

| | | | |
|---|---|---|---|
| | | | person; Court Reporter: Lisa Edwards; US Attorney: Jacob Steiner for Vivien Cockburn; Pretrial Officer: Christine Schuck. (ztl) (Entered: 06/11/2021) |
| 06/17/2021 | | | MINUTE ORDER as to PAULINE BAUER (2): It is hereby ORDERED that PAULINE BAUER (2) appear IN-PERSON for an initial appearance on 6/21/2021 at 1:00 p.m. in Courtroom 4 before Magistrate Judge Zia M. Faruqui. If the parties have questions about this Order or the scheduled hearing, please contact the Courtroom Deputy at 202-354-3173. So Ordered by Magistrate Judge Zia M. Faruqui on 6/17/2021. (ztl) (Entered: 06/17/2021) |
| 06/21/2021 | | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Status Hearing as to PAULINE BAUER held on 6/21/2021. Case called for Initial Appearance/Arraignment but not held. Defendant present in person. Defendant placed on Standard Conditions of Release. Defendant refused to accept Conditions of Release. Defendant held in contempt to 3pm. Case recalled and defendant still refused to answer the questions presented by the Court. Defendant remanded to the U.S. Marshal Service and held without bond. Initial Appearance continued to 6/22/2021 at 3:00 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendant Held without Bond; Court Reporter: FTR-Gold; FTR Time Frame: Ctrm 4:[1:24:50-1:50:55]-Recalled case: [3:13:28-3:32:01]; Defense Attorney: Carmen Hernandez-Stand-by Counsel; US Attorney: Jacob Steiner for Vivien Cockburn; Pretrial Officer: Andre Sidbury. (ztl) (Entered: 06/21/2021) |
| 06/21/2021 | 20 | ☐ | LETTER by PAULINE BAUER (Attachments: # 1 Exhibit 1, # 2 Exhibit 2). "Let it be filed" by Magistrate Judge Zia M. Faruqui on 6/21/2021.(bb) (Entered: 06/23/2021) |
| 06/22/2021 | 18 | ☐ | RESPONSE TO ORDER OF THE COURT by PAULINE BAUER re Order on Motion for Speedy Trial,,,,, Initial Appearance,,,,, Set Hearings,,,, *re Summary Contempt* (Hernandez, Carmen) (Entered: 06/22/2021) |
| 06/22/2021 | 19 | ☐ | NOTICE *of Filing Exhibits* by PAULINE BAUER re 18 Response to Order of the Court (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit) (Hernandez, Carmen) (Entered: 06/22/2021) |
| 06/22/2021 | | | ORAL MOTION for Speedy Trial by PAULINE BAUER. (ztl) (Entered: 06/23/2021) |

View Selected

or

Download Selected

| PACER Service Center |
|---|
| Transaction Receipt |

Page 3 of 3

*Exhibit A*

*Correct the error*