COLOR OF LAW AGENCY So Named:
**DISTRICT OF COLUMBIA CIRCUIT**
D-U-N-S® number for
District of Columbia Circuit:
D-U-N-S number: XXXXXX277
Doing Business As
**Federal Court**

UNITED STATES
d.b.a.
USA
A De facto Private Shareholder owned Bankrupt Foreign for profit governmental services Corporation Listed as UNITED STATES on Dunn and Bradstreet
Correction: Our Government is a Republic Properly styled "The United States for America"

vs.

PAULINE BAUER - VESSEL

NOW COMES Pauline Bauer
compos mentis
By Special Divine Appearance Pauline Bauer, One of we the people, Petitioner, Attorney in-Fact Sui Juris, Jus Soli, a living soul, created by God, a self-governed individual, the woman being involuntarily held as surety, an ambassador of Christ, taking dominion over Juris[diction] of the Land and Water.
Land, Air, Water - this is LAW

Case No. CUSIP #   21-cr-386-2



Leave to file GRANTED 6/28/21
TREVOR N. MCFADDEN
United States District Judge

# NOTICE: Correct the Record of Statement by Prosecuting Attorney

Be it known by all parties, entities, known or unknown, disclosed or undisclosed,
THE FACT:

I, Me, Pauline Bauer the Living Soul, A Creation of God, A Woman, As ONE People hereby Demand the Court to correct the record to reflect that I, Me, Pauline Bauer NEVER made the claim of being *Pro Se*.

I, Me, Pauline Bauer being a Living Soul, Sui Juris, a creation of God, Shall Not be labeled nor addressed as Ms., Miss., PERSON, (P)person, (C)citizen, (R)resident, or any other defacto "legal fiction".

Syllogism of Presumption of "joinder" to the dead legal fictional "PERSON" is rebutted and *refutare*.

My Christian name, properly styled is   By: Pauline: Bauer.

CITATION:  Public Law 97-280
"The Living Soul, A creation of God, A Woman."

I, Me, Pauline Bauer the Living Soul, declare under the LAW of the United States of America that foregoing document and statements herein are true and correct to the best of my knowledge and ability to express.

Executed on this 24th Day of June 2021

By: /s/ Pauline: Bauer (SEAL)

Pauline Bauer a Living Soul
UCC 1 - 308
The Living Embodiment of God's Creation
Red Ink autograph and thumb print (seal)

Notice:  USC 18 § 2076: CLERK IS TO FILE: "Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both".