COLOR OF LAW AGENCY So Named:
**DISTRICT OF COLUMBIA CIRCUIT**
D-U-N-S® number for
District of Columbia Circuit:
D-U-N-S number: XXXXXX277
Doing Business As
**Federal Court**

UNITED STATES
d.b.a.
USA
A De facto Private Shareholder owned Bankrupt
Foreign for profit governmental services Corporation
Listed as UNITED STATES on Dunn and Bradstreet
Correction: Our Government is a Republic Properly
styled "The United States for America"

vs.

PAULINE BAUER - VESSEL

NOW COMES Pauline Bauer
compos mentis
By Special Divine Appearance Pauline Bauer,
One of we the people, Petitioner, Attorney in-Fact
Sui Juris, Jus Soli, a living soul, created by God, a
self-governed individual, the woman being
involuntarily held as surety, an ambassador of Christ,
taking dominion over Juris[diction] of the Land and
Water.
Land, Air, Water - this is LAW

Case No.
CUSIP #   21-cr-386-2

# NOTICE: Correct the Record
# Right of Trial by Jury of Peers

Be it known by all parties, known or unknown, disclosed or undisclosed,
THE FACT:

Leave to file GRANTED  6/28/21
*[signature]*
TREVOR N. MCFADDEN
United States District Judge

I, Me, Pauline Bauer the Living Soul, A Creation of God, A Woman, As ONE People hereby Demand the Court to correct the record to reflect that I, Me, Pauline: Bauer NEVER surrendered nor agreed to a "speedy trial" as the Docket is in error. I, Me, Pauline Bauer retain My Rights and (all other) Constitutional Rights listed or not listed, Claimed or Unclaimed.

Docket entry (Docket # missing from the record) dated 06/22/2021 and entered 06/23/2021 "ORAL MOTION for Speedy Trial by PAULINE BAUER" is in error.

I demand the Court Correct the Record to reflect: "Trial by Jury of Peers" as this is my, :Pauline: Bauer's Right.

Syllogism in Presumption of "joinder" to the dead legal fictional "PERSON" is rebutted and *refutare*.

My Christian name, properly styled is   By: Pauline: Bauer.
CITATION:  Public Law 97-280
"The Living Soul, A creation of God, A Woman."

I, Me, Pauline Bauer the Living Soul, declare under the LAW of the United States of America that foregoing document and statements herein are true and correct to the best of my knowledge and ability to express.

Executed on this 24th Day of June, 2021.

By: Pauline; Bauer (SEAL)

Pauline: Bauer a Living Soul
UCC 1 - 308
The Living Embodiment of God's Creation
Red Ink autograph and thumb print (seal)

Notice: USC 18 § 2076: CLERK IS TO FILE: "Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both".