COLOR OF LAW AGENCY So Named:
**DISTRICT OF COLUMBIA CIRCUIT**
D-U-N-S® number for
District of Columbia Circuit:
D-U-N-S number: XXXXXX277
Doing Business As
**Federal Court**

UNITED STATES

d.b.a.

USA

A De facto Private Shareholder owned Bankrupt
Foreign for profit governmental services Corporation
Listed as UNITED STATES on Dunn and Bradstreet
Correction: Our Government is a Republic Properly
styled "The United States for America"

vs.

PAULINE BAUER - VESSEL

NOW COMES Pauline Bauer

compos mentis

By Special Divine Appearance Pauline Bauer,
One of we the people, Petitioner, Attorney in-Fact
Sui Juris, Jus Soli, a living soul, created by God, a
self-governed individual, the woman being
involuntarily held as surety, an ambassador of Christ,
taking dominion over Juris[diction] of the Land and
Water.

Land, Air, Water - this is LAW

Leave to file GRANTED

*[signature]*
TREVOR N. MCFADDEN
United States District Judge
6/28/21

Case No.
CUSIP    21-cr-386-2

NOTICE: Correct the Record, Fire the Actors.

Be it known by all parties, known or unknown, disclosed or undisclosed,
THE FACT:

I, Me, Pauline Bauer the Living Soul, A Creation of God, A Woman, As ONE
People,Demands the removal of any and all Actor(s), Attorney(s), Lawyer(s), and
all other known or unknown entities purported to be re-presenting, representative,
or acting for the benefit of Pauline Bauer, the Living Soul before the Court,
under the Court, as a friend of the Court, or any other capacity, known or
unknown, to cease and desist immediately.

I, Me, Pauline Bauer the Living Soul have surrendered NO rights, All my Rights
are retained by Me. None have been surrendered to any party or entity.

I, Me, Pauline Bauer am appearing before the court as  Sui Juris, Jus Soli
Maintain my Right to Self Council and any Co-Council I may Appoint.

I, Me, Pauline Bauer the Living Soul, declare under the LAW of the United States for America that the
foregoing document and statements herein are true and correct to the best of my knowledge
and ability to express.

Executed on this 24th Day of June 2021.

By: _Pauline ; Bauer ;_ (SEAL)

Pauline Bauer a Living Soul

The Living Embodiment of God's Creation

Red Ink autograph and thumb print (seal)