COLOR OF LAW AGENCY So Named:
**DISTRICT OF COLUMBIA CIRCUIT**
D-U-N-S® number for
District of Columbia Circuit:
D-U-N-S number: XXXXXX277
Doing Business As
**Federal Court**

UNITED STATES
d.b.a.
USA
A De facto Private Shareholder owned Bankrupt Foreign for profit governmental services Corporation Listed as UNITED STATES on Dunn and Bradstreet
Correction: Our Government is a Republic Properly styled "The United States for America"

vs.

PAULINE BAUER - VESSEL

NOW COMES Pauline Bauer
compos mentis
By Special Divine Appearance Pauline Bauer, One of we the people, Petitioner, Attorney in-Fact Sui Juris, Jus Soli, a living soul, created by God, a self-governed individual, the woman being involuntarily held as surety, an ambassador of Christ, taking dominion over Juris[diction] of the Land and Water.
Land, Air, Water - this is LAW

Leave to file GRANTED
TREVOR N. MCFADDEN
United States District Judge
6/30/21

Case No. 21-cr-386-2
CUSIP #

# NOTICE: Correct the Record
# No Plea of guilty before the court

Be it known by all parties, known or unknown, disclosed or undisclosed,
**THE FACT:**

Notice:
**USC 18 § 2076:** CLERK IS TO FILE: "Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both".
**USC 18 §2071:** Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, documents filed or deposited with any clerk or officer of any court, shall be fined or imprisoned not more than three years, or both.

I, Me, Pauline Bauer the Living Soul, A Creation of God, A Woman, As ONE People hereby Demand the Court to correct the record to reflect that I, Me, Pauline Bauer a Living Soul Proclaimed my "innocents" as being blameless and did not nor do not consent to the word, Guilty and all attachments of meaning known and unknown by the Court.

Docket entry (Docket # missing from the record) dated 06/22/2021 and entered 06/23/2021 "Minute Entry for proceedings held before Magistrate Judge Zia M Faruqui: Initial Appearance/Arraignment as to PAULINE BAUER (2)" and continues to read in ERROR as "Plea of NOT guilty entered as to all counts" and remains in error.

I demand the Court Correct the Record to reflect: "Innocent as the in common usage of being Blameless." as this is my, :Pauline: Bauer's Right.

Syllogism in Presumption of "Guilt" to the dead legal fictional "PERSON" is rebutted and *refutare*.

My Christian name, properly styled is   By: Pauline: Bauer.
CITATION:  Public Law 97-280
"The Living Soul, A creation of God, A Woman."

> I, Me, Pauline Bauer the Living Soul, declare under the LAW of the United States of America that foregoing document and statements herein are true and correct to the best of my knowledge and ability to express.

Executed on this 25th Day of June 2021.

By: _Pauline; Bauer_ (SEAL)

Pauline: Bauer a Living Soul
UCC 1 - 308
The Living Embodiment of God's Creation
Red Ink autograph and thumb print (seal)

Notice:
**USC 18 § 2076:** CLERK IS TO FILE: "Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both".
**USC 18 §2071:** Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, documents filed or deposited with any clerk or officer of any court, shall be fined or imprisoned not more than three years, or both.