TO THE CLERK OF COURTS
UNITED STATES DISTRICT COURT
June 13, 2021
Case # 1:21-cr-00386-TNM-2

1. Letter to Ms. Caesar/ Mr. Faruqui
2. Notice Of Special Appearance
3. E-mail confirmation from Tiffany Lavigne-Rhodes
4. Exhibits 1-9
5. Saved Actual Photos from January 6, 2021 taken by Pauline Bauer #1-9 +# 10 off internet
6. Criminal Complaint Case #1:21-mj-00057-RAL
7. Notice that case #1:21-mj-00057-RAL was closed
8. Criminal Complaint 1:21-cr-00386-TNM-2
9. Signatures of Witnesses (Compos Mentis)

TO THE CLERK OF COURTS
UNITED STATES DISTRICT COURT
June 13, 2021

CLERK OF COURTS
Angela D. Caesar
333 Constitution Avenue NW
Washington, District Of Columbia  20001-2802

Leave to file GRANTED  6/28/21

TREVOR N. MCFADDEN
United States District Judge

Dear Ms. Caesar,

You are on receipt of my Notice Of Special Appearance. It was not filed on or before Friday, June 11,2021, as it was dropped in the drop box by my courier on Thursday June 10, 2021 at 9:30 am. Due to Covid, filings were not being accepted at the window, and  I did not receive a receipt and the court has not acknowledged receipt of receiving.   Therefore, I am sending it to you directly and to Judge Farqui.  I am also including a copy of the email from Tiffany Lavigne- Rhodes to whom I emailed my Notice of Special Appearance and she confirmed that she received it.

My Patent of Nativity has been filed upon the land.  I ask that you keep your honor and read and record my Notice Of Special Appearance thoroughly, completely and with comprehension as it is of a very serious nature.

Under God's law I did not harm another or cause any physical damage.  It is public knowledge that the doors were electronically locked and that the capital police antagonized the crowd of patriots as they sang the National Anthem and God Bless America on the steps of the capital building.  The capital police did not try to stop the crowd, but invited them in. There was swat on the rooftops, why did they not subdue the crowd?  Why was there scaffolding on the west side of the capital with over 500,000 people attending a peaceful, prayerful rally? (see attached articles)

If the capital police have released body cams on my case, then where are the body cams from the shooting of an unarmed defenseless woman by the name of Ashley Babbitt, and why isn't this being the top priority of investigations?  Why wasn't the crime scene roped off and investigated thoroughly?  If there was so much damage done to the building and the congress was in such fear for their lives, then how did congress reconvene at 8pm?  If the crowd was so dangerous then why did they leave peacefully?

If you are going to charge me with trespassing then under Maxim of Law you must produce the party with whom you considered me to trespass against.  "Ei incumbit probatio qui dicit, non qui negat. The burden of proof lies upon the one who affirms, not the one who denies.

Your witnesses were not present, therefore the evidence you are proposing, becomes presumptions, assumptions and hearsay.  Facebook put me in jail numerous times this past year, and I was put in Facebook jail on January 6.  My account was also hacked twice, this becomes inconclusive evidence and cannot be submissive in court.  Dr. Shiva has a case in the Northeast that is proving that Facebook and Twitter are contracted by the UNITED STATES Government.

RECEIVED
Mail Room

JUN 16 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

As a Free living Soul, Sui Juris, Jus Soli, an ambassador of Christ, Attorney in fact, I demand that this be a Constitutional Court of Record, that there will be no Presumptions, assumptions, no tacit agreements, no waiver of rights, no subversion of rights, no hearsay, no lawyering, or attornment from the bench. I do not plead with the court, I do not plead guilty, I do not plead not guilty, I declare my innocence. I am counting on you to be a honorable man, and I must ask you: are claiming your authority over me from your oath of office, are you claiming to derive your authority over me from the doctrine of Parens Patriae, are you claiming to derive your authority over me from THE UNITED STATES, THE UNITED STATES OF AMERICA, statute(s), code(s), ordinance(s), by-law(s) of a corporation? Please list the authority(s) where you exercise dominion over me. May I have written confirmation that all requirements have been met and are up to date?

Under amendment V of The Constitution Of The United States of America, nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation. (see attached documents I & II)

I declare that I am not a pauper by means of gold and silver and not your defacto money. I also fly the Civil Peace flag. I am a competent Compos Mentis and have signatures from witnesses to attest to the fact that I am mentally stable and heavily involved in helping my community. I live in my body and love thy neighbor as thyself. (See attached document III)

I do not feel safe to travel to Washington DC (a foreign country, entity) due to Covid, BLM, and the fences that surround the Defacto city, and decline your offer to an in person hearing at this time. Just in case you try to send your corporate thugs to the place where I lay my head from time to time, make sure that have a charter from congress to derive their authority over me. I got into this fight and was willing to lay down my life for my country, so if that is God's will then I accept it and you will martyr me for no reason.

Thank You,

*:Pauline; Bauer:*

:Pauline; Bauer:
A Free Living Soul, Compos Mentis, Sui Juris Jus Soli, Attorney in Fact, One of We The People


cc: Judge Zia M. Faruqui

Created By; Pauline Bauer - Executor, a Living Soul, A Woman.

Created For: PAULINE BAUER - VESSEL -



Leave to file GRANTED
TREVOR N. MCFADDEN   6/28/21
United States District Judge

D-U-N-S® number for  UNITED STATES: Redacted and on file for future reference.

D-U-N-S® number for DISTRICT OF COLUMBIA: Redacted and on file for future reference.

D-U-N-S® number for DISTRICT OF COLUMBIA CIRCUIT: Redacted and on file for future reference.

Engaged in Commerce as: U.S. District Court

333 Constitution Ave NW

Washington, District of Columbia 20001-2802

202 354-3000

Department of fiscal services/US Treasury/IRS
Any/all private for profit defacto Federal/Municipal Subsidiary corporations.
All Venues operating under "color of law" being involved or effecting this case(s) known or unknown
**now or in the future.**

COLOR OF LAW AGENCY So Named,

DISTRICT OF COLUMBIA

d.b.a.

U.S. District Court

A De facto Private Shareholder owned Bankrupt Foreign

for profit governmental services Corporation Listed as 3RD CIRCUIT on Dun and Bradstreet

Acting as Executor De San Tort

UNITED STATES

d.b.a.

USA

A De facto Private Shareholder owned Bankrupt Foreign for profit

governmental services Corporation Listed as UNITED STATES on Dunn and Bradstreet

Correction: Our Government is a Republic Properly styled "The United States of America"

vs.

PAULINE BAUER - VESSEL

NOW COMES Pauline Bauer

*compos mentis*

By Special Divine Appearance Pauline Bauer,

<u>One</u> of we the people, Petitioner, Attorney in-Fact

Sui Juris, Jus Soli, a living soul, created by God, a self-governed individual,

the woman being involuntarily held as surety, an ambassador of Christ,

taking dominion over Juris[diction] of the Land and Water.

Land, Air, Water - this is LAW

*NOTICE TO: THE ABOVE DE FACTO GOVERNMENTAL SERVICES CORPORATE AGENCIES*
*Notice to agent is notice to principal, notice to principal is notice.*

**Court Case File Nos.**

21-54

and/or

1:21-cr-00386-TNM

and/or

1:21-mj-00057-RAL

and/or

1:21-mj-00435-GMH

NOTICE OF SPECIAL DIVINE APPEARANCE, STATUS, STANDING, DOMINION

To be Treated as a Certified/Sworn Affidavit In Writing in a

Constitutional Court of Record

NOW COMES: Pauline Bauer, Competent *compos mentis,* Sui Juris, as Principle, as Fiduciary, as Trustee, an Adult Woman, a Living Soul, a Creation of God, an Ambassador of God, One of "We the People" a Creator of Government, Patent of Nativity recorded upon the Land, my status is well defined in Genesis 1:26-28, & 2:7, Job 32:21-22, Deuteronomy 1:17, Proverbs 28:21, Mathew 22:16, Galatians 2:6, in the Maccabees in Ecclesiastics 4:22, 4:27, 10:5, 35:13. It is in any case a sin unto God to accept the PERSON. Walking as a Free People as defined in the Book of John chapter 8, verse 36.
Public LAW 97-280.

Therefore, it is absolutely against my beliefs to accept the label of PERSON.

Therefore, there shall not be any presumption of my status, as it is my gift from God and my un-a-lien-able right of self-determination.

Therefore, this document in its entirety, a Living Testimony in form of an Affidavit; a Declaration of my Rights, Status, Standing and Jurisdiction; a Notice of Discovery of Fraud and Impropriety; An Abatement; a Demand for Remedy.

I hereby stand as a belligerent claimant upon these rights as required.

I, Pauline Bauer do hereby pray unto God for relief and Honorably command the administrator as public servant of "We the people" to read this thoroughly, completely and with comprehension, for this document is of a very serious nature and is not frivolous.

Upon the Honor of The Constitutional Court of Record, be it a fact before the Court, and hereby agreed to, there will be no presumptions or assumptions, no tacit agreements, no waiver of rights, no subversion of rights, no hearsay, no lawyering or attornment from the bench.

Pauline Bauer, with Faith in the Honor of the Court, that Truth, Fact, and Fair Justice under God's LAW, be in the heart, mind and spirit of the Living Soul presiding on the matters at hand.

As to syllogism, all 12 presumptions shall be a Fact before the Court as rebutted by Pauline Bauer and *refutare*.

All shall be considered rebutted

Canon 3228

1. The Presumption of Public Record
2. The Presumption of Public Service
3. The Presumption of Public Oath
4. The Presumption of Immunity
5. The Presumption of Summons
6. The Presumption of Custody
7. The Presumption of corporate Court of Guardians
8. The Presumption of Court of Trustees
9. The Presumption of Government acting in two roles as Executor and Beneficiaries
10. The Presumption of Executor De Son Tort
11. The Presumption of Incompetence
12. The Presumption of Guilt

I, Pauline Bauer a Living Soul, being fully aware of my CQV, PCT and several attached CUSIP
numbers, hereby request as a friend of the Court, a review to be performed by the Honorable
Living Soul presiding on the aforementioned Case Nos, the following U.S. Codes:
Counterfeit Securities-- Pursuant to Title 18 USC § 4, of the commission of crimes cognizable
by a court of the United States under Title 18 USC § 513 to wit: "513(a) Whoever makes.. utters
or possesses a counterfeited security of a State or political subdivision thereof or of an
organization with intent to deceive another person, organization, or government, shall be fined
not more than $250,000.00 or imprisoned not more than ten years, or both.
See also Sections 23 11 , 23 14, and 2320 for additional fines and sanctions. Among the
securities defined at 18 USC § 2311 is included "evidence of indebtedness" which, in a broad
sense, may mean anything that is due and owing which would include a duty, obligation or
right of action.


"**We the People**" lay down the law and when our public servants step outside of the law in

which "**We the People**" laid down, then they are committing a violation of Emolument.


Therefore, in order to make a determination, I, Pauline Bauer mandate that at least these three
questions shall be asked and answered  and by the presiding Judge/Magistrate, these

questions are...

**1.** Are you claiming to derive your authority from your Oath of office, and (any/all) other
requirements required (by the state or federal government/s) that you must have to hold your
honorable position, and are those requirements complete and up to date?
As discovery, May I have written conformation that all requirements have been met on or prior
to this date with copies thereof.

**2.** Are you claiming to derive your authority over me from the doctrine of PARENS PATRIAE,
where the STATE is the Parent?

**3.** Are you claiming to derive your authority over me from STATE OF PENNSYLVANIA or
UNITED STATES, UNITED STATES OF AMERICA,  statute(s), code(s), ordinance(s), By-Law(s) of a
corporation? As a matter of discovery, please list the authority(s) by which this Court seeks to
exerciser dominion over Pauline Bauer, a living soul, a woman.

Therefore, If any of the three (3) answers are yes, the Courts Authority and Claim of Jurisdiction, and Dominion is hereby openly and publicly challenged..

Therefore, as discovery, authorize risk management to provide me, Pauline Bauer with all malpractice / malfeasance insurance policies and bonding informations so I, Pauline may, if need be, make a proper future tort claim.

Therefore, bring forth the superior trusts, titles, and contracts
or;  dismiss the aforementioned Case Nos. with extreme prejudice and by admission of mutual mistake all shall be made whole and forgiveness granted by our Creator.

Therefore, I, Pauline Bauer mandate the return of all "private properties" to me immediately.

## CITATIONS

"Silence can only be equated with fraud when there is a legal or moral duty to speak, or when an inquiry left unanswered would be intentionally misleading. . . . We cannot condone this shocking conduct. . . . If this is the case we hope our message is clear. This sort of deception will not be tolerated and if this is routine it should be corrected immediately."
U.S. v. Tweel, 550 F2d 297, 299-300


The individual Rights guaranteed by our Constitution can be compromised or ignored by our government if "We the People" fail to defend them.
United States v. Johnson, 76 F. Supp. 538, 539 (D. Pa. 1947)


"[W]hen law enforcement agents seize property pursuant to warrant, due process requires them to take reasonable steps to give notice that the property has been taken so the owner can pursue available remedies for its return."
West Covina v. Perkins, 525 U.S. 234, 240 (1999)

Federal District Court Judge James Alger Fee ruled that...

"The privilege against self-incrimination is neither accorded to the passive, resistant, nor to the person who is ignorant of his rights, nor to one indifferent thereto. It is a FIGHTING clause. Its benefits can be retained only by sustained COMBAT.  It cannot be claimed by attorney or solicitor. It is valid only when insisted upon by a BELLIGERENT claimant [in-person]." McAlister vs. Henkel, 201 U.S. 90, 26 S.Ct. 385, 50 L. Ed. 671;

Commonwealth vs. Shaw, 4 Cush. 594, 50 Am.Dec. 813;

Orum vs. State, 38 Ohio App. 171, 175 N.E. 876.

The one who is persuaded by honeyed words or moral suasion to testify or produce documents rather than make a last ditch stand, simply loses the protection. . . . He must refuse to answer or produce, and test the matter in contempt proceedings, or by habeas corpus." [Emphasis added]


U. S. Supreme Court case:

"The individual may stand upon his [her] Constitutional Rights as a citizen. He [ she] is entitled to carry on his [her] private business in his [her] own way. His [her] power to contract is unlimited. He [she] owes no such duty [to submit his books and papers for an examination] to the STATE, His [her] Rights are such as existed by the law of the land [Common Law] long antecedent to the organization of the STATE, and can only be taken from him [her] by due process of law, and in accordance with the Constitution. Among his [her] Rights are a refusal to incriminate himself [herself], and the immunity of himself [herself] and his [her] property from arrest or seizure except under a warrant of the law. He [she] owes nothing to the public so long as he [she] does not trespass upon their Rights." [Emphasis added]

Hale v. Henkel, 201 U. S. 43 at 47 (1905)

"Having thus avowed my disapprobation of the purposes, for which the terms, State and sovereign, are frequently used, and of the object, to which the application of the last of them is almost universally made; it is now proper that I should disclose the meaning, which I assign to both, and the application, [2 U.S. 419, 455] which I make of the latter. In doing this, I shall have occasion incidentally to evince, how true it is, that States and Governments were made for [and BY] man; and, at the same time, how true it is, that his creatures and servants have first deceived, next vilified, and, at last, oppressed their master and maker." - Justice Wilson

Chisholm v. Georgia, 2 Dall. (2 U.S.) 419, 1 L.Ed 440, 455 (1793)

". . .in common usage, the term "person" does not include the Sovereign [people], statutes employing the word person are ordinarily construed to exclude the Sovereign [people]."

Wilson v. Omaha Tribe, 442 U. S. 653, 667 (1979)

quoting United States v. Cooper Corp., 312 U. S. 600, 604 (1941)

"In its most fundamental or strict sense, 'jurisdiction' means an entire absence of power to hear or determine the case, an absence of authority over the subject matter or the parties, but the term may also refer to the situation where a court that has jurisdiction over the subject matter has no power to act except in a particular manner, or to give certain kinds of relief, or to act without the occurrence of certain procedural prerequisites; action 'in excess of jurisdiction' by a court that has jurisdiction in a fundamental sense is not void, but only voidable." People v. Burnett, 83 Cal.Rptr.2d 629, 71 Cal.App 151 (1999)

Maxims of Law

"Consensus facit legem"
Consent makes the law. A contract is a law between the parties, which can acquire
force only by consent of the parties.

"Qui tacet consentire videtur".
A party who is silent appears to consent. (tacit agreement by the silent party)

"Non videntur qui errant consentire".
One who errs is not considered as consenting.

"Disparata non debent jungi".
Unequal things (Corporation to Living Soul or Living Soul to Corporation) ought not to
be joined.

"Ei incumbit probatio qui dicit, non qui negat".
The burden of the proof lies upon one who affirms, not one who denies.

"Incerta pro nullis habentur".
Things uncertain are considered as nothing. (no meeting of the minds)

"Falsus in uno, falsus in omnibus".
False in one thing, false in everything. (Fraud vitiates everything and there is no statute
of limitation)

"Quaelibet jurisdictio cancellos suos habet".
Every jurisdiction has its boundaries. (Three Juris; Land, Air & Water)

2365. "Statutum affirmativum non derogate communi legi" .
JENK. CENT. 24. -An affirmative statute does not take from the common law.

2213. "Reservatio ut et protestatio non tacit jus, sed tuetur".
TRAY.542 -Reservation and protest do not create a right, but protect a right.

2261 . "Beientii' et volunti non fit injuria".
BRACT 20  -A wrong is not done to one who knows and wills [invites] it.

I, Pauline Bauer, a Living Soul, am, Accepting the Constitutional Oath of the presiding Magistrate as Their (THEIR) superior Oath, calling for a Constitutional Court of Record, and not accepting Their (THEIR) oath to the Bar Guild which I, Pauline Bauer, hereby voice my rebuttal. (Foreign, per 1947 BAR Treaty)

I, Pauline Bauer, a People, a Living Soul, having been created by my Father and Mother under the gift of my Eternal Soul from my God, claim all protections under The Holy Bible "THE WORD OF GOD" and referenced by  Public LAW 97-280; 96 Stat. 1211- Oct 4. 1982.

**Notice; Exhibit 1:** Search Warrant, dated May 17, 2021.
Contains multiple errors.   Missing proper animus Documentation and Inventory of seized Property. Property to be searched is not described in Metes and Bounds. Postal Zip Codes are a fictional overlay from a Bankrupt Corporation.
**Notice; Exhibit 2:** Criminal Complaint, dated May 18, 2021.
Contains Hearsay, Presumptions and Exculpatory statements. Conflicting date and Case Number with Search Warrant.


## NOTICE

This document is not intended to threaten, harass, intimidate, offend, conspire, blackmail, coerce, cause consternation, alarm, contempt or distress or impede any public duties. It is presented with honorable and peaceful intentions. Any affirmation contrary to the verified statement of facts will comprise your stipulations to committing a fraud upon the court.

The instant matter is definitively a matter dealing with an infant/minor/ward of the court, unless the court will state with specificity and without ambiguity that the presenter, the real party in interest has attained the age of majority upon their 18th birthday and is construed, recognized, present not as an administrative civil adult, but as a Woman, capable of managing and handling her own affairs.

I, Pauline Bauer, a Living Soul, declare under the LAW of the United States of America that foregoing document and statements herein are true and correct to the best of my knowledge and ability to express.

Executed on this _9th_ Day of _June_ 2021.

By: _Pauline; Bauer :_ (SEAL)

Pauline Bauer a Living Soul
The Living Embodiment of God's Creation
Red Ink autograph and thumb print (seal)

IN WITNESS WHEREOF,

_____ *Pauline; Bauer;* _____, as Trustee, has

caused its Autograph as witnessed below.

Date: *9th* ,day of *June* , in the year of our Lord Two Thousand Twenty-One

Pauline; House of Bauer, As trustee Sui Juris, Jus Soli

By: _____

STATE OF __PENNSYLVANIA__   COUNTY OF *Franklin*

as Notary and Jurat Certificate On *9th* day of *June* , 20 *21*

And __Pennsylvania__   state, *Franklin* County as Notary Public personally appeared with satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that she/they executed the same in her/their authorized capacity(ies), and that by her/their Autograph on the instrument, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of Pennsylvania that the foregoing paragraph is true and correct.

before me,

Witness my hand and official seal.

_Lori L Kendall_ Signature, and (SEAL)

a Notary Public, who proved to me on the basis of

Commonwealth of Pennsylvania
Notarial Seal
LORI L KENDALL – Notary Public
WASHINGTON TWP. FRANKLIN COUNTY
My Commission Expires Aug 19, 2021

**CAPACITY CLAIMED BY Autograph**

as a Living Soul, Sui Juris, Jus Soli

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Western District of Pennsylvania

*Exhibit 1*

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No. 21-54 |
| 11217 Kane-Marshburg Road, Kane, Pennsylvania, | ) | |
| also known as 11217 Route 321, Kane, Pennsylvania, | ) | |
| and the person of Pauline Bauer | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Western_____ District of _____Pennsylvania_____
*(identify the person or describe the property to be searched and give its location)*:

11217 Kane-Marshburg Road, Kane, Pennsylvania, also known as 11217 Route 321, Kane, Pennsylvania, and the person of Pauline Bauer, further described in Attachment A which is incorporated herein and attached hereto

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see the list of items to be seized attached hereto and incorporated herein as Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _May 31, 2021_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:     _May 17, 2021 @ 2:07 pm_          _[signature]_
                                                                          *Judge's signature*

City and state:     Erie, Pennsylvania          United States Magistrate Judge Richard A. Lanzillo
                                                                          *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>21-54 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken **and name(s) of any person(s) seized:** | | |

*Exhibit 1*

| Certification |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Magistrate No. 21-54

(Under Seal)

*Exhibit 1*

## SEARCH WARRANT

### ATTACHMENT A

1.  **11217 Kane-Marshburg Road, Kane, Pennsylvania**, also known as 11217 Route 321, Kane, Pennsylvania, including all outbuildings not identified in the aforementioned. The residence is described as a single-story structure with beige-colored horizontal siding with several windows facing Kane-Marshburg Road, and a white porch area. There are doors that appear to go to the cellar on the front of the structure that faces Kane-Marshburg Road. There is a detached green-colored garage. On or about March 2, 2021, and May 11, 2021, an orange Toyota Tundra vehicle registered to BAUER was observed parked in the driveway of 11217 Kane-Marshburg Road, Kane, Pennsylvania, also known as 11217 Route 321, Kane, Pennsylvania. On or about April 1, 2021, the following photograph was taken by an FBI Agent of the Target Location.



2.  The person of Pauline BAUER.



IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Magistrate No. 21-54

(Under Seal)

**SEARCH WARRANT**

**ATTACHMENT B**

*Property to be seized*

1.　　The items to be seized are fruits, evidence, information, contraband, or instrumentalities, in whatever form and however stored, relating to violations of 18 U.S.C. §§ 1512(c)(2), 18 U.S.C. §§ 1752(a)(1) & (2), and 40 U.S.C. § 5104(e)(2), as described in the search warrant affidavit, including, but not limited to:

    a.　Clothing consistent with that shown in photographs and videos of Pauline BAUER in Washington, D.C. on January 6, 2021, including but not limited to, a dark-colored jacket, and a red/white/blue knit hat with a pom-pom on top;

    b.　Possessions consistent with that shown in the photographs and videos of Pauline BAUER, in Washington, D.C. on January 6, 2021,

    c.　Records and information that constitute evidence of use, control, ownership, or occupancy of the RESIDENCE and things therein;

    d.　Records and information that constitute evidence of the state of mind of Pauline BAUER, *e.g.*, intent, absence of mistake, or evidence indicating preparation or planning, or knowledge and experience, related to the criminal activity under investigation; and

Exhibit 1

e. Records and information that constitute evidence concerning persons who either (i) collaborated, conspired, or assisted (knowingly or unknowingly) the commission of the criminal activity under investigation; or (ii) communicated with Pauline BAUER about matters relating to the criminal activity under investigation, including records that help reveal their whereabouts.

2.      Digital devices, in particular Pauline BAUER' cellular telephone, used in the commission of, or to facilitate, the above described offenses, including taking photographs, videos, sharing communications with other participants or outside persons.

3.      For any digital device which is capable of containing and reasonably could contain fruits, evidence, information, contraband, or instrumentalities as described in the search warrant affidavit and above, hereinafter the "Device(s)":

a. evidence of who used, owned, or controlled the Device(s) at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, chat, instant messaging logs, photographs, and correspondence;

b. evidence of software, or the lack thereof, that would allow others to control the Device(s), such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

c. evidence of the attachment to the Device(s) of other storage devices or similar containers for electronic evidence;

2

Exhibit 1

d. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the Device(s);

e. evidence of the times the Device(s) was used;

f. passwords, encryption keys, and other access devices that may be necessary to access the Device(s);

g. documentation and manuals that may be necessary to access the Device(s) or to conduct a forensic examination of the Device(s);

h. records of or information about Internet Protocol addresses used by the Device(s);

i. records of or information about the Device(s)'s Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

During the execution of the search of the RESIDENCE described in Attachments A, law enforcement personnel are also specifically authorized to obtain from Pauline BAUER (but not any other individuals present at the RESIDENCE at the time of execution of the warrant) the compelled display of any physical biometric characteristics (such as fingerprint/thumbprint, facial characteristics, or iris display) necessary to unlock any Device(s) requiring such biometric access subject to seizure pursuant to this warrant for which law enforcement has reasonable suspicion that the aforementioned person(s)' physical biometric characteristics will unlock the Device(s), to include pressing fingers or thumbs against and/or putting a face before the sensor, or any other security feature requiring biometric recognition of:

(a)    any of the Device(s) found at the RESIDENCE,

3

Exhibit 1

(b)      where the Device(s) are limited to those which are capable of containing and reasonably could contain fruits, evidence, information, contraband, or instrumentalities of the offense(s) as described in the search warrant affidavit and warrant attachments,

for the purpose of attempting to unlock the Device(s)'s security features in order to search the contents as authorized by this warrant.

While attempting to unlock the device by use of the compelled display of biometric characteristics pursuant to this warrant, law enforcement is not authorized to demand that the aforementioned person(s) state or otherwise provide the password or identify the specific biometric characteristics (including the unique finger(s) or other physical features), that may be used to unlock or access the Device(s). Nor does the warrant authorize law enforcement to use the fact that the warrant allows law enforcement to obtain the display of any biometric characteristics to compel the aforementioned person(s) to state or otherwise provide that information. However, the voluntary disclosure of such information by the aforementioned person(s) is permitted. To avoid confusion on that point, if agents in executing the warrant ask the aforementioned person for the password to any Device(s), or to identify which biometric characteristic (including the unique finger(s) or other physical features) unlocks any Device(s), the agents will not state or otherwise imply that the warrant requires the person to provide such information, and will make clear that providing any such information is voluntary and that the person is free to refuse the request.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing

4

*Exhibit 1*

or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "digital devices" includes any electronic system or device capable of storing or processing data in digital form, including central processing units; desktop computers, laptop computers, notebooks, and tablet computers; personal digital assistants; wireless communication devices, such as telephone paging devices, beepers, mobile telephones, and smart phones; digital cameras; peripheral input/output devices, such as keyboards, printers, scanners, plotters, monitors, and drives intended for removable media; related communications devices, such as modems, routers, cables, and connections; storage media, such as hard disk drives, floppy disks, USB flash drives, memory cards, optical disks, and magnetic tapes used to store digital data (excluding analog tapes such as VHS); security devices; and any other type of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions.

4.      If the government identifies seized materials, that are potentially attorney-client privileged or subject to the work product doctrine ("protected materials"), the Prosecution Team will discontinue review until a Filter Team of government attorneys and agents is established. The Filter Team will have no future involvement in the investigation of this matter. The Filter Team will review seized communications and segregate potentially protected materials, i.e. communications that are to/from an attorney, or that otherwise reference or reflect attorney advice. At no time will the Filter Team advise the Prosecution Team of the substance of any of the potentially protected materials. The Filter Team then will provide all communications that are not potentially protected materials to the Prosecution Team and the Prosecution Team may resume its review. If the Filter Team concludes that any of the potentially protected materials are not protected

5

(*e.g.*, the communication includes a third party or the crime-fraud exception applies), the Filter

Team must obtain either agreement from defense counsel/counsel for the privilege holder or a

court order before providing these potentially protected materials to the Prosecution Team



6

AO 91 (Rev. 11/11)  Criminal Complaint    •    June 8  10:15 AM

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| William Blauser, Jr. | ) |
| DOB: 1/24/1947 | ) Case No. 21-57 |
| & | ) |
| Pauline Bauer | ) |
| DOB: 6/4/1967 | ) |
| *Defendant(s)* | ) |

*Exhibit 2*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the
_____ in the District of _____ Columbia _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) - | Obstruction of Justice/Congress, ...(BAUER) |
| 18 U.S.C. § 1752(a)(1) - | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, ...(BAUER/BLAUSER) |
| 18 U.S.C. § 1752(a)(2) - | Knowingly Engages in Disorderly or Disruptive Conduct in Restricted Building or Grounds, ... (BAUER/BLAUSER) |
| 40 U.S.C. § 5104(e)(2)(D) - | Violent Entry and Disorderly Conduct on Capitol Grounds. ...(BAUER/BLAUSER) |
| 40 U.S.C. § 5104(e)(2)(G) - | Violent Entry and Disorderly Conduct on Capitol Grounds....(BAUER/BLAUSER) |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Shaffer, Special Agent  and Brent White, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:  _____ 05/18/2021 _____

Digitally signed by G.
Michael Harvey
Date: 2021.05.18 17:24:22
-04'00'
*Judge's signature*

City and state:    Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and has been so employed since August 2003. As part of my duties, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. I am authorized by law or by a Government agency to engage in the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

Unless otherwise stated, the information in this Affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, reports, and files. Because this Affidavit is submitted for the limited purpose of establishing probable cause to support an application for an arrest warrant, it does not contain every fact known by me or the United States. The dates listed in this Affidavit should be read as "on or about" dates.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public. I am assisting in the investigation and prosecution of events which occurred at the United States Capitol on January 6, 2021.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

With the joint session underway and with Vice President Mike Pence presiding, a large crowd gathered outside the U.S. Capitol. Temporary and permanent barricades surround the exterior of the U.S. Capitol building, and U.S. Capitol police were present and attempting to keep the crowd away from the Capitol building. Also, the certification proceedings were underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows. Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there, including Pauline Bauer as discussed below.

The Federal Bureau of Investigation ("FBI") is investigating Pauline Bauer ("BAUER") regarding her involvement in entering the U.S. Capitol building on January 6, 2021, and the investigation concerns possible violations of, *inter alia*, 18 U.S.C. § 1512(c)(2), 18 U.S.C. § 1752(a)(1) & (2), and 40 U.S.C. § 5104(e)(2)(C)(i),(D) & (G).

**Witnesses:** Since the events at the U.S. Capitol, the FBI has received information from Witness #1 - #6, who provided information regarding BAUER's potential involvement in entering the Capitol.

a.  **Witness #1:** On or about January 7, 2021, Witness #1 submitted an anonymous electronic tip to the FBI National Threat Operation Center, advising that Pauline BAUER and William Blauser, from Kane, PA, were part of the mob that broke into the Capitol building to disrupt the electoral votes. According to Witness #1, BAUER and William Blauser took several photos on their phone after they stormed the Capitol. Witness #1 did not provide any identifying information, but the IP address used to submit the online tip resolved back to Kane, Pennsylvania. Further investigation determined that both BAUER and William Blauser reside in the area surrounding Kane, Pennsylvania.

b.  **Witness #2:** On or about January 7, 2021, Witness #2 submitted an electronic tip to the FBI National Threat Operations Center regarding BAUER's presence inside the Capitol on January 6, 2021. Specifically, Witness #2 stated that s/he observed a post on Facebook by BAUER on another individual's Facebook account. Witness #2 included BAUER's personal Facebook page with public posts as https://www.facebook.com/pauline.bauer.568, and that BAUER may be affiliated with Bob's Trading Post near Kane, PA. Witness #2 also stated that, in the post/comment, BAUER admitted to being inside the Capitol, and provided the following link to the post https://www.facebook.com/[******]/posts/10219274446195459. In addition, Witness #2 stated that BAUER posted a comment, stating "We took over our capital [sic] like patriots," but that the post was removed by Facebook for violating community standards of promoting violence.

c.  **Witness #3:** Witness #3 submitted an electronic tip to the FBI National Threat Operations Center. On February 8, 2021, law enforcement interviewed Witness #3 regarding the electronic tip. Witness #3 indicated that BAUER owns or works at a restaurant called Bob's Trading Post, which is near Red Bridge campground.

In Witness #3's electronic tip, s/he stated that, on January 6th, Witness #3 was reading the page of a Facebook friend, Individual #1, and that Individual #1 was commenting about the activities at the Capitol building and the destruction being done. Witness #3 also observed an individual with the name Pauline BAUER write a comment, stating that she was at the Capitol and she was inside. Witness #3 provided the following screenshot from Individual #1's Facebook page to law enforcement:



Law enforcement subsequently viewed the Facebook account of Individual #1's and observed the following posts:



**Pauline Bauer**
I am at the capital and was inside. No of us are armed just pissed that this is what we have to do to take our country back from communism
Like    O   5



**Pauline Bauer**
Do you really think anyone could break into the capital. The antagonists were let in. We all got maced trying to stop what was happening. They used us for a movie so you could watch it on the news
Like    3



Witness #3 stated that s/he is not Facebook friends with BAUER, but visited BAUER's Facebook page, where Witness #3 observed that BAUER had photos of herself and other individuals on their way to the Capitol building on January 6th.

d.     *Witness #4:*  On January 7, 2021 the FBI received a tip from Witness #4 through the FBI Office of Public Affairs Digital Media Tips website, who included the following statement:

> "Sandy Pomeroy Weyer entered in the Capitol on Jan 6th with Bill Blauser and Lynn Nester. I have screen shots of Sandy stating she stormed the Capitol.  She also had a live however Facebook took it down. sandy also stated she has no fear when asked if gets in trouble with the police."

Witness #4 also attached a screen capture of a photograph posted on Facebook that appears to be taken on January 6, 2021.  The photo consists of six persons posed on one of the east side balconies of the Capitol Building, with the United States Supreme Court building and the Jefferson Building visible in the background.  The caption above the image reads, "***Sandy Pomeroy Weyer is with Bill Blauser and 2 others in Washington D.C.***"



In the photograph, the male standing to the far right in the photographs was later identified as William Blauser. Blauser is dressed in light-colored pants, a white t-shirt with a graphic design on the front, a camaflague jacket and a baseball cap with the word "Trump" on the front of the cap. In addition, Blauser has a full white-beard and an object that appears to be a cellphone in his left hand. To the right of William Blauser is a woman dressed in a dark-colored jacket, and a red/white/blue knit hat with a pom-pom on top, and long brown hair, who was later identified as Pauline BAUER.

The Facebook profile provided by Witness #4 indicated the subject was Sandy Pomeroy Weyer with a Facebook name: "Sandy Pomeroy Weyer."[1]  On or about on March 16, 2021, a search warrant associated with that account was submitted to Facebook, Inc via the Law Enforcement Facebook Portal. On or about on the same date, Facebook returned the data through the Law Enforcement Facebook Portal, and a review of that data was conducted and found videos and photographs of a woman who appeared to be Weyer both outside and inside the Capitol during

---

[1]   On or around January 29, 2021, a Grand Jury Subpoena was served to Facebook for accounts associated with "Sandy Pomeroy Weyer." Facebook records identified two associated accounts: 100015433067547 and 100061592379425. Facebook records also identified phone number +17178022147 as being affiliated with the accounts. On February 11, 2021, Facebook provided subscriber information for account: 100015433067547 which listed a registration date of February 28, 2017, and a closure date of January 9, 2021. The name associated with the account is listed as Sandy Pomeroy Weyer and the account was verified, meaning the account holder responded to a text message sent to the telephone number +17178022147. On February 11, 2021, Facebook also provided subscriber information for account: 10006159239425, which listed a registration date of January 8, 2021 – one day prior to the deletion of the account associated with Sandy Pomeroy Weyer. The name associated with the new account is listed as Sandy Sue and the account was verified on January 8, 2021, at 14:39:43 UTC using the cell phone number +17178022147 – the same phone number used to verify the account associated with Sandy Pomeroy Weyer.

the riots on January 6, 2021.  In addition, a review of the list of Facebook friends from the account associated with Weyer showed she is friends with Pauline BAUER.  A review of the content found a group Facebook chat from UTC Time January 6, 2021, 2:17:50 that included the names of Bill Blauser and Pauline BAUER.

On January 5, 2021, Weyer posted the below photo on Facebook that included Pauline BAUER wearing the red/white/blue knit hat with a pom-pom on the top, and tagged Pauline BAUER's Facebook profile.



Witness #4 also provided  another image that was posted on January 7, 2021, on the same Facebook account.  It appears to be the same group of persons, including both William Blauser and BAUER, in front of the Capitol building, with a time-stamp of "yesterday at 5:50 p.m.," and believed to be refering to January 6, 2021.



**_Witness #5:_**  On or about January 18, 2021, Witness #5 submitted an electronic tip to the FBI National Threat Operation Center, along with a photo and wrote, "I know a guy from our town of Kane,Pa that was in the Capital building.  He has taken videos and they are bing [sic] passed around."

On February 4, 2021, law enforcement interviewed Witness #5, who has known William Blauser for over five years, and had opportunities to view him in person and become familiar with his physical appearance prior to the January 6th events.  Witness #5 stated that Blauser uses Facebook and his username is "bill.blauser.3."  Witness #5 also knows BAUER and had opportunities to view her in person and become familiar with her physical appearance prior the January 6th events. Specifically, Witness #5 stated that s/he frequents a local restaurant called Bob's Trading Post that is run by BAUER and her husband, Jeff Bauer.  Witness #5 stated that Pauline BAUER became more and more political over the past year, and began losing business because people were uncomfortable about her constant political rhetoric.  Witness #5 stated that Pauline Bauer's husband recently told Witness #5 that Pauline Bauer entered the Capitol building, but that she did not hurt anybody or do anything violent.

Witness #5 also reported that he/she had heard that two buses of people from Elk County, Pennsylvania, and the surrounding areas went to the "Stop the Steal" rally in Washington, D.C. on January 6, 2021.  Witness #5 stated that s/he heard William Blauser was also in the Capitol Building.

Witness #5 provided law enforcement copies of the videos that s/he referenced in her/his online tip.  Witness #5 stated that s/he received the videos from Witness #6, who is another associate of Witness #5's that attended the January 6, 2021, events in Washington, D.C.  The videos consisted of recordings of the events of January 6, 2021, and Witness #5 stated that s/he recognized Pauline BAUER's voice in one of the videos.

e.      **_Witness #6:_**  On February 9, 2021, the FBI interviewed Witness #6 about the events of January 6, 2021.  Witness #6 confirmed that s/he traveled to Washington, D.C. to attend the rally with several associates.  Witness #6 provided law enforcement copies of the videos from January 6, 2021.  A review of the videos provided by Witness #6 revealed that some of the videos were shot from the steps of the Capitol and from inside the Capitol Building in the Rotunda area.  In one of the videos that was recorded from the Capitol steps, the video panned the crowd and BLAUSER is recorded in the foreground of the video, wearing the same camouflage jacket and baseball cap with the word "TRUMP" seen in other photographs taken on January 6, 2021.

Exhibit 2





Witness #6 acknowledged that "Pauline" attended the rally as well, and while Witness #6 declined to provide the last name of "Pauline," Witness #6 did not deny that her last name was BAUER. Witness #6 stated that "Pauline" arranged for buses to travel to Washington, D.C. An individual associated with Witness #6, who was present for a portion of the interview, referenced PAULINE as being associated with Bob's Trading Post restaurant.[2]

Witness #6 stated that "Pauline" sent several videos to him/her, and some of these videos appear to have been taken inside the Capitol building. Witness #6 provided copies of the videos to law enforcement, and as discussed below, some of these videos appear to be taken from the

---

[2] Law enforcement conducted an open source record checks on Bob's Trading Post Facebook page, and on December 22, 2020, Pauline Bauer updated the event cover photo in Mega million Rally in DC Bus Trip. In the Details section, it stated, "Day trip to Washington DC on January 6, 2021 for the mega million rally. Need 51 people to fill a bus....Contact Pauline at 724-816-2088."

same location that "Pauline," and Blauser were seen in the body-worn camera videos --- but from the vantage point of Blauser and Pauline BAUER (rather than the MPD officer's vantage point). The screenshot below is from one of the videos that PAULINE sent to Witness #6.



Capitol building video-surveillance footage:   I have reviewed portions of some surveillance video of the interior of the Capitol buildings, including the east Rotunda door entry and inside the Rotunda area.  At approximately 2:43 p.m., William Blauser and BAUER are recorded entering the Capitol building via the east Rotunda door.  At the time of BAUER's entry, there were at least three police officers in the area of the door attempting to stop the crowd from entering the building.  As he entered through the doorway, William BLAUSER walked backwards, pushing his way through the crowd and police to enter the building.







At approximately, 2:44 p.m., William Blauser and BAUER entered the Rotunda.



At approximately 3:02 p.m., William Blauser and BAUER were recorded by the South entrance to the Rotunda and both William Blauser and BAUER appear to be involved in a brief skirmish with law enforcement.



After the police forced the crowd out of the Rotunda area, William Blauser was observed exiting the building with BAUER at approximately 3:21 PM.



**Body-worn camera video**: I have reviewed some of the body-worn cameras worn by members of the Metropolitan Police Department ("MPD") standing inside the Capitol Rotunda, in an effort to deny the individuals the ability to maneuver through the Rotunda. Numerous body-worn cameras recorded a person inside the Rotunda area of the U.S. Capitol Building on January 6, 2021, later identified as Pauline BAUER, wearing a dark colored jacket, a dark knit style hat with a pom-pom on top, with red and white stripes and possibly stars.



At approximately 2:57 p.m., one of the body-camera videos recorded another individual saying words to the effect of "This is where we find Nancy Pelosi . . . ." BAUER is then recorded saying words to the effect of "Bring that fucking bitch out here now. Bring her out. Bring her out here. We're coming in if you don't bring her out." Soon after, MPD officers

attempted to deny individuals access to the hallway entrance that resulted in a brief confrontation, and BAUER is recorded stating words to the effect, "You back up. Don't even try." The following are two still pictures from the body-worn footage:





In another body-worn camera video, BAUER is recorded stating words to the effect of the following: "Bring them out. We want them out here…You bring them out or we're coming in. Bring them out now. They're criminals. They need to hang.. Bring her out.. Bring Nancy Pelosi out here now. We want to hang that fucking bitch. Bring her out. We're coming in if you don't bring her out.. What are you trying to protect a fucking Nazi. Is that what you're protecting? "

In several MPD body-worn camera videos, BAUER is recorded with a large group of individuals inside the Capitol Rotunda, while holding what appears to be a digital device in her hand.



**Identification:** On April 21, 2021, I met with Witness #5 and Witness #5 viewed several photographs, including some of the above-mentioned still photographs from the Capitol video-surveillance footage and the body-worn camera videos. After viewing each photograph, Witness #5, identified the woman dressed in a dark-colored jacket, and a red/white/blue knit hat with a pom-pom on top, and long brown hair, as Pauline BAUER.

In addition, I obtained a copy of Pauline BAUER's Pennsylvania's driver's license that contained a photograph of Pauline BAUER, and also reviewed the above-discussed images from the Facebook posts, the video-surveillance footage, and the body-worn camera videos that were worn by MPD officers inside the Capitol building during the events on January 6, 2021. Your affiant compared the images from the various sources and BAUER'S driver's license photograph, and they appear to be the same person.

**Target Offenses:** Based on the foregoing, your affiant submits that there is probable cause to believe that Pauline BAUER violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Pauline BAUER violated 40 U.S.C. §§ 5104(e), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a

hearing before, or any deliberations of, a committee of Congress or either House of Congress; and
(G) parade, demonstrate, or picket in any of the Capitol Buildings.

Finally, your affiant submits there is probable cause to believe that Pauline BAUER
violated 18 U.S.C. § 1512(c)(2), which makes it a crime to obstruct, influence, or impede any
official proceeding, or attempt to do so. Under 18 U.S.C. § 1515, congressional proceedings are
official proceedings.

Respectfully submitted,

Brent R. White
FBI – Special Agent        814-452-4576

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone, this 18th day of May 2021.

Digitally signed by G. Michael
Harvey
Date: 2021.05.18 17:25:02 -04'00'

G. MICHAEL HARVEY,
U.S. MAGISTRATE JUDGE

# Eye Witness Account on January 6th: Police Fired on Crowd, Gassed Crowd, Baited Crowd but Protesters Remained Peaceful (VIDEO)

**By Jim Hoft**
**Published June 3, 2021 at 8:48am**
**338 Comments**

    



**The Gateway Pundit reported earlier this week on Capitol Police hurling tear gas into a crowd of peaceful citizens including women, children and elderly patriots on January 6 at the US Capitol.**

Interesting, isn't it, that the mainstream media has amplified every police reaction when dealing with Antifa and Black Lives Matter as businesses are destroyed, yet have failed to cover this component of January 6th?

**A TGP reader put together the following video from the images he captured that day along with his personal observations.**

**\* \* \* \* \* \* \* \* \***

**From our TGP source:**

**Location/Time:**  I was on the West-side of the building from 1pm to 4pm– from the beginning of the supposed mob attack, to well past the time when USAF veteran Ashli Babbitt was shot and killed by police inside the building.  Many of the images shown by the media come from this side of the building.

The attached video was taken by me personally and documents the below description of what I witnessed.

**Stage 1:**

When I arrived at the building, I was approximately 30' from the front edge of the crowd.

The police had an ideal defensive situation, as the Capitol building sits atop a 35' vertical limestone wall.  To access the Capitol building from my location, you first needed to enter the courtyard 35' above.

- The only route to the courtyard was through a **single narrow stairwell**.
- The cops needed only to defend the stairwell from above to contain the crowd.

**Instead of staying on the high ground, the police defied all tactical logic by going to ground level and directly engaging the peaceful**

**crowd.**

- Then, without warning, **police began firing flash/bang grenades, tear gas, and pepper spray into the crowd.**
- Prior to this attack the police made no attempt to communicate with the crowd; they did not declare "an unlawful assembly" or ask the crowd to leave–they simply attacked a peaceful crowd.
- **A tear gas canister struck me in the head,** knocking my eyeglasses to the ground.

The police continued to abuse the crowd for 30-45 minutes, allowing the media to get the pictures and video showing the police "repelling" the supposed attack.

It is worth noting, that the police appeared to be baiting the crowd to counterattack because the only visible police were 5-10 very skinny, very unintimidating officers, (definitely NOT the Alpha-male, linebacker types you expect to be riot troops) in front of a crowd of tens of thousands.  You will see a larger police presence at a local high school football game compared to what I saw on the West side of the Capitol building.

However, the crowd remained peaceful.



When the media had their images and it became clear that the crowd was not going to attack the police or the building police tactics changed.

- The police behavior suddenly changed from "repelling the mob" to becoming tour-guides allowing the people to climb the stairs, enter the courtyard and even enter the building.
- Obviously, had the protesters stayed on the ground below the courtyard stairwell the narrative of the storming, violent mob overrunning the police would have collapsed.

**Stage 2**

The last two scenes in my video are from the courtyard above the 35' wall and immediately behind the Capitol building.

**Please watch carefully for the following:**

- Everyone entering the courtyard is walking past 4 police officers standing atop the single easily defended stairwell that allows access to the ground below.  The cops are just hanging out talking, while minutes before they had been launching tear gas at the crowd.  There is no sign of aggression, urgency, or running by anyone involved.
- The mostly middle-aged regular Americans were simply walking calmly with friends.  I saw many in their 50s and 60s and even one couple that had to be in their late 70s.  These are the people that the media and DC establishment would have you believe is a violent mob capable of storming and breaching police defenses.  Many of them probably couldn't run 50 feet on flat ground.
- Some of these people were curious enough to enter the Capitol building and reported that cops were present inside and passively observing people walk around the building within the roped off walkways.

The last scene–the group unfolding the gigantic American flag–was taken at 3 PM, about the time Ashli Babbitt was shot and killed inside the building.

- In other words, at the peak of the claimed "mob-violence."
- This scene is less than 50' from an open door into the Capitol building that people are freely passing in/out of with police approval.

**Stage 3**

I left the Capitol area at 4 PM by simply walking away from the area.

This was about 3 hours after the police initially attacked the crowd with tear gas and flash/bang grenades.

- A reasonable person would expect that, with the National Guard already called up the previous day, the authorities would have had plenty of time to surround the building and apprehend any "rioters" trying to escape.
- However, I saw no police at all as I walked away from the building.

I suspect that arresting a bunch of middle-aged "normies," grandpas and grandmas wouldn't have served the narrative that the police and authorities had corruptly staged.

Case 1:21-cr-00386-TNM Document 35 Filed 06/28/21 Page 47 of 98
EXCLUSIVE: US Capitol Doors on Jan. 6 Were Magnetically Locked - Someone Inside Capitol Security Had to Release the Lo...
2021

# EXCLUSIVE: US Capitol Doors on Jan. 6 Were Magnetically Locked – Someone Inside Capitol Security Had to Release the Lock to Open the Doors (VIDEO)

**By Jim Hoft**
**Published May 24, 2021 at 8:00am**
**2851 Comments**





Last week a member of the Oath Keepers called The Gateway Pundit to tell us his story of the January 6th protests and riot. He is living in fear since the Jan. 6 protests at the US Capitol and wanted to get his story out.

The **Oath Keepers** is a non-partisan association of current and formerly serving military, police, and first responders, who pledge to fulfill the oath all military and police take to "defend the Constitution against all enemies, foreign and domestic."

What he told us is truly shocking and has not been reported by the mainstream fake-news media.

This man wanted to remain anonymous. We spoke with Attorney Kellye Sorell about his story. He believes the government is planning to arrest him.



**On January 6, he told us about the famous, not so famous, so-called "stack video" that was making the rounds in the fake news following the protests.**

**In the video you can see several Oath Keeper members march up the US Capitol steps, sing the National Anthem while they are facing the massive crowd.**

Then this Oath Keeper dropped this bomb–

According to this American patriot, who is a US Marine veteran who worked overseas at a US Embassy, the doors on the US Capitol are **electronically controlled magnetic locked doors**. And someone inside the security booth at the US Capitol opened the doors!

Here is what we were told.

**Retired Marine:** *We're on the top level now – about 15 feet from the doors just before they opened up. People are yelling and screaming. Everyone's cheering, all kind of stuff. It's chaotic. But we're just kind of there. And then all of the sudden the doors open up from the inside. I have a picture taken about two seconds before the doors opened. And then I have a picture taken about six seconds later and the doors were open.*

**Jim Hoft:** *And they were not opened from the outside?*

**Retired Marine:** *They were opened from the inside. Now one of the stories I read recently was that some Marine, some Marine Major, went inside and managed to run around and open up the doors. And I think that was on your website, as well. But here's what I can tell you about magnetic locks. If a door is locked by a mag lock it cannot be opened from the outside or the inside unless the person controlling that door opens that door by turning off the magnetic lock which those doors according to the photos I took are equipped with.*

**Jim Hoft:** *Holy cow! That's really big news there!*

**Retired Marine:** *Now these magnetic locks, I worked in the American embassy overseas. They are very, very strong.*

**Jim Hoft:** *I'm sure and they, you would think at the US Capitol they would have top security there.*

**Retired Marine:** *Now to give you an idea how strong they are, you could tie a chain to the handlebars of the door and tie it onto a truck. And you can take off with the truck and it is probably going to rip the door handles off but it is not going to open that door. The only way those doors can be*

EXCLUSIVE: US Capitol Doors on Jan. 6 Were Magnetically Locked - Someone Inside Capitol Security Had to Release the Lock to Ope...

Case 1:21-cr-00386-TNM   Document 35   Filed 06/28/21   Page 51 of 98

opened if they want to be opened is from inside a security booth that is also equipped with a magnetic lock.

**Jim Hoft:** *Has this ever been reported?*

**Retired Marine:** *Not that I've heard of.*

**Jim Hoft:** *Oh my God, this is really big!*

**Retired Marine:** *If those magnetic locks had been engaged, in other words, if Capitol Police did not want people opening that door. Now I can understand they might say, "We had police outside so we didn't want to engage them." If they did not want those magnetic locks open, there is NOTHING, nothing, no person, no group of people, no hundreds of people who could have opened those doors. No one. Unless the Capitol Police wanted those doors open. As soon as those doors were open, I was lifted off my feet. There was a forward momentum.*

**\*\* You can donate to the GiveSendGo for the Oathkeepers detained by their government here.**

The Gateway Pundit altered the voice quality at the request of this witness.

EXCLUSIVE: US Capitol Doors on Jan. 6 Were Magnetically Locked - Someone Inside Capitol Security Had to Release the Lock to Ope...



**UPDATE–** We received this from a reader on magnetic doors. A fire alarm set off from the inside – which did not happen – can also unlock the doors.

> *Information on magnetic locks. Magnetic locks are strong. But according to safety, mag locked doors must have an egress option in case of fire or emergency exit. Therefore there are 2 options to allow mag locked doors to open. One is fire alarm. If fire alarm goes off, mag locks will unlock if wired correctly. The second option is a REX sensor. (Request to exit). Rex sensor is an interior ceiling mounted (normally) proximity sensor.*

**Both of these options involve someone on the inside.**











THE COURAGEOUS **POLICE LEADER**

# GET THE BOOK
that's leading change
in law enforcement...

A Survival Guide for Combating Cowards, Chaos & Lies

# DOJ quietly acknowledges there was no sedition at the US Capitol

Media hyperbole was the root cause of fabricating crimes that didn't exist



Your email

×

DOJ quietly acknowledges there was no sedition at the US Capitol – Law Officer



(Wikipedia Commons)

March 30, 2021  byLaw Officer

**Share and speak up for justice, law & order...**

Despite all the outrage and the threats of charging "insurrectionists" with sedition—the act of attempting to overthrow the government—proving them based upon actual facts and evidence seems to be increasingly unlikely. For example, Michael Cantrell reported on America's Sheriff that:

"Many of the trials for individuals involved in the Capitol riot of January 6th have started and much to the chagrin of liberals everywhere, the charges these folks are facing aren't quite as serious as we were all led to believe they would be. In fact, the Justice Department has now said that the body of evidence in these cases is not as damaging as it was previously thought to be."

Further, developing reports indicate that none of the 400 people who have been arrested for their involvement in the riot have been charged with sedition, according to the Post Millennial. The most serious charge that has been brought against a defendant in this incident has been assault. To be clear, there is quite a leap between the charges of assault —and the charges of conspiring to overthrow the government.

Even more perplexing, while others have been charged with conspiracy and obstruction, there's a rather inconvenient fact that prosecutors must reckon. As the Post Millenial explained: "Others have been charged with conspiracy, and obstruction. While five people

Your email                                                                                    ×

...he secrecy surrounding the death investigations of Sicknick and Babbit do nothing to bolster confidence in "transparency." The additional three victims suffered medical emergencies, yet transparency is still lacking in these cases as well.

Prosecutors assigned to the cases have been feverishly working to prove a mass conspiracy. However, "less than 25 people are facing that charge, and ten people are said to have ties to the Oath Keeper militia movement," the report continued.

Arizona prosecutors who detained Jacob Chansley (you know, the guy who wore the "horns") had originally stated that they had a lot of strong evidence to support the charge of sedition and/or mass conspiracy. And the evidence included Chansely's "own words and actions," which prosecutors said indicated that the "intent of Capitol rioters was to capture and assassinate elected officials." However, Cantrell asserts that no proof of this was ever submitted.

Further, the Post Millenial report explained two other key points: "Another man, Ethan Nordean, was accused of sending 'encrypted communications' to the Proud Boys, but this, too, was dropped when it turned out that his phone battery died and he was unable to use it. The judge in Nordean's case said there was a 'dearth of evidence' and declined to jail him. Prosecutors are trying again, however." Once again, there is a stark contrast between the threatened charges that were publicly declared, and the actual charges in the court cases.

And in perhaps the most telling aspect, the report also cited Michael Ferrara, an attorney with Kaplan Hecker & Fink, LLP, and former federal prosecutor, who explained that "if it becomes clear that prosecutors overreached, engaged in hyperbole, of simply misunderstood social media and text messages, it would be no 'small error.'"

Ferrara also stated that the zeal of the prosecutors could "color the way the judge sees the case going forward," which could have a huge impact on the outcome for many of the defendants.

Ferrara isn't the only one concerned. During a hearing in the case against the Oath Keepers, U.S. District Court Judge Amit Mehta said that remarks made by DOJ officials

Your email                                                                                      ✕

ideed, despite the actual facts and (lack of) evidence of sedition, apparently prosecutors and the media are putting in a lot of effort to steer the outcome of these cases.

Fortunately, thanks to their eagerness, it's almost impossible to ignore the hyperbole, the overzealousness, and the hypocrisy of politicians, prosecutors, and the media. And no matter the outcome of these cases, they stand in even starker contrast to the far less aggressive prosecution of violence and rioting that have taken place in the past year.

As many law enforcement officers continue to wonder: where was the aggressive prosecution for the thousands whose rioting caused numerous deaths—including the deaths and injuries of police officers—and billions in property damage that ravaged US cities in the past four years?

If these cases were pursued just as aggressively—and with just as much hyped-up media reporting—life for many Americans would be a whole lot safer.

Car     Police Car     Car Police     Shootings     Medical Doctors     Deaths     Moment of silence

**Share and speak up for justice, law & order...**

Tags:   Brian Sicknick     Capitol riot     Eathan Nordean     Michael Cantrell     Michael Ferrara     must-read

oath keepers     Proud Boys     sedition



### Law Officer

Law Officer is the only major law enforcement publication and website owned and operated by law enforcement—for law enforcement and supporters of justice, law, and order. This unique facet makes Law Officer much more than just a publishing company, but a true advocate for the law enforcement profession.



Your email

...me to the Reuters.com BETA. Read our Editor's note on how we're helping professionals...
...our smart decisions.

Read more

 **REUTERS**

Sign In   ≡



May 21, 2021 8:04 PM EDT

United States

# U.S. seizes $90,000 from man who sold footage of U.S. Capitol riot

**Andy Sullivan**                                          3 minute read

   





Police release tear gas into a crowd of pro-Trump protesters during clashes at a rally to contest the certification of the 2020 U.S. presidential election results by the U.S. Congress, at the U.S. Capitol Building in Washington, U.S, January 6, 2021. REUTERS/Shannon Stapleton

U.S. authorities have confiscated roughly $90,000 from a Utah man who sold footage of a woman being fatally shot during the Jan. 6 attack on the U.S. Capitol by supporters of former President Donald Trump, according to court filings.

Prosecutors also have filed additional criminal charges against the man, John Earle Sullivan, a self-described political activist who is accused of entering the Capitol building and participating in the riot, the filings unsealed on Thursday showed.

Sullivan now faces a total of eight criminal counts, including weapons charges, related to the riot. Sullivan's lawyer did not immediately respond to a request for comment.

Prosecutors have charged more than 440 people in connection with the attack in which Trump supporters stormed the Capitol after he gave a speech to them repeating his false claim that the 2020 presidential election was stolen from him through widespread voting fraud. The mob smashed windows, fought police and sent lawmakers into hiding. Five people died.

Many participants, including Sullivan, posted their actions on social media. **read more**

According to the court filings, Sullivan portrayed himself as an independent journalist who was reporting on the chaos, but actually encouraged other participants to "burn" the building and engage in violence.

Sullivan recorded video of the confrontation between rioters and police just outside the U.S. House of Representatives chamber that included the shooting of protester Ashli

5/25/2021

Case 1:21-cr-00386-TNM   Document 35   Filed 06/28/21   Page 59 of 98
Why Is the Government Hiding January 6 Video Footage?



# Why Is the Government Hiding January 6 Video Footage?

The American public still doesn't know exactly what happened on January 6—and it's clear the government will use any means necessary to keep it that way.

Search

J oe Biden calls it the worst attack since the Civil War. Attorney General Merrick Garland compares it to the 1995 Oklahoma City bombing. The FBI is breaking down the doors of Iraq War veterans and small business owners who have no criminal records, and some are hauled off to rot in solitary confinement in a fetid D.C. jail, for their involvement in the alleged travesty.

The event, of course, is the roughly four-hour-long disturbance at the U.S. Capitol on January 6. As mostly nonviolent Americans dared to protest Congress' certification of a clearly fraudulent presidential election in a place that once was considered "The People's House," lawmakers scurried for cover as reporters and photographers captured part of the ruckus on video and still shots to wield as political ammunition against Donald Trump and his supporters.

But have we seen a full and fair depiction of exactly what happened that day? The answer, as evidenced by an ongoing coverup by the U.S. Capitol Police and the Justice Department, clearly is no.

Almost all the January 6 video seen by the public isn't from official government sources but by social media users and journalists on the scene. For example, the widely viewed footage of protestors occupying the Senate chamber was recorded by a *New Yorker* journalist.

But thousands of hours of real-time footage is in the hands of the Capitol Police—and that agency, along with government lawyers and federal judges, is using every legal trick possible to keep the trove hidden from the public even as clips are presented in court as evidence against hundreds of January 6 defendants.

According to an affidavit filed in March by Thomas DiBiase, the Capitol Police department's general counsel, the building is monitored 24/7 by an "extensive system of cameras" positioned both inside and outside the building as well as near other congressional offices on the grounds.

The system captured more than 14,000 hours of footage between noon and 8 p.m. on January 6; the archive was made available to two Democratic-controlled congressional committees, the FBI, and the D.C. Metropolitan Police department. (After a request by Congress, the agency reportedly handed over footage from the entire 24-hour period.)

Capitol Police also produced selective clips for Democratic House impeachment managers to use in the trial against Donald Trump.

But Capitol Police argue that making all the tapes available to defense attorneys —let alone to the American public—could provoke future violence. "The Department has significant concerns with the release of

any of its footage to defendants in the Capitol attack cases unless there are safeguards in place to prevent its copying and dissemination," DiBiase wrote March 17. "Our concern is that providing unfettered access to hours of extremely sensitive information to defendants who already have shown a desire to interfere with the democratic process will . . . [be] passed on to those who might wish to attack the Capitol again."

The Justice Department, in numerous cases, is seeking protective orders to rigorously limit how surveillance video is handled by defense attorneys. Recordings have been deemed "highly sensitive" government material subject to onerous rules; the accused only have access to the evidence in a supervised setting. Clips cannot be copied, downloaded, shared, or reproduced in any fashion.

"Defense counsel may not provide a copy of Highly Sensitive materials to Defendant or permit Defendant to view such materials unsupervised by defense counsel or an attorney, investigator, paralegal, or support staff person employed by defense counsel," Judge Amit Mehta wrote in a protective order related to the conspiracy case against members of the Oath Keepers. "The parties agree that defense counsel or an attorney, investigator, paralegal, or support staff person employed by defense counsel, may supervise Defendant by allowing access to Highly Sensitive materials through a cloud-based delivery system that permits Defendant to view the materials but does not permit Defendant the ability to download."

Sounds legit.

## Fighting Back Against the Blackout

But defense attorneys and the media now are fighting the video blackout. During a detention hearing last month for the two men accused of spraying officer Brian Sicknick—both have been behind bars and denied bail since their arrests in March—defense lawyers objected to the government's use of "cherry-picked" video they couldn't see in its full context which, if examined, might contain exculpatory evidence.

Under pressure from a group of media outlets, the government finally released what it claims is the incriminating video showing the chemical spray "attack" against Sicknick. (It didn't.) The choppy video included

recordings from several surveillance cameras, a few D.C. police officers, and a bystander.

Journalists continue to be frustrated by the Justice Department's suppression tactics. In a plea last week to Beryl Howell, chief judge of the D.C. District Court handling all the January 6 cases, 14 news organizations asked for better access to video evidence presented in court. (Virtual court proceedings further help prosecutors keep the clips under wraps.)

"[T]he press and public have not been able to access these videos on the Court's electronic dockets," lawyers representing CNN, ABC News, the *Wall Street Journal* and others wrote in a May 3 letter. "Delayed access to these historic records shuts the public out of an important part of the administration of justice." The government, the lawyers told Howell, refuses to give a "substantive answer" as to why the video evidence isn't publicly available and listed several cases where surveillance footage was played in court but not otherwise accessible.

The secret video archive of January 6 isn't the only recording under scrutiny. It's also unclear whether Capitol Police kept the footage from January 5. DiBiase said surveillance video is routinely deleted after 30 days; only a "very limited" number of clips from January 5 were given to the U.S. Attorney in D.C., the office handling the massive investigation.

It would be very convenient for the Capitol Police—no objective party in this saga since it launched the lie about Sicknick's death—to purge footage from January 5 so defense attorneys and the public cannot see what sort of activity took place the day before the "insurrection."

So what, exactly, is the government trying to hide? How can activity inside and outside a public building be considered "highly sensitive?" In response to a Freedom of Information Act filing by Judicial Watch, Capitol Police told the group the recordings are not "public records." But of course they are. A security system controlled by a federal agency in a public building paid for by taxpayers to conduct the public business of public officials is most certainly a public record.

Even if legal loopholes allow for such an exemption, the greater public interest should supersede any technicalities. Major parts of the original narrative already have fallen apart, including the story that officer

Sicknick was murdered by Trump supporters and the myth it was an "armed insurrection"; the full account of what prompted the killing of Ashli Babbitt by an unidentified Capitol cop is still unknown.

Further, the Biden regime is weaponizing January 6 to hunt down and destroy the lives of people—many of whom committed no violent crimes —anywhere near the building that day. The Justice Department is promising to build sedition cases; Biden's intelligence chiefs are operating outside their authorization in their effort to portray regular Americans as domestic terrorists.

A president was impeached for his alleged role. Republican lawmakers continue to face threats for objecting to the election results in swing states. And millions of Trump voters, by extension, are considered conspiracy theorists and wannabe "insurrectionists."

There's only one reason why the Justice Department wants to keep the footage under seal: it contradicts most if not all of the claims advanced by Democrats and the media over the past four months.

Republicans, to the extent they can or will, and the media should demand the release of all the footage. Ditto for families of the defendants. The American public still doesn't know exactly what happened on January 6—and it's clear the government will use any means necessary to keep it that way.



Share on

## About Julie Kelly

Julie Kelly is a political commentator and senior contributor to *American Greatness*. She is the author of *Disloyal Opposition: How the NeverTrump Right Tried—And Failed—To Take Down the President.* Her past work can be found at *The Federalist* and *National Review*. She also has been featured in the *Wall Street Journal*, *The Hill*, *Chicago Tribune*, *Forbes*, and *Genetic Literacy Project*. After college graduation, she served as a policy and communications consultant for several Republican candidates and elected officials in suburban Chicago. She also volunteered for her local GOP organization. After staying

**No matter how often Pelosi and Rachel Maddow repeat it- January 6th was not the real"insurrection" day.**

The left is pushing for a "commission" to look into the events that took place on January 6th at the Capitol.

While no one from the political elite seems to care what really happened during the "summer of love" when over 20 people were killed, cities were burned to the grounds, and businesses were destroyed, they seem passionately interested in the podium that Nancy Pelosi uses and was stolen.



The left loves to call that day an "insurrection." Yet, this was far from it.



**Would you vote for Trump if he ran in 2024?**



686.433 Votes



**Do you beli**
**Iran to maint**
**make Israel**



15,455 Votes

Ads by optAd360

This Move Could Change Everything - What Nancy Pelosi Did on Jan 8th Could Bust Everything Wide Open - The True Reporter

and any Republican running in 2022.

Fortunately, there's a little something that happened on January 8th, and might change everything!

Although most Americans were lied to and do not know the truth, the fact is that the real so-called "insurrection" happened two days after January 6th, as Democrat House Speaker Nancy Pelosi of California bypassed the military chain of command and made an appeal to Army General and Chairman of the Joint Chiefs of Staff Mark Milley to take action against President Trump.

A politician with no actual place in the national security chain of command tried to give orders to the nation's top military officer!

If this is not an insurrection, I don't know what is!

Yet, the Pentagon and Pelosi are trying to cover up the call, and this is the reason why Judicial Watch is suing for the info.

FNC: "House Speaker Nancy Pelosi's January phone call with U.S. Army Gen. Mark Milley, chairman of the Joint Chiefs of Staff — in which Pelosi raised concerns about what she described as an 'unhinged' President Trump — is now the subject of a Freedom of Information Act (FOIA) lawsuit. Watchdog group Judicial Watch announced its legal action this week, saying the call between the House speaker and the nation's top military officer – regarding the powers of a sitting president – set a "dangerous precedent" that could affect future presidencies. The group said its Jan. 11 request for information regarding the Jan.

Ads by optAd360

Democrats Could Change Everything When Nancy Pelosi Said or Unstable Could Beat Everything Wide Open - The True Reporter

"This morning, I spoke to the Chairman of the Joint Chiefs of Staff Mark Milley to discuss available precautions for preventing an unstable president from initiating military hostilities or accessing the launch codes and ordering a nuclear strike," Pelosi wrote. "The situation of this unhinged President could not be more dangerous, and we must do everything that we can to protect the American people from his unbalanced assault on our country and our democracy." Later, she added: "As you know, there is growing momentum around the invocation of the 25th Amendment, which would allow the Vice President and a majority of the Cabinet to remove the President for his incitement of insurrection and the danger he still poses." Pelosi wrote. "Yesterday, Leader Schumer and I placed a

○ Ads by optAd360

Tom Fitton, president of Judicial Watch, stated that in case Pelosi's description of the call with Milley is true, their discussion "sets a dangerous precedent that could undermine the president's role as commander in chief and the separation of powers."

However, the truth is that it is much more than that- it is insane!

It is a power-crazed Pelosi attempt to influence the military to take an active role in national politics.

Therefore, in case this "commission" goes through, and the Republicans don't shift the narrative back on the Dems, there should be absolute hell to pay at the ballot box for every last one of them.

This is a golden opportunity for them to call the Dems out for inciting an "insurrection"!

Don't forget we need to pressure them, as they won't do it on their own!

Source:

https://thedailyreformer.com



Join Now

Bund the web

Ads by optAd360



MAY 17, 2021 | JUDICIAL WATCH

# Judicial Watch Sues Pentagon and U.S. Park Police for Information on Deployment and Warnings about January 6 U.S. Capitol Event



**(Washington, DC)** – Judicial Watch announced today that it filed Freedom of Information Act (FOIA) lawsuits against the Department of the Interior and the Department of Defense for records regarding the deployment of armed forces around the Capitol complex in Washington, D.C., in January and February of 2021

(*Judicial Watch v. U.S. Department of Department of the Interior* (No. 1:21-cv-01302)) and (*Judicial Watch v. U.S. Department of Department of Defense* (No. 1:21-cv-01301)).

Judicial Watch filed a lawsuit in the U.S. District Court for the District of Columbia after the Department of Defense failed to reply to a February 19, 2021, FOIA request for:

> All emails regarding the deployment of U.S. troops around the Capitol complex in Washington, D.C. sent to and from Secretary of Defense Lloyd Austin, Deputy Secretary Kathleen H. Hicks, Joint Chiefs Chairman Gen. Mark A. Milley, and/or Vice Chairman Gen. John E. Hyten.

The timeframe for this request is January 6, 2021, to February 19, 2021.

Judicial Watch also filed a lawsuit against the Department of the Interior after the U.S. Park Police, one of its components, failed to reply to a March 18, 2021, FOIA request for:

> All records of communications, including emails and text messages, between officials of the U.S. Park Police and officials of the Washington, D.C. Metropolitan Police Department regarding the Jan. 6, 2021 pro-Trump rally and/or protest at the Capitol Building.

> All records of communications, including emails and text messages, between officials of the U.S. Park Police and officials of the Federal Bureau of Investigation regarding the Jan. 6, 2021 pro-Trump rally and/or protest at the Capitol Building.

> All records of communications, including emails and text messages, between officials of the U.S. Park Police and officials of the U.S. Capitol Police regarding the Jan. 6, 2021 pro-Trump rally and/or protest at the Capitol Building.

All records of communications, including emails and text messages, between officials of the U.S. Park Police and officials of the offices of the House and Senate Sergeants-at-Arms regarding the Jan. 6, 2021 pro-Trump rally and/or protest at the Capitol Building.

All intelligence reports, memoranda, updates, and warnings received by the U.S. Park Police regarding the Jan. 6, 2021 pro-Trump rally and/or protest at the Capitol Building.

The timeframe for this request is December 1, 2020, to January 31, 2021.

"Judicial Watch is deeply troubled that the U.S. Park Police and the Pentagon are suppressing the many unknown facts surrounding the January 6 incident at the U.S. Capitol," stated Judicial Watch President Tom Fitton. "With those emotionally charged events shaping the political landscape, it is critical that the American people have a full account of the facts. It is disturbing that we must take the two government agencies to federal court for this basic information."

Judicial Watch has several lawsuits regarding the January 6 incident. In March 2021, Judicial Watch filed suit against the U.S. Department of Defense for records about House Speaker Nancy Pelosi's January 8, 2021, telephone call with Chairman of the Joint Chiefs of Staff Mark Milley.

Pressure from a March 2021 Judicial Watch lawsuit helped bring to light that Capitol Police Officer Brian Sicknick died of natural causes.

In February 2021, Judicial Watch announced its lawsuit against the Capitol Police for emails and video related to the January 6 riot.

###

© 2019 Judicial Watch, Inc.

Candace Owens shares pics of key Capitol riots and claims Antifa activists were part of mob who stormed Capitol

**HOME    NEWS    ENTERTAINMENT    LIFESTYLE    MONEY    SPORT**

Comparatively, during Black Lives Matter demonstrations in the summer, on one single night, 430 arrests alone were made, according to CNN.

Owens is not the only one to push an unbacked conspiracy that Antifa were among those who sieged the Capitol.

Republican Congressman Matt Gaetz, a rep from Florida, also pushed the conspiracy.

"[There is] some pretty compelling evidence from a facial recognition company showing that some of the people who breached the Capitol today were not Trump supporters, but were masquerading as Trump supporters, and in fact were members of the violent terrorist group Antifa," he said.

XRVision, the facial recognition company that Gaetz cited, told BuzzFeed the report – published by The Washington Times – is "outright false, misleading, and defamatory."

## MOST READ IN NEWS



Celebrity Death Threats Against President Trump

UNITED STATES—On Saturday, October 18, actress, musician, and filmmaker, Barbara Streisand, 77, joined a growing list of stars who have made threats against President Donald Trump

Streisand shared an image via Twitter of a large high-heeled shoe with the name Pelosi on the side, piercing through the body of a caricature of President Trump. Beneath him, you could see red blood spilling out.

Making a credible threat against the President of the United States, Vice President, or other government official is against the law. Anyone making such a threat could be charged with a felony which is punishable up to 5 years in federal prison and up to a $250,000. fine.

The United States Department of Justice indicated in January 2019, an individual from Puerto Rico threated President Trump. Another individual from Baton Rouge, Louisiana who made threats against the POTUS was found mentally competent to stand trial.



Need help? Click here.

Social media posts went viral in March 2017 after rapper Snoop Dogg made a violent video portraying the death of President Trump, calling him "Ronald Klump."

President Trump tweeted "Jail Time" in response to the video. Rapper Bow Wow chimed in with threats to President Trump with foul language that ended with another threat to the first lady in attempt to silence the President that read "Before we pimp your wife and make her work for us."

Kathy Griffin posted a video holding a bloody head of President Trump in May 2017 during a photo shoot. After holding up what looked like scalped head of President Trump, "Saturday Night Live" started a "Stop the scalpings campaign." Griffin later publicly blamed SNL creator Lorne Michaels for not being able to find work after that incident.

Streisand and Bette Midler have Twitter pages attributed to negativity towards President Trump. Actress Jane Fonda's Twitter page contains hateful rhetoric for President Trump, where she has publicly stated she would be on the Capitol steps every Friday to fight for climate change. Fonda was recently arrested this past week, while protesting in the Washington D.C.

According to reports, actor Tom Arnold had members of the Secret Service show up at his door, after he made threats against President Trump and his son Donald Trump Jr. on social media. Actor Johnny Depp publicly made a threat against Trump stating "When was the last time an actor assassinated a president? I want to clarify, I'm not an actor. I lie for a living. However, it's been a while, and maybe it's time."

**Sharon**

# From the Trenches World Report

Enforce our Bill of Rights



<div style="border:1px solid">Primary Menu</div>



Posted: January 11, 2021

Categories: News

# FBI Quietly Releases 284-page Report on Nancy Pelosi's Corrupt Father Exposing Her Brother as a Repeat Child Rapist WHILE THE MEDIA WAS BUSY COVERING THE US CAPITOL PROTEST Wednesday Night! (Nancy Pelosi's Name is Redacted From All Crimes)

Red Pilled

Late Wednesday night, the FBI declassified hundreds of documents related to Nancy Pelosi's father and former mayor of Baltimore Thomas D' Alesandro Jr., who had known mob connections and later paved the way for his corrupt relatives to ascend to office, namely his daughter and son.



# Pelosi Crime Family



Nancy Pelosi's brother Franklin D. Roosevelt D'Alesandro charged with lying during rape trial in 1953. Rumored payoffs kept him from getting charged with gang rape.





Nancy Pelosi's father Thomas D'Alesandro Jr. allegedly was a "constant companion" of notorious mobster Benjamin "Benny Trotta" Magliano and other underworld figures during his political years in Baltimore, MD. D'Alesandro was a Congressman for five terms from 1938 to 1947, and Baltimore mayor for three terms from 1947 to 1959.

Pelosi owned Goat Hill Pizza Suspected of child trafficking

**11/2/2012** Nancy held a secret fund raiser for Islamists and HAMAS linked groups

Nancy Pelosi's son Paul Pelosi Jr charged with securities fraud 2014



Nancy Pelosi's husband Paul owns many businesses including a San Francisco Investment firm. His 2014 net worth was as much as 202 million

# America: Meet the Pelosi Crime Family

Wondering why this didn't get much news coverage? The FBI released the 284-page report while the media was busy hyperventilating about the purported insurrection at the US Capitol Wednesday night.

The FBI is thus proven to be openly colluding with the media to further the Democrats' goal of a total political takeover of the country.

On page 42 and 43, the FBI details that Nancy Pelosi's brother, Franklin, viciously gangraped an 11-year-old girl and a 13-year-old girl with 14 other men. Franklin Alesandro was the only one that was acquitted of all charges of the whole group, because his father had government and mob connections as the corrupt and incompetent mayor of Baltimore.



# Thomas D'Alesandro Jr.

From Wikipedia, the free encyclopedia

**Thomas Ludwig John D'Alesandro Jr.** (August 1, 1903 – August 23, 1987) was an American politician who was a U.S. Representative from Maryland's 3rd congressional district (1939–47) and subsequently the mayor of Baltimore, Maryland (1947–59). Thomas was the father of Speaker of the United States House of Representatives Nancy Patricia Pelosi, the first female Speaker of the House, and Thomas D'Alesandro III, also a mayor of Baltimore.

**Thomas D'Alesandro Jr.**

**Contents** [hide]

1 Early life
2 Career
  2.1 Political campa
  2.2 Criticism

THE FBI FEDERAL BUREAU OF INVESTIGATION

CONTACT US   ABOUT US   MOST WANTED   NEWS

*FBI Records: The Vault*

Vault Home • Recently Added

**Recently Added**

01.06.21   Thomas D'Alesandro Jr.

During the Summer of 1953, Mayor D'Alesandro's son,
Franklin Roosevelt D'Alesandro, aged twenty, was one of fourteen
youths charged with having committed rape or perverted practices

on two girls, aged eleven and thirteen, during July of that
year. It was reported that Franklin Roosevelt D'Alesandro
was the only one of twelve of those tried at that time who
was successful in obtaining an acquittal. Following this
acquittal, a Baltimore, Maryland, Grand Jury indicted Franklin
Roosevelt D'Alesandro on charges of having committed perjury
in that he had lied during the afore-mentioned trial on
charges of rape. In addition, James H. Pollock, Baltimore
City political boss, was reportedly also indicted on the
charge of obstruction of justice in that he had attempted
to influence testimony of several of the youthful defendants
who had been tried with Franklin Roosevelt D'Alesandro.
(62-75147-3-90 Enc. pg. 25, 76; Serial 92, Enc. pg. 77)
It was reported that Franklin Roosevelt D'Alesandro
was tried on the above charge of perjury at Salisbury,
Maryland, during 1954, following a change of venue, and
was found not guilty.

But they had to go even further.

They redacted Nancy Pelosi's name from all the crimes that were reported in the document.

Significant portions of the report are completely whited out — even the part of the family tree where daughter Nancy Pelosi should be. (Note: Pelosi's mother was nicknamed Nancy and appears under "Wife" in the following photo.)

My actual photos that were saved except for #10

1. Taken while were waiting for someone to speak.  It was not like a normal rally, there were no speakers or microphones or a stage or a DJ setup anywhere.  There were only about 6 porto potties in DC for the public to use.  Notice there are only 6 or 7 capital police in this photo.

2. Taken right after Pence did not vote to de-Certify the election.  One of the DC police asked a by stander what was going on and she told him that Pence did not de-certify and he said"you're kidding me, half of my force was sent home today."

3. Capital police letting in a small group of people from the right flank on the East side of the capital.

4. Another photo showing that the capital was not stormed by an angry mob.

5. Some strange looking Trump supporters hanging out on the steps of the East side of the Capital after the so called insurrection.

6. A photo of the "horned guy"(Jake Angeli) with a megaphone and communication device as the capital police exit the rotunda and proceed single file down the steps of the East side of the Capital.  It looks like one of the capital police paying close attention to the "horned guy"(Jake Angeli).

7. Notice how the crowd has already dispersed.

8. Another photo of communication between the "horned guy"(Jake Angeli) and someone else.

9. Ethan Radliffe is what he called himself.  He said he had a dream on Christmas morning of a world peace, he also said he took an oath to the constitution twice. Seemed strange that he had the same kind of communication device and megaphone as Jake Angeli.

10. Not sure if this is significant or photoshopped, but it might be worth looking into, if you want to investigate something, because Nancy Pelosi's daughter and son- in- law were also seen inside the capital.





























# Why is Pelosi's son in law





# Hanging out with this guy?

AO 91 (Rev. 11/11)  Criminal Complaint

June 8  10:15 AM



# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| William Blauser, Jr. | ) | Case No. 21-57 |
| DOB: 1/24/1947 | ) | |
| & | ) | |
| Pauline Bauer | ) | |
| DOB: 6/4/1967 | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of          January 6, 2021          in the county of                                      in the
          in the District of          Columbia          , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress, ...(BAUER) |
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, ...(BAUER/BLAUSER) |
| 18 U.S.C. § 1752(a)(2) - Knowingly Engages in Disorderly or Disruptive Conduct in Restricted Building or Grounds (BAUER/BLAUSER) |
| 40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds, ...(BAUER/BLAUSER) |
| 40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds....(BAUER/BLAUSER) |

This criminal complaint is based on these facts:

See attached statement of facts.          *Same charges   I Amendment*

☒ Continued on the attached sheet.

                                                            *Complainant's signature*

                    Michael Shaffer, Special Agent  ; and Brent White, Special Agent
                                                            *Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:          05/18/2021

Digitally signed by G.
Michael Harvey
Date: 2021.05.18 17:24:22
-04'00'

                                                            *Judge's signature*

City and state:          Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
                                                            *Printed name and title*

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Western District of Pennsylvania

Notice of Electronic Filing

The following transaction was entered on 6/7/2021 at 8:59 AM EDT and filed on 6/7/2021

Case Name:         USA v. SEALED
Case Number:       1:21-mj-00057-RAL
Filer:
Document Number: 29

Docket Text:
ORDER as to WILLIAM BLAUSER, JR, PAULINE BAUER. In light of the filing of the Criminal Indictment in the District of Columbia on June 4, 2021, attached hereto, the preliminary hearings scheduled for Tuesday June 8, 2021 as to WILLIAM BLAUSER, JR, and PAULINE BAUER are canceled and this case is closed. Signed by Magistrate Judge Richard A. Lanzillo on 6/7/2021. (dm)

1:21-mj-00057-RAL-1 Notice has been electronically mailed to:

Anthony V. Clarke    theclarkefirm@yahoo.com

Christian A. Trabold    christian.g.trabold@usdoj.gov, CaseView.ECF@usdoj.gov, lisa.nelson@usdoj.gov, tina.cogar@usdoj.gov

1:21-mj-00057-RAL-1 Notice has been delivered by other means to:

1:21-mj-00057-RAL-2 Notice has been electronically mailed to:



CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
### CRIMINAL DOCKET FOR CASE #: 1:21-cr-00386-TNM-2

Case title: USA v. BLAUSER et al

Date Filed: 06/04/2021

Magistrate judge case number: 1:21-mj-00435-GMH

Assigned to: Judge Trevor N. McFadden

**Defendant (2)**

**PAULINE BAUER**

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (1) | |
| 18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds (2) | |
| 18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (3) | |
| 40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building (4) | |
| 40 U.S.C. 5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building (5) | |

*[handwritten annotation: 1 Amendment(?) related charges]*

**Highest Offense Level (Opening)**

Felony



To whom it may concern:

I, Pauline Bauer, hereby declare that I am a competent compos mentis; a free living soul.  I have owned and operated a restaurant business for over the last 15 years and continue to work daily alongside my employees in that business.

I am a member of The Ludlow Sportman's Club and The Kinzua Fish and Wildlife Association and I volunteer with the United States Forestry Service throughout the year.

I have served and continue to serve my community through volunteer work, helping others in need, mentoring local high school kids and in many other ways that have been beneficial to the local environment.

Signatures of Witness(es) attesting that the information stated above is true and fact:

Paul Depto 6-12-21
(Name and Date)

Joe Stranova 6-12-21
(Name and Date)

Jim Hughes 6/11/21
(Name and Date)

Sue Olson 6/15/21
(Name and Date)

Joshua Stewart 6/12/22
(Name and Date)

_____ 6/12/21
(Name and Date)

Pamela King 6/12/21
(Name and Date)

Gail Hilgen 6/12/21
(Name and Date)

Steve Miller 6-12-21
(Name and Date)

Tony Walters 6/12/21
(Name and Date)

Suzy O'McCallum 6-12-21
(Name and Date)

Adrian C. Esker 6/12/21
(Name and Date)

Judy Breck 6/12/21
(Name and Date)

Michael Staas 6/12-21
(Name and Date)

Signatures of Witness(es) attesting that the information stated  is true and fact: (Continued)

Joan Woods 6/12/21
(Name and Date)

Jeff Uhler 6-12-21
(Name and Date)

Yuellen P. Ling 6/12/21
(Name and Date)

Lauren Ahlgren 6-12-21
(Name and Date)

Susan Rodgers 6/21/21
(Name and Date)

Robert A. Ailey 6/3/21
(Name and Date)

Dan Long 6-12-21
(Name and Date)

_____
(Name and Date)

Calvin DeToro 6-12-21
(Name and Date)

Denise Clark 6/12/21
(Name and Date)

_____ 6/12/21
(Name and Date)

_____ 6/3/21
(Name and Date)

_____ 6/12/2021
(Name and Date)

Luke Olson 613 12
(Name and Date)

Emma _____ 6-12-2021
(Name and Date)

Russell Greenawalt 6/13/21
(Name and Date)

Dave Tudor 6-12-2021
(Name and Date)

_____ 6-13-21
(Name and Date)

George Wolfe 6/12/2021
(Name and Date)

Aleta Winford
(Name and Date)

Victoria Woye 6/12/2021
(Name and Date)

Elda M DeToro
(Name and Date)

Signatures of Witness(es) attesting that the information stated is true and fact: (Continued)

Laura Rich 6/13/21
(Name and Date)

Paul Estes 6/13/21
(Name and Date)

Sharon Richter 6/13/21
(Name and Date)

Ron Hunter 6/13/21
(Name and Date)

Jacqueline Bynon 6/12/2021
(Name and Date)

Randall A Bernhard 6-13-2
(Name and Date)

Andrew C Karty
(Name and Date)

6-13-21
(Name and Date)

Irene Rich 6/12/51
(Name and Date)

Elizabeth C. Marroni 6-13-21
(Name and Date)

6-12-21
(Name and Date)

Kathy Colesine 6-13-21
(Name and Date)

Lester Jones 6-12-21
(Name and Date)

Ashleigh Case 6-13-8
(Name and Date)

6/12/21
(Name and Date)

(Name and Date)

Charles Marroni 6-12-21
(Name and Date)

(Name and Date)

Ken Forsyth 6-12-21
(Name and Date)

(Name and Date)

Norman Nelson
(Name and Date)

(Name and Date)

Talking about Pauline one
night I broke down But dead
trailer on no lights sitting in
the amost middle of the road
who comes along in a little jep
couldn't pull a truck that big
she wanted to try well couldn't
move it she gets on phone
calls wrecker wrecker comes
she pays the bill to this
day she will not take money
never told me how much then
any time any body has outs

lot comes with free food I don't
know how many times she has
come to the rescue haying season
bales of hay I can't even pick
one up Pauline handling bales
some one needs something Pauline
is there you will never find a
more giving person she works
harder than any one I know
say she standing for our freedom
I back her a 180 percent thats
why I call her Life Saver
Don Nelson 3804 RT 6
Erie PA