COLOR OF LAW AGENCY So Named:
**DISTRICT OF COLUMBIA CIRCUIT**

D-U-N-S® number for
District of Columbia Circuit:
D-U-N-S number: XXXXXX277
Doing Business As
**Federal Court**

Leave to file GRANTED
TREVOR N. MCFADDEN  7/9/21
United States District Judge

| | |
|---|---|
| UNITED STATES<br>d.b.a.<br>USA<br>A De facto Private Shareholder owned Bankrupt Foreign for profit governmental services Corporation Listed as UNITED STATES on Dunn and Bradstreet Correction: Our Government is a Republic Properly styled "The United States for America"<br><br>vs.<br><br>PAULINE BAUER - VESSEL<br>NOW COMES Pauline Bauer<br>compos mentis<br>By Special Divine Appearance Pauline:Bauer, One of we the people, Petitioner, Attorney in-Fact Sui Juris, Jus Soli, a living soul, created by God, a self-governed individual, the woman being involuntarily held as surety, an ambassador of Christ, taking dominion over Juris[diction] of the Land and Water.<br>Land, Air, Water - this is LAW | **Motion for Filing Access**<br><br><br>Case No.   21-cr-386-2<br>CUSIP<br><br><br>Two copies Emailed and sent registered mail via the USPO.<br><br>Registered Mail # RF 445 416 463 US |

**NOTICE: DEMAND ACCESS TO CM/ECF E-FILING SYSTEM**

Be it known by all parties, known or unknown, disclosed or undisclosed,
THE FACT:

Notice:
USC 18 § 2076: CLERK IS TO FILE: "Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both".
USC 18 §2071: Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, documents filed or deposited with any clerk or officer of any court, shall be fined or imprisoned not more than three years, or both.

I, Me, Pauline Bauer the Living Soul, A Creation of God, A Woman, As <u>ONE</u> people do hereby Demand that I and/ or my Co-Counsel of my choice, have access to file my document(s) on-line through the CM/ECF E-filing system.

I, Me, Pauline Bauer the Living Soul, requested and was denied access to CM/ECF to record my documents on the E-filing system on the 9th of June, 2021. I was told the proper way to file documents was by a living soul at the Courthouse located 333 Constitutional Avenue Washington, DC 20001 or by mail not via e-mail.

I, Me, Pauline Bauer the Living Soul, attempted to have a courier drop my NOTICE OF SPECIAL DIVINE APPEARANCE,STATUS, STANDING,DOMINION in the drop box at the courthouse located at 333 Constitution Avenue Washington, DC 20001 on the 10th of June, 2021. Due to COVID, a receipt for proof of delivery was not given. This NOTICE was never recorded on PACER as it was date and time stamped.

I, Me, Pauline Bauer the Living Soul express mailed my NOTICE OF SPECIAL DIVINE APPEARANCE, STATUS, STANDING, DOMINION By USPS 1-Day overnight express delivery on the 15th of June, 2021 to the attention of Magistrate Faruqui and the CLERK OF COURTS. The package was received on the 16th of June, 2021 at 2:15pm.

The Courts are Obstructing Justice by not giving a Living Soul, Sui Juris, Jus Soli a way of defending oneself. Registered mail will never arrive on time with hearings occurring so close together. If it is appropriate to e-mail notice of ZOOM hearings, then why not to file documents?

Provide Clerk of Court email or access to CM/ECF

Notice:
**USC 18 § 2076:** CLERK IS TO FILE: "Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both".
**USC 18 §2071:** Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, documents filed or deposited with any clerk or officer of any court, shall be fined or imprisoned not more than three years, or both.

I, Me, Pauline Bauer the Living Soul, declare under the LAW of the United States of America that foregoing document and statements herein are true and correct to the best of my knowledge and ability to express.

Executed on this 28th Day of June 2021.

By: /s/ Pauline Bauer (SEAL)

Pauline: Bauer a Living Soul
UCC 1 - 308
The Living Embodiment of God's Creation
Red Ink autograph and thumb print (seal)