DISTRICT OF COLUMBIA CIRCUIT
District of Columbia Circuit

Leave to file GRANTED
TREVOR N. MCFADDEN  7/9/21
United States District Judge

UNITED STATES OF AMERICA
A Private Corporation

v.

PAULINE BAUER
VESSEL
Legal Fiction

Case # 1:21-cr-00386-TNM-2

**Defense Motion**

# MOTION TO DISMISS: ADDENDUM

Now this, I, Me, Pauline Bauer the Living Soul, A Creation of God, A Woman, As One of We the People hereby Motion the Court to Drop all Charges against my VESSEL - PAULINE BAUER and Dismiss the Case.

Inconsistencies with Due Process Protections Act and obligations not met under the Brady Rule.

Brady v. Maryland, 373 U.S. 83 (1963)

Executed on this 28th Day of June 2021.

By: _Pauline Bauer_ (SEAL)

Three copies Emailed and sent registered mail via the U.S.P.O.

Registered Mail # RF 445 416 463 US

Pauline :Bauer, a Living Soul
UCC 1 - 308

Notice:
**USC 18 § 2076:** CLERK IS TO FILE: "Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both".
**USC 18 §2071:** Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, documents filed or deposited with any clerk or officer of any court, shall be fined or imprisoned not more than three years, or both.