UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM BLAUSER, JR.<br>PAULINE BAUER,<br>          **Defendants.** | Case No.: 1:21-cr-386 (TNM) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia and Assistant United States Attorney Vivien Cockburn, hereby informs the Court that Ms. Cockburn is withdrawing her appearance in this matter on behalf of the United States.

Respectfully submitted,

Channing Phillips
Acting United States Attorney
D.C. Bar No. 415793

By:   /s// *Vivien Cockburn*
Vivien Cockburn
Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530
Office: 202-252-7245
Vivien.Cockburn@usdoj.gov