UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-386 (TNM) 1 and 2 |
| | : | |
| **WILLIAM BLAUSER, Jr.** | : | |
| **PAULINE BAUER,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is also assigned to Special Assistant United States Attorney, James D. Peterson, who may be contacted by telephone on (202) 353-0796 or e-mail at james.d.ptereson@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States.

                                                          Respectfully submitted,

                                                         CHANNING D. PHILLIPS
                                                         ACTING UNITED STATES ATTORNEY

            By:     */s/ James D. Peterson*
                      James D. Peterson
                      Special Assistant United States Attorney
                      Bar No.: VA 35373
                      United States Department of Justice
                      1331 F Street N.W.
                       6th Floor
                      Washington, D.C. 20530
                      Desk: (202) 353-0796
                      Mobile: (202) 230-0693
                      James.d.peterson@usdoj.gov