UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-386 (TNM) |
| | : | |
| PAULINE BAUER, | : | |
| | : | |
| Defendant. | : | |

### UNITED STATES' STATUS REPORT REGARDING PROTECTIVE ORDER NON-COMPLIANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Status Report regarding the status of the Defendant's compliance with the Protective Order entered in this case.

1. On July 19, 2021, in a hearing before the Court, Defendant Pauline Bauer orally agreed to the entry of a protective order in this case.

2. On July 26, 2021, the Government filed its Motion for a Protective Order. Docket Entry 46.

3. On July 27, 2021, the Court granted the Government's Protective Order. *Minute Order*, 7/27/21.

4. The Defendant never filed any opposition to the Protective Order.

5. The Protective Order requires Counsel and the Defendant to abide by the terms of the Protective Order. Paragraph 13 states:

> "Defense counsel must provide a copy of this Order to, and review the terms of this Order with, members of the legal defense team, Defendant, and any other person, before providing them access to Sensitive or Highly Sensitive materials. Defense counsel must obtain a fully executed copy of

        Attachment A before providing Defendant access to Sensitive or Highly Sensitive materials, and must file a copy with the Court within one week of execution."

6. On August 3, 2021, the Government contacted Defendant Bauer and Attorney Carmen Hernandez by email requesting the signed Attachment A to the Protective Order.

7. On the same day, August 3, Defendant Bauer refused, stating as follows:

"I will not be signing any tacit agreements especially when they apply to me directly as being withheld evidence. The Judge stated that I will be defending myself. I know you are new to this case but I retain my right to self determination.  The court is aware of the Cestui Que Ve trust that I am Executor of and retain my rights to contract when I choose to under Admiralty Law.  I challenge the courts jurisdiction and dominion over a living soul.  I am also aware that if you can get a felony charge you the defense attorney the courts and the judge all get paid from my CQV PCT.  I am not a citizen, person, or resident I am a woman, a living soul. I am also aware that my case number has a cusip #.   There must be a Corpus Delecti.  If there is no victim, there is no crime.  How can a dead entity be a victim? and I did not have intent nor did I cause harm to anyone. Why do you think Vivien and Jacob asked you to take over this case?   I mandate a copy of **your malfeasance and malpractice** insurance so I may make a future tort claim for title 18 section 241&242. You arrested people without due process of the law.   If need be, I will be filing a writ of Habeas to the court of claims. I suggest you review the search warrant and the transcripts as well as my notice of special appearance.
 :Pauline; Bauer:"

8. The Government has serious concerns about the Defendant's non-compliance and the enforcement of the Protective Order should the Defendant possess the sensitive and highly sensitive materials without first signing Attachment A to the Protective Order.  The government will produce discovery that is non-sensitive.  The government has compiled discovery that will be designated Sensitive and Highly Sensitive under the Protective Order, however, due to the Defendant's clear statement that she will not agree to the terms of the Protective Order and the Government's concerns about the highly sensitive nature of these materials, the Government will

provide the materials after it receives the Defendant's signed Attachment A to the Protective Order.

9. Should the Defendant file a motion to modify the Protective Order, the Government anticipates that it will oppose and will file an opposition as necessary.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: */s/   Amanda Fretto*
AMANDA FRETTO
JAMES D. PETERSON
D.C. Bar No. 1018284
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7268
amanda.lingwood@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel via the Electronic Case Filing (ECF) system, and via email to Defendant Pauline Bauer and Attorney Carmen Hernandez on August 19, 2021.

By: /s/ Amanda Fretto
AMANDA FRETTO
D.C. Bar No. 1018284
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7268
amanda.lingwood@usdoj.gov