07/13/2021 Created By:Pauline-:Bauer, a live woman
Created For PAULINE BAUER - VESSEL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COLOR OF LAW AGENCY So Named:
**DISTRICT OF COLUMBIA CIRCUIT**

D-U-N-S® number: XXXXXX277

Doing Business As

**Federal Court**

Leave to file GRANTED

TREVOR N. MCFADDEN
United States District Judge

UNITED STATES OF AMERICA
d.b.a. USA
A Corporation acting as
Government

v.

PAULINE BAUER - VESSEL
:Pauline - :Bauer - EXECUTOR

CASE No. 21-cr-386 (TNM)

## Notice: Cease and Desist  Carmen Hernandez, Esquire

And Now this,  Be it Known by All concerned parties, Known and Unknown, Carmen D. Hernandez, Esquire does not, has not and will NOT be representing nor re-presenting the VESSEL- PAULINE BAUER addressed by the Court in this case. Furthermore, Carmen D. Hernandez, Esquire has not, does not and will NOT be representing nor re-presenting :Pauline-:Bauer, a Living Woman, a State National in any way, any capacity nor any other construct of legal fiction known or unknown.  No Power of Attorney has EVER nor Ever will be granted by me in this matter.
I Claim my Right of *Pro Per,* "for oneself".

Correct the CM/ECF PACER file by removing Carmen D. Hernandez as PAULINE BAUER ---Represented by from the record and the website.
U.S. District Court, District of Columbia (Washington, DC)
CRIMINAL DOCKET FOR CASE #: 1:21-cr-00386-TNM-2
https://ecf.dcd.uscourts.gov/cgi-bin/DktRpt.pl?159958740139366-L_1_0-1

All Correspondence intended for the Living Woman :Pauline - :Bauer shall be sent to One-Thousand-seventy-two Bliss Hill Road. Kane, Pennsylvania near [16735]



RECEIVED Mail Room
JUL 26 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## Certificate of Service

I, :Pauline-:Bauer hereby certify that I caused a copy of the Notice of Cease and Desist Carmen D. Hernandez, Esq. (with attachments) to be served upon Assistant United States Attorney, VIVIEN COCKBURN via email Vivien.cockburn@usdoj.gov and Carmen D. Hernandez, Esq. via email chernan7@aol.com

It is further expected that notice be given via the ECF system once this document is filed on the CM/ECF PACER system.

See Attachment of two pages.

| 06/28/2021 | 32 | NOTICE: Correct the Record, Fire the Actors by PAULINE BAUER. "Leave to File GRANTED" by Judge Trevor N. McFadden on 6/28/2021. (zltp) (Entered: 07/08/2021) |
|---|---|---|

Executed on this 13th Day of July, 2021.

By: _Pauline; Bauer_ (SEAL)

:Pauline-:Bauer, a Living Soul

UCC 1 - 308

The Living Embodiment of God's Creation

Red Ink autograph and thumb print (seal)

Notice to Agent(s) is notice to Principal, Notice to Principal is Notice.

Registered Mail # RF 226296161 US

COLOR OF LAW AGENCY So Named:
**DISTRICT OF COLUMBIA CIRCUIT**
D-U-N-S® number for
District of Columbia Circuit:
D-U-N-S number: XXXXXX277
Doing Business As
**Federal Court**

UNITED STATES
d.b.a.
USA
A De facto Private Shareholder owned Bankrupt Foreign for profit governmental services Corporation Listed as UNITED STATES on Dunn and Bradstreet
Correction: Our Government is a Republic Properly styled "The United States for America"

vs.

PAULINE BAUER - VESSEL

NOW COMES Pauline Bauer
compos mentis
By Special Divine Appearance Pauline Bauer, One of we the people, Petitioner, Attorney in-Fact Sui Juris, Jus Soli, a living soul, created by God, a self-governed individual, the woman being involuntarily held as surety, an ambassador of Christ, taking dominion over Juris[diction] of the Land and Water.

Land, Air, Water - this is LAW

Case No.
CUSIP   21-cr-386-2

Leave to file GRANTED
TREVOR N. MCFADDEN
United States District Judge
6/28/21

## NOTICE: Correct the Record, Fire the Actors.

Be it known by all parties, known or unknown, disclosed or undisclosed,
THE FACT:

I, Me, Pauline Bauer the Living Soul, A Creation of God, A Woman, As ONE People, Demands the removal of any and all Actor(s), Attorney(s), Lawyer(s), and all other known or unknown entities purported to be re-presenting, representative, or acting for the benefit of Pauline Bauer, the Living Soul before the Court, under the Court, as a friend of the Court, or any other capacity, known or unknown, to cease and desist immediately.

I, Me, Pauline Bauer the Living Soul have surrendered NO rights, All my Rights are retained by Me. None have been surrendered to any party or entity.

I, Me, Pauline Bauer am appearing before the court as Sui Juris, Jus Soli Maintain my Right to Self Council and any Co-Council I may Appoint.

I, Me, Pauline Bauer the Living Soul, declare under the LAW of the United States for America that the foregoing document and statements herein are true and correct to the best of my knowledge and ability to express.

Executed on this 24th Day of June 2021.

By: /s/ Pauline Bauer (SEAL)

Pauline Bauer a Living Soul
The Living Embodiment of God's Creation
Red Ink autograph and thumb print (seal)