

Leave to file GRANTED
TREVOR N. MCFADDEN
United States District Judge
9/1/21

TO THE CLERK OF COURTS
UNITED STATES DISTRICT COURT
August 19, 2021

UNITED STATES MAGISTRATE JUDGE
Trevor McFadden
333 Constitution Avenue NW
Washington, District of Columbia  20001-2802

Dear Mr.McFadden,

Since the only way you have given me to file my documents is by registered mail, I am putting you on notice that this has been sent registered mail and insured for $50,000.00. The post office has had a delay, imagine that?  This seems to be an Obstruction of Justice as well as denying defense evidence because of a Protective Order. $250,000.00 18 USC 3571.

You must forgive me for not answering what the LAW( LAW is Land, Air, and Water) was when you asked me in court. I was under extreme distress from having to return to a place under 18 USC 241 where Judge Faruqui removed me from the courtroom and continued holding court without me there,which is a conspiracy to deprive me of my rights.$200,000.00. The Baliff also had a duty to uphold the Constitution which is a violation of armed assault and battery $200,000.00.

I have had numerous threats from phone calls and letters.  I have suffered Emotional Distress 32CFR 536.77(a)(3)(vii) $200,000.00 of trying to run a restaurant with little help as all small businesses are struggling to survive with the high costs of food and fuel.  My work week consists of 80 hours per week and doesn't give me much time to learn all of the LAW.  I haven't had much rest and surely have not had the right to life, liberty, or the pursuit of happiness as the Laws of Nature and God's Law entitle me.  Unfortunately my standardized education did not afford me an education in the LAW.

Please read this affidavit carefully as you are my public servant and I ask for remedy.

Thank You,

By: _____
UCC 1-308
Pauline; Bauer, a Living Soul
Sui Juris

**Receipt 1 (left):**

Registered No. RE 195...149 US

Postage $ $9.90
Extra Services & Fees
Registered Mail $ $103.00
Return Receipt (hardcopy) $ $2.85
Return Receipt (electronic) $ $0.00
Restricted Delivery $ $0.00
Total Postage & Fees $ $115.75
Customer Must Declare Full Value $50,000.00
$ 50,000.00
Received by 08/06/2021

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

FROM:
In Care of: Rural Route
One Thousand Seventy-Two
Bliss Hill Road near
Kane, Pennsylvania Zip Exempt [16735]

TO:
DC UNITED STATES ATTORNEY'S OFFICE
Amanda ... DC 20530
555 Fourth Street NW
Washington, DC 20530

PS Form 3806, Registered Mail Receipt, April 2015, PSN 7530-02-000-9051
Copy 1 - Customer

**Receipt 2 (right):**

Registered No. RE 195...152 US

Postage $ $9.90
Extra Services & Fees
Registered Mail $ $103.00
Return Receipt (hardcopy) $ $2.85
Return Receipt (electronic) $ $0.00
Restricted Delivery $ $0.00
Total Postage & Fees $ $115.75
Customer Must Declare Full Value $50,000.00
$ 50,000.00
Received by 08/06/2021

FROM:
In Care of: Rural Route
One Thousand Seventy-Two
Bliss Hill Road near
Kane, Pennsylvania Zip Exempt [16735]

TO:
UNITED STATES DISTRICT COURT
CLERK OF COURTS
333 Constitution Avenue NW
Washington, DC 20001-2802

PS Form 3806, Registered Mail Receipt, April 2015, PSN 7530-02-000-9051
Copy 1 - Customer

---

**Notary Receipt:**

DATE: 8/6 2021   NO: _____
RECEIVED FROM: Pauline Bauer

| Item | Amount |
|---|---|
| Commonwealth of PA | $ |
| Temporary Plates | $ |
| Messenger Service | $ |
| Notarization 4 @ $5.00 ea | $20.00 |
| Travel Fee | $ |
| Clerical Fee 4 @ $5.00 ea | $20.00 |
| Photocopies | $ |
| PA Sales Tax | $ |
| Postage | $ |
| Other: | $ |
| **TOTAL** | **$40.00** |

BY: _signature_   NOTARY SERVICES UNLIMITED

---

**USPS Receipt:**

UNITED STATES POSTAL SERVICE
KANE
131 FRALEY ST
KANE, PA 16735-9997
(800)275-8777

08/06/2021                    12:30 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® 2-Day 1 | | | $9.90 |
| Washington, DC 20530 | | | |
| Weight: 2 lb 11.40 oz | | | |
| Expected Delivery Date Mon 08/09/2021 | | | |
| Registered Mail® | | | $103.00 |
| Amount: $50,000.00 | | | |
| Tracking #: RE195325149US | | | |
| Return Receipt | | | $2.85 |
| Tracking #: 9590 9402 6229 0265 5949 65 | | | |
| Total | | | $115.75 |
| Priority Mail® 2-Day 1 | | | $9.90 |
| Washington, DC 20001 | | | |
| Weight: 2 lb 11.20 oz | | | |
| Expected Delivery Date Mon 08/09/2021 | | | |
| Registered Mail® | | | $103.00 |
| Amount: $50,000.00 | | | |
| Tracking #: RE195325152US | | | |
| Return Receipt | | | $2.85 |
| Tracking #: 9590 9402 6229 0265 5949 58 | | | |
| Total | | | $115.75 |
| Grand Total: | | | $231.50 |
| Cash | | | $231.50 |



**UNITED STATES POSTAL SERVICE**

In Care of: Rural Route
One Thousand Seventy-Two
Bliss Hill Road
Pose, Pennsylvania Zip Exempt
near [16735]

MAILING
FOR DOMESTIC A[N]

To schedule free Packag
scan the QR cod



USPS.COM/PICKI

TRACKED

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
CLERK OF COURTS
333 Constitution Ave NW
Washington, DC 20001-2802
DISTRICT COURT

9590 9402 6229 0265 5949 65

2. Article Number (Transfer from service label)
RE 195 325 149 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**UNITED STATES POSTAL SERVICE ®**

In Care of: Rural Route
One Thousand Seventy-Two
Bliss Hill Road
Kane, Pennsylvania Zip Exempt
Near [16735]

MAILING EN[VELOPE]
FOR DOMESTIC AND IN[TERNATIONAL USE]

To schedule free Package Pick[up]
scan the QR code.



USPS.COM/PICKUP

TRACKED

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

SENDER: COMPLETE THIS SECTION
• Complete items 1, 2, and 3.
• Print your name and address on the reverse so that we can return the card to you.
• Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Courts D. STATES OFFICE
ATTN NWS OFFICE
Antonia Fretto
333 Constitution Street NW
Washington, DC 20530

9590 9402 6229 0265 5949 58

2. Article Number (Transfer from service label)
RE 195 325 152 US

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

TO THE CLERK OF COURTS
UNITED STATES DISTRICT COURT
6th August, 2021
Case # 1:21-cr-00386

1. Letter to Ms. Caesar
2. Letter to Magistrate Judge Trevor McFadden
3. Letter To Amanda Fretto
4. Notice: Challenge Jurisdiction Sent to CLERK OF COURTS, Magistrate Judge Trevor McFadden, and Amanda Fretto
5. Affidavit Of Repudiation And Assertory Oath sent to Amanda Fretto
6. Certified Proof of Service sent to Amanda Fretto
7. Notice of Default Certified Judgement of Un-Rebutted Affadavit sent to Amanda Fretto
8. Deed O Re-Conveyance sent to Amanda Fretto
9. Patent Of Nativity sent to Amanda Fretto
10. Notice Of Special Appearance sent to Amanda Fretto
11. Signature of Witnesses (Compos Mentis) sent to Amanda Fretto
12. Fire The Actors sent to Amanda Fretto

This cover sheet appears as the first page of these documents
There is a total of 119 pages sent to CLERK OF COURTS including this one
There is a total of 119 pages sent to Magistrate Judge McFadden including this one.
Registered Mail # RE 195 325 149 US
Return Receipt # 9590 9402 6229 0265 5949 65
There is a Total of 192 pages sent to Amanda Fretto including this one
Registered Mail # RE 195 325 152 US
Return Receipt # 9590 9402 6229 0265 5949 58

UNITED STATES DISTRICT COURT
4th of August, 2021

TO THE CLERK OF COURTS

UNITED STATES MAGISTRATE JUDGE
Judge Trevor McFadden
333 Constitution Avenue NW
Washington, District Of Columbia  20001-2802

Leave to file GRANTED
TREVOR N. MCFADDEN
United States District Judge
9/1/21

Dear Mr. McFadden,

    I challenge the courts jurisdiction over me Pauline; from the house of Bauer, a living woman, one of we the people, creator of Government.  My status is clearly defined in my Notice of Special Appearance, which is part of the court record. As a Free living Soul, Sui Juris, Jus Soli, an ambassador of Christ, Attorney in fact, I demand that this be a Constitutional Court of Record, that there will be no Presumptions, assumptions, no tacit agreements, no waiver of rights, no subversion of rights, no hearsay, no lawyering, or attornment from the bench. I  do not plead with the court, I do not plead guilty, I do not plead not guilty, I declare my innocence.  I am counting on you to be a honorable man, and I must ask you:  are claiming your authority over me from your oath of office? Are you claiming to derive your authority over me from the doctrine of Parens Patriae? Are you claiming to derive your authority over me from THE UNITED STATES, THE UNITED STATES OF AMERICA, statute(s), code(s), ordinance(s), by-law(s) of a corporation? Please list the authority(s) where you exercise dominion over me.  May I have written confirmation that all requirements have been met and are up to date?

    "Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts. And the law is the definition and limitation of power." *Woo Lee vs. Hopkins*, 118 U.S. 356 1.

"People are supreme, not the State." *Waring vs. the Mayor of Savannah*, 60 Georgia at 93.

"The people of the State do not yield their sovereignty to the agencies which serve them. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created." Added Stats. 1953, c. 1588, p.3270, sec. 1.

"The people are the recognized source of all authority, state or municipal, and to this authority it must come at last, whether immediately or by circuitous route." *Barnes v. District of Columbia*, 91 U.S. 540, 545 [23: 440, 441]. p 234.

    My Affadavit Of Repudiation, My Patent of Nativity, My Deed Of Reconveyance, Certified Proof of Service, and Notice of Default Judgement of Un-Rebutted Affadavit have been filed upon the land (instrument #202117549).  I ask that you keep your honor and read the Notice Of Special Appearance thoroughly, completely and with comprehension as it is of a very serious nature.

    I am the only executor of my minor estate. We must be aware that **the State has been incorporated to serve the debt-money system of bondage**, so the people are not offered de jure Common Law contracts serving the State, but de facto Admiralty Maritime contracts serving the Banks

as surety for debt. My Unalienable Rights were not given to me by any man-made authority, nor can they be taken away by any man-made authority. The State, as a creation of the People, can only acknowledge, uphold, and protect my Unalienable Rights. However, your sovereign nation has been usurped by YOURNATION (INC.), which is bankrupt and using a debt-money system. The real property, wealth, assets and productivity of the People have been pledged as Surety for the corporate national debt. This was done, and is perpetuated, by offering contracts to the private sovereign People. In every case the Judge must determine that he has Consent; Personam and Subject Matter Jurisdiction before he can act or access the Cesta Que Trust.

    I do not consent to a BAR COURT. I am calling for a Constitutional Court of Record, asking for a Summary Judgement of Truth and Facts based on my documents. "No Truth or Fact may be tried in court." Maxim of Law *Consensus facit legem.* **Consent makes the law. A contract is a law between the parties, which can acquire force only by consent.** I do not consent to contract with a stand by attorney (Carmen Hernandez) as I have fired her twice .Any contract signed by one party and autographed by the other is void, because a legal fiction cannot mix with a lawful fact. The parties to a contract must be of the same kind. *'INSTRUMENT, contracts. The writing which contains some agreement, and is so called because it has been prepared as a memorial of what has taken place or been agreed upon. The agreement and the instrument in which it is contained are very different things, the latter being only evidence of the existence of the former. The instrument or form of the contract may be valid, but the contract itself may be void on account of fraud.'* – Bouvier's Law Dictionary, 1856

**Maxim of Law:**
*Disparata non debent jungi.* **Unequal things ought not to be joined.** The Recourse appears in the Uniform Commercial Code at 1-103.6, which says: "The Code is complimentary to the Common Law, which remains in force, except where displaced by the code. A statute should be construed in harmony with the Common Law, unless there is a clear legislative intent to abrogate the Common Law." (UCC 1-103.6)

    The Prosecution is holding the people in bondage with no evidence, only Presumptions, assumptions, and hearsay. As to syllogism, all 12 Presumptions are rebutted by me Pauline from the house of Bauer.

**Maxim of Law:**
*Ei incumbit probatio qui dicit, non qui negat.* **The burden of the proof lies upon him who affirms, not he who denies.**

How does one arrest people and then build a case?  This only invites fraud and swindle.
***Presumption n.*** *a rule of law which permits a court to assume a fact is true until such time as there is a preponderance (greater weight) of evidence which disproves or outweighs (rebuts) the presumption. Each presumption is based upon a particular set of apparent facts paired with established laws, logic, reasoning or individual rights. A presumption is rebuttable in that it can be refuted by factual evidence. One can present facts to persuade the judge that the presumption is not true.*

**Maxim Of Law:**
*Incerta pro nullis habentur.* **Things uncertain are considered as nothing.**
*Falsus in uno, falsus in omnibus.* **False in one thing, false in everything.**

    Under God's law I did not harm another or cause any physical damage.  It is public knowledge that the doors were electronically locked and that the capital police antagonized the crowd of patriots as

they sang the National Anthem and God Bless America on the steps of the capital building. The capital police did not try to stop the crowd, but invited them in. There was swat on the rooftops, why did they not subdue the crowd? Why was there scaffolding on the west side of the capital with over 500,000 people attending a peaceful, prayerful rally? I did not witness any violence, instead I was maced directly in the eyes and was blind for at least 20 minutes. People were herded like cattle and locked inside. Why did they not just take those into custody at that time? Why were the people let out and allowed to go home? It was all a setup for political gain.

In Common Law court, if you are going to charge me with trespassing then under Maxim of Law you must produce the party with whom you considered me to trespass against. "Ei incumbit probatio qui dicit, non qui negat. The burden of proof lies upon the one who affirms, not the one who denies. There must be a Corpus Delecti. If there is no victim, then there is no crime. How can a dead entity be a victim?

The search warrant is an illegal search warrant with no meets and bounds. It was served to me after the FBI already entered my home when I explicitly told them they could not enter without a search warrant so I did not consent to the search. There was not a list of what was taken therefore what they took they stole. I presume this evidence was also withheld from the Grand Jury Indictment.

In a common law court, I mandate a jury of my peers. The Judge sits "judicially". The only venue of "justice" for a living man or woman is a Constitutionally sanctioned Common Law "court of record" with a jury of one's peers.
***A Common Law court de jure, with a Jury,***
***is the only venue of "Justice" for a living Man or Woman.***

Under amendment V of The Constitution Of The United States of America, nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself,nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

I declare that I am not a pauper by means of gold and silver and not your defacto money. I also fly the Civil Peace flag. I am a competent Compos Mentis and have signatures from witnesses to attest to the fact that I am mentally stable and heavily involved in helping my community. I live in my body and love thy neighbor as thyself. My husband and I have on countless times helped our neighbors. We have rescued people when they were stranded while ice fishing, pulled out campers and hunters that have been stuck on dirt roads, given free food and lend an ear to those who were hungry. Last year I towed a boat back to the launch giving up my only day off to help one in need. Last week my sister and I mowed an elderly man's grass. Today I am taking two small children for a boat ride along with their grandfather to help them forget (for at least a little while) about the untimely death of their mother at the age of 28 a few weeks ago. Last summer I helped organize three events to raise money for our local park. I also helped with giving the seniors an outdoor Prom because the school wasn't able to hold prom. For the last fourteen years my husband and I worked with the Kinzua Fish and Wildlife Association to build fish structure and this past year installed over 800 christmas trees for the benefit of others to enjoy. I donate to the Ludlow Sportsman's Club and was treasurer (until recently) to feed the wildlife during our harsh winters. I spend countless hours volunteering to groom snowmobile trails so that others may enjoy winter sports. I have raised money for a yearly event for Ski For Cancer.

that others may enjoy winter sports. I have raised money for a yearly event for Ski For Cancer. Donated to our local fire Departments, held two benefits for local people this year. My husband donated his winnings in a local fishing tournament to a 14 year old kid with cancer. I have prepared dinners for the American Legion asking on ly to pay for the cost of the food. I have volunteered and donated food to families in Ludlow for funerals. I could go on and on.

Since my arrest, my employees and I have received death threats and someone threatened to burn down my business. One person even threatened a 17 year old minor, which I believe is considered a felony.

"Your Honour, I am a living being. I humbly ask for remedy."
"Your honor I am a living being. The flesh lives and the blood flows. Your Honour, I humbly ask for cure and maintenance."
"Your Honour, I wish to establish that I am a living being. The flesh lives and the blood flows and we are sovereign and nothing stands between myself and the divine."

Thank You,

By: *Pauline; Bauer*
:Pauline; Bauer:
UCC-1-308
A living soul, Sui Juris, Jus Soli
Without Prejudice, Without Recourse
All rights guaranteed and retained

Notice to agents is notice to principal, Notice to principal is notice to agents

cc. THE CLERK OF COURTS
cc. Amanda Fretto Lingwood, Amanda Fretto (USADC) via email and Resistered mail