UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

    v.                                        Case No.  21-cr-00386-2TNM

**PAULINE BAUER**

******

**MOTION FOR EMERGENCY BAIL REVIEW**

Pauline Bauer, by her undersigned stand-by counsel, hereby respectfully moves for this Honorable Court to review its Order of detention pursuant to 18 U.S.C. § 3142(f)(1) based on changed circumstances.  Ms. Bauer has indicated to undersigned counsel that she is willing to abide by the two conditions that were at issue.  First, she is prepared to represent to the Court that she will contact Pretrial Services on a weekly basis (or on whatever schedule the Court imposes.  Second, she is prepared to represent to the Court that she will allow Pretrial Services to conduct a virtual home inspection.

She continues to maintain that she does not wish to sign any documents but she is prepared to promise the Court that she will abide by these condition.

Counsel incorporates by reference the arguments previously made in open Court regarding the reasons why Ms. Bauer's detention is not appropriate and necessary, and that less restrictive conditions exist to satisfy the Court that she does not present a risk of flight.

As Ms. Bauer stated to the Court, she is the sole proprietor of a restaurant in her home town, which is the source of her income and which employs a number of other persons. Detention over a weekend presents a financial hardship to herself and to her employees.

WHEREFORE, Ms. Bauer by her stand-by counsel, respectfully requests that the Court hold review its Order of Detention this afternoon, or at the earliest possible time.

Respectfully submitted,

/s/

**Carmen D. Hernandez**
**Bar No.  MD 03366**
7166 Mink Hollow Rd
Highland, MD  20777
240-472-3391

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the instant Motion was served via ECF this 17th day of September, 2021 on all counsel of record.

/s/

**Carmen D. Hernandez**