UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.  Case No. 21-cr-00386-2TNM

**PAULINE BAUER**

******

**ORDER**

Upon consideration of the Motion for Emergency Bail Review filed by Pauline Bauer, good cause having been shown, it is this _____ day of September 2021, by the United States District Court for the District of Columbia,

**ORDERED:**

1) That the Motion is hereby **GRANTED.**

_____
**HONORABLE TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE**

1