By: Pauline Bauer,
Executor,
PAULINE BAUER-VESSEL

Mc

**Leave to file GRANTED**
[signature]
TREVOR N. MCFADDEN
United States District Judge
9/24/21

UNITED STATES OF
UNITED STATES OF AMERICA
                                    USDC # 21-cr-00386
VS
PAULINE BAUER

MOTION TO DISMISS

Under Title 28 THE UNITED STATES DISTRICT COURT cannot adjudicate over Title 18 cases. Maxim of law - The Inclusion of one is the exclusion of others. Supreme Court BALZAC VS PUERTO RICO, 356 BALZAC OF AMERICAN INSURANCE COMPANY VS COTTON.

18 USC 1512 - VOID FOR Vagueness - Judge Moss. The Code was passed in 2002 during the Shredding of evidence in the Enron case. Even George Bush said "This statute should not infringe on the Constitutional right to petition the government for a redress of Grievances". Judge Mehta ruled that this was not a congressional investigation or an official proceeding.

Knowingly entered or remaining in a restricted building - How were we to know this was a restricted building? Is it not the people's house? Were there signs or Sirens or anyone saying this was restricted. Videos show officers inviting people in. Entrapment. The FBI ruled not a sedition.

I was allowed in the Capital as a child and during my senior trip. Joe Biden entered when he was 21. Was he arrested? We thought we were given a chance to exercise our 1st Amendment rights

1. Freedom of Religion
2. Freedom of Speech - I did not hold Trumps Facebook - head like Kathy Griffin and put people in FB jail.
3. Freedom of Press - removed all livestreams
4. Freedom to Assemble
5. Freedom to Petition the government for a redress of grievances - Stop the Steal

Violent entry - Under rules of evidence 602 Where are the Witnesses? I have witnesses that know I did not violently enter, as a matter of fact I was maced and could not see inside. We were pushed from behind and looked and corralled like chattel.

Picketing + Parading - When Union workers wish to file a grievance for a redress they picket and parade - 1st Amendment

This entire case should be dismissed with prejudice due to inconsistencies in the prosecutors case. The search warrant didn't follow rule 41!

The Animous document from the Phone call for the criminal complaint is not just a search warrant. The search warrant is dated the day before the criminal complaint. No Mets s'bounds + no inventory 1st. Case was closed in the Western District. Exculpatory evidence was excluded (Brady vs Maryland) for the Grand Jury Indictment. Double Indemnity

on this 23rd day of September 2021

By: Pauline "Bauer"

UCC 1-308