BY: Pauline, Bauer:
for executor
PAULINE BAUER - VESSEL

Leave to file GRANTED
TREVOR N. MCFADDEN
United States District Judge
9/24/21

PAULINE BAUER
    VS                   Case #
TREVOR MCFADDEN
MAGISTRATE JUDGE

I, me, Pauline, the living soul am filing a writ of Habeas Corpus Claim against MAGISTRATE JUDGE Trevor McFadden under Title 18 Section 241 + 242 for a conspiracy to deprive me of my rights. On the 17th of September, 2021 Judge McFadden had me incarcerated to the DOC for Comtempt when I would not agree to his tacit agreement. He is holding me hostage in the DC Jail using a performance bond to hold me in surety. I asked him three times if I would be entering into a tacit agreement, he said he didn't know what that was therefore, making him incompetent

page 1 of 4

in the law. I feel he is railroading me to contract with his BAR Court which I do not consent to. Consensus facit legum. I was put into a psych ward for three days because that is the courts last resort to find me incapable of defending myself. After I was detained and removed from the courtroom, he also removed all witnesses and continued to hold court on my behalf with a court appointed standby Counsel that I also did not consent to. He is using syllogism under Canon Law to break me to agree to An Admiralty Legal Fiction Court. I have repeatedly asked for a Constitutional Court. I have no wetting signature Contract with Carmen Hernandez my standby Attorney and have ~~asked~~ filed for a Cease & Desist.

My Affadavit of Repudiation went Un-Rebutted by the PRESIDENT, SECRETARY OF STATE, ATTORNEY GENERAL, THE SECRETARY OF STATE OF PENNSYLVANIA, THE ATTORNEY GENERAL OF PENNSYLVANIA as well as The Prosecuting Attorney for the UNITED STATES OF AMERICA. MY Affadavit of

Repudiation, Deed of Reconveyance, Patent of Nativity, Notice of Un-Rebutted Default Judgement and Proof of Service have been recorded upon the land in the Recorder of Deeds office in Franklin County, Pennsylvania making me a state national under Title 8 section 1101 a 21 & 23 with limited diplomatic immunity. Under Common Law there must be a Corpus Delicti. I have no previous record and have been denied Counsel of my choosing violating my sixth Amendment. The Judge says that I must have a BAR Attorney. He has denied me access to file documents on Pacer which leaves me no choice but to file by Registered Mail.

I am seeking remedy claiming protections from Codes, statutes, ordinances and by-laws. I am NOT a PERSON, CITI-ZEN OR RESIDENT.

On this 23rd day of September, 2021

By: Pauline ; Bauer ;
UCC 1-308

PAGE 3 OF 4

Page 4 of 4