# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>PAULINE BAUER )<br> ) | Criminal No. 1:21-cr-00386-TNM-2 |

## NOTICE OF APPEAL

**Name and address of appellant:**  Pauline Bauer, DCDC # 377817
Correctional Treatment Facility
1901 E St., SE
Washington, DC 20002

**Name and address of appellant's attorney:**  Carmen D. Hernandez
7166 Mink Hollow Rd
Highland, MD  20777

**Offense:** 18 U.S.C. 1512(c)(2) (Obstruction of an Official Proceeding); 18 U.S.C. §§ 1752(a)(1) & (a)(2); 40 U.S.C. §§ 5104(e)(2)(D) & (G).

**Concise statement of judgment or order, giving date, and any sentence:**

09/24/2021: Order of Detention Pending Trial

**Name and institution where now confined, if not on bail:** Correctional Treatment Facility

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| 10/8/2021 | Pauline Bauer |
|---|---|
| DATE | APPELLANT |
| | Carmen D. Hernandez |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE  ☐
CJA, NO FEE  ☑
PAID USDC FEE  ☐
PAID USCA FEE  ☐

Does counsel wish to appear on appeal?   YES ☑   NO ☐
Has counsel ordered transcripts?   YES ☑   NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐   NO ☑