DATE 10/28/2021   FILE NAME

PAGE             SUBJECT

Dear Judge McFadden,

I, Pauline, from the house of Bauer have learned the errors of my ways and will agree to adhere to the conditions of release. I will agree to call in weekly and give pre-trial a virtual tour of the place that I inhabit from time to time. I apologize for any misstatements before the court and realize that I cannot defend my case from a jail cell.

By: Pauline; Bauer:
UCC 1-308