### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *  Case No. 21-cr-0386-2 (TNM) |
| | * |
| **PAULINE BAUER,** | * |
| Defendant | * |
| | * |

### NOTICE OF APPEAL

Pauline Bauer, by her undersigned CJA-appointed counsel, hereby appeals the decision of the district court to defer consideration of her Second Motion for Reconsideration of the Detention Order, entered on November 15, 2021.

Ms. Bauer, DCDC # 377817, is detained at the DC Department of Corrections, Correctional Treatment Facility, 1901 E St., SE, Washington, DC 20002.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that the Notice of Appeal was served this 23rd day of November, 2021 via ECF on all counsel of record and a by email to Pauline Bauer.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**