# GOVERNMENT OF THE DISTRICT OF COLUMBIA
# DEPARTMENT OF CORRECTIONS



March 15, 2021

## PROCEDURE FOR VOLUMINOUS OR ELECTRONIC EVIDENCE REVIEW AT THE DEPARTMENT OF CORRECTIONS DURING THE COVID-19 PANDEMIC

**If the alternative voluminous or electronic evidence review program outlined below in anyway delays an inmate's ability to review electronic evidence provided to the District of Columba Department of Corrections (DOC) for her/his review, it is the responsibility of defense counsel to review any and all electronic discovery with their client during a legal visit with their client.**

### Review in the Central Detention Facility and Correctional Treatment Facility

The DOC has developed an alternative review procedure for voluminous or electronic evidence whereby **defense** attorneys may request that their clients be allowed to review voluminous or electronic evidence, downloaded onto CDs, DVDs, or USB flash drives, on a laptop computer provided by the DOC.

The procedure is as follows:

1. During the COVID-19 pandemic, the DOC Litigation Support Unit will accept voluminous or electronic evidence downloaded onto CDs, DVDs, or USB flash drives for inmates housed in its facilities from the inmates' attorneys. The attorneys should contact Kimberlee Smith (nee Lewis) at kimberlee.lewis@dc.gov or Ingrid Washington at ingrid.washington@dc.gov of DOC's Litigation Support Unit for instructions on how to drop-off and pick-up of voluminous or electronic evidence downloaded onto CDs, DVDs, or USB flash drives. The CDs, DVDs, or USB flash drives should not be mailed directly to inmates, as they will be deemed contraband and confiscated.

2. Upon receipt of the CDs, DVDs, or USB flash drives, the inmate will be placed on a waitlist to review the voluminous or electronic evidence on a laptop provided by the DOC. For confidentiality purposes, the inmate will be housed in a cell alone to review the evidence

and if the inmate is not housed alone at the time allotted for their review of the evidence, s/he will be moved to a single cell.[1]

3.  An inmate shall be allowed to use this voluminous and electronic evidence review process for up to two weeks at a time to review voluminous or electronic evidence from their attorney. If the inmate requires more than two weeks to review the evidence and there is a waitlist for the program, the review will end and s/he will be added to the waitlist to re-enter the program for another two-week review period.  Inmates may file a grievance to request additional time to review the evidence or their attorneys may contact the Litigation Support Division to add their client back to the waitlist. If there is no waitlist, the inmate may continue to review the electronic evidence until a waitlist develops.

4.  An inmate may refuse to participate in this alternative evidence review process. If the inmate refuses to participate in the review process, the inmate's attorney can arrange with DOC Litigation Support Unit to schedule a time to collect the CD, DVD, or USB flash drive containing the voluminous or electronic evidence.

5.  After the inmate has completed his/her review of the voluminous or electronic evidence, the attorney should contact DOC Litigation Support Unit to schedule a time to collect the evidence.

6.  In cases where the printed discovery will not fit in legal mail envelopes, defense counsel may make advance arrangements with the DOC Litigation Support Unit for delivery to the DOC of up to 2 boxes of printed material at a time. All other printed discovery should be mailed via the United States Postal Service.

This procedure does not guarantee that inmates will review any and/or all evidence provided to the DOC. Specifically, this alternative procedure is subject to the availability of DOC staff to facilitate the program, available laptops computers, and cells. Also, the alternative procedure operates on a first-come, first-served basis and the DOC cannot guarantee that any inmate will review the electronic evidence within any allotted period of time. **Currently, there is a several week's long waitlist to review evidence on laptops at DOC which fluctuates depending on the demand for this service. Therefore, attorneys are encouraged to coordinate to drop off their materials as early as possible.** Also, attorneys should advise their clients of this evidence review procedure in advance of submitting the evidence to DOC to reduce the likelihood of their client refusing to participate in the procedure.

Finally, please note that contact and contactless in-person attorney visits resumed at the DOC on June 22, 2020, and are still available to defense attorneys. These visits continue to occur 24 hours/7days a week; however, at Central Detention Facility (CDF), attorneys must make an appointment for all visits while at Correctional Treatment Facility (CTF) attorneys can make unscheduled contactless visits but must make an appointment for contact visits.  Defense attorneys

---

[1] An inmate's housing status can cause a delay in the ability to review discovery. For example, if a single cell on the unit is not available or the inmate needs to be moved to another unit can cause a delay in an inmate receiving a laptop for evidence review.

can arrange a contact or contactless visit by faxing a request on official letterhead to the Deputy Wardens at either the CDF 202-698-4877 or the CTF 202-790-6589. Notably, a contact visit will result in an inmate being placed in a medical enhanced monitoring unit for up to 14 days following the visit. Please refer to DOC Procedures for Attorney Visitation and Discovery Review (attached) for a complete review of the DOC's attorney visitation procedures.

Please do not hesitate to contact the Office of the General Counsel at (202) 671-2037 if you have any questions or comments regarding this process.