By: Pauline, Bauer
Executor
PAULINE BAUER ⓔ VESSEL

Leave to file GRANTED
TREVOR N. MCFADDEN
United States District Judge
1/12/22

CLERK OF COURTS
333 Constitution Ave NW
Washington, DC 20002

Case # 21:cr-00386-TNM-2

RECEIVED
Mail Room
DEC 30 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

As of the 22nd day of December 2021 I received both of these documents from the DC DOC. The first document states "I don't have a discovery for Pauline Bauer to review. The second document is from the new jail Covid protocols stating "Attorneys will continue to have unscheduled non-contact legal visits. IF my attorney brings discovery I will have no way of viewing that discovery with her, and the wait for a laptop is four to six weeks. Please forward this information to Judge

1 OF 6

McFadden, as well as filing this letter and the documents to my case.

I received notification on October 21, 2021 and November 5, 2021 from the prosecution regarding status of Discovery and have put in inmate request forms. This is the proof and documentation that there is no discovery at the DC DOC on my case. I believe this would be a Brady violation.

Thank you,

By: _____

*The DC Department of Corrections has worked diligently to mitigate the spread of COVID-19 in our facilities and across our residents and staff. Due to the uptick in cases across the country and the new Omicron variant, DOC has also been impacted, we currently have 117 positive cases.*

*The DOC has proactively decided to move back to the modified stay in place which will cease social visitations, move programming and educational opportunities back to a virtual space, reduce recreation at the Central Detention Facility (CDF) and Correctional Treatment Facility (CTF) in order to maintain social distance, alleviate the spread of Covid-19, and to allow for facility-wide testing and continued education on proper mask wearing and vaccinations.  DOC continues to offer a COVID-19 vaccine to all residents and is offering the booster to all residents who are eligible.*

*Attorneys will continue to have unscheduled non-contact legal visits with their clients, however, contact visits will not occur during this time period.  We will be working with our criminal justice partners to increase virtual legal visits during this time period.*

*Our goal is to remain flexible and to adjust our health and safety protocols as necessary to ensure the health and safety of our residents and staff. It is our intent to resume normal operations at CTF and CDF once all housing units are cleared from quarantine\*. However, our mandatory 14-day intake quarantine will remain in place as part of our prevention protocols.*

*Please continue to practice health and safety precautions that will help us to keep our DOC facilities, staff, and residents safe and healthy. Follow the guidance below on how to reduce your risk of infection and slow the spread of the virus.*

- *Wear your required PPE are all times.*
- *Get vaccinated and get your booster.*
- *Practice social distancing by staying at least six feet away from other people.*
- *Thoroughly wash your hands for at least 20 seconds, multiple times a day.*
- *Avoid close contact with people who are sick.*
- *Avoid touching your eyes, nose, and mouth.*
- *Follow the safety protocols in place at each of the DOC facilities.*

*Thank you for playing such important roles during these critical and uncertain times.*

## FW: Law Library Request

Link, Tameka (DOC) <tameka.link@dc.gov>
Wed 12/22/2021 12:19 PM
To: Figueroa, Elyse (DOC) <elyse.figueroa@dc.gov>

📎 1 attachments (79 KB)
Pauline Bauer 377817 12.21.21.pdf;

RECEIVED
Mail Room
DEC 30 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Greetings Ms. Figueroa,

Please see below for your records. The attached is the document I sent over yesterday regarding her discovery request that she provided to me when she returned from court.

Sincerely,

*Ms. Link,* MA

**Women's Program Manager**
**Contract Administrator**

District of Columbia Department of Corrections
Correctional Treatment Facility
1901 E Street SE, E2A-132
Office: (202) – 790-6653
Cell: (202) – 391-4433
Email: tameka.link@dc.gov
Website: http://doc.dc.gov/

---

**From:** Washington, Ingrid (DOC)
**Sent:** Wednesday, December 22, 2021 8:57 AM
**To:** Link, Tameka (DOC) <tameka.link@dc.gov>; Lewis, Kimberlee (DOC) <kimberlee.lewis@dc.gov>; Holden, Gwendolyn (DOC) <gwendolyn.holden@dc.gov>
**Cc:** Miller, Deborah A. (DOC) <Deborah.Miller3@dc.gov>; Wilson, Michelle (DOC) <michelle.wilson@dc.gov>; Faly, Dele (DOC) <dele.faly@dc.gov>
**Subject:** Re: Law Library Request

Good morning Ms. Link I don't have a discovery for Pauline Bauer to review. Thanks so much

*Ingrid Washington DC-Department of Corrections*

*Central Detention Facility-Litigation*

*1901 D. St. S.E. Washington D.C. 20001*

Thank you for this information! She is Pauline Bauer, DCDC 377817.

Sincerely,

*Ms. Link,* MA

**Women's Program Manager**
**Contract Administrator**

District of Columbia Department of Corrections
Correctional Treatment Facility
1901 E Street SE, E2A-132
Office: (202) – 790-6653
Cell: (202) – 391-4433
Email: tameka.link@dc.gov
Website: http://doc.dc.gov/

---

**From:** Lewis, Kimberlee (DOC)
**Sent:** Thursday, December 2, 2021 12:05 PM
**To:** Holden, Gwendolyn (DOC) <gwendolyn.holden@dc.gov>; Link, Tameka (DOC) <tameka.link@dc.gov>
**Cc:** Miller, Deborah A. (DOC) <Deborah.Miller3@dc.gov>; Washington, Ingrid (DOC) <ingrid.washington@dc.gov>; Wilson, Michelle (DOC) <michelle.wilson@dc.gov>
**Subject:** Re: Law Library Request

Hello Ms Link,
Procedures are put in places for discovery review. Please provide me with the inmate in question name/dcdc# and I can identify if the litigation department has her discovery.

Get Outlook for iOS

---

**From:** Holden, Gwendolyn (DOC) <gwendolyn.holden@dc.gov>
**Sent:** Thursday, December 2, 2021 8:35 AM
**To:** Link, Tameka (DOC)
**Cc:** Lewis, Kimberlee (DOC); Miller, Deborah A. (DOC)
**Subject:** Fw: Law Library Request

Good Morning Ms. Links:

Mis Lewis is the person you contact. She is in Litigation and she is in charge of assisting Residents on viewing there discovery evidence..

Hope that I have answered your question please have a great day.

Best Wishes

Gwendolyn Holden

Law Librarian

Department of Corrections

1901 E Street S.E.

Washington D.C., 20003

gwendolyn.holden@dc.gov

phone number 202-790-6622

---

**From:** Link, Tameka (DOC) <tameka.link@dc.gov>
**Sent:** Wednesday, December 1, 2021 4:17 PM
**To:** Holden, Gwendolyn (DOC) <gwendolyn.holden@dc.gov>
**Subject:** Law Library Request

Greetings Ms. Holden,

I hope this email finds you well and you were able to enjoy your holiday.

There is a resident who is inquiring about viewing her discovery (evidence, statement, etc.) on a computer, how does she go about doing this?

Sincerely,

*Ms. Link,* MA

**Women's Program Manager**
**Contract Administrator**

District of Columbia Department of Corrections
Correctional Treatment Facility
1901 E Street SE, E2A-132
Office: (202) – 790-6653
Cell: (202) – 391-4433
Email: tameka.link@dc.gov
Website: http://doc.dc.gov/

6 OF 6