```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,      :
                               :        Docket No. CR 21-386
                               :
           vs.                 :           Washington, D.C.
                               :        Monday, June 28, 2021
WILLIAM BLAUSER, JR.           :              10:00 a.m.
PAULINE BAUER,                 :
                               :
           Defendants.         :
-------------------------------x


            TRANSCRIPT OF VIDEO STATUS CONFERENCE
           BEFORE THE HONORABLE TREVOR N. MCFADDEN
                UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Government:      VIVIEN JO COCKBURN, Esquire
                         Assistant United States Attorney
                         555 4th Street, NW
                         Washington, DC  20530


For Defendant            RAMMY G. BARBARI, Esquire
Blauser, Jr.:            Price Benowitz
                         409 7th Street, NW
                         Suite 100
                         Washington, DC  20004

For Defendant            CARMEN D. HERNANDEZ, Esquire
Bauer:                   7166 Mink Hollow Rd.
                         Highland, MD 20777

Court Reporter:          CRYSTAL M. PILGRIM, FCRR, RMR
                         Official Court Reporter
                         United States District Court
                         District of Columbia
                         333 Constitution Avenue, NW
                         Washington, DC  20001

```
 1                      P-R-O-C-E-E-D-I-N-G-S
 2            THE COURT:  Ms. Hernandez, have you been able to talk
 3  to your client?
 4            MS. HERNANDEZ:  I have not, Your Honor.  She has
 5  really declined to talk to me.  I mailed her the Court's ECF
 6  notice and the zoom info to her sister's email which is the
 7  only email I have.
 8            THE COURT:  Okay, thank you.
 9            THE DEPUTY CLERK:  Your Honor, I did send a message,
10  but I don't know if those in the waiting room can message me
11  back.  I'm not sure if it's broadcast, but I will give it a
12  second to see if I get a response.
13      Are you Mr. Lawrence?
14            MR. LAWRENCE:  How we doing?
15            THE DEPUTY CLERK:  Good morning.  Are you
16  Mr. Lawrence?
17            MR. LAWRENCE:  Can you hear us okay?
18            THE DEPUTY CLERK:  Yes, I can hear you okay.  Are you
19  Mr. Lawrence?
20            MR. LAWRENCE: Yes, I am.
21            THE DEPUTY CLERK:  Great.  Who is next to you?
22            THE DEFENDANT:  Pauline Bauer, by special divine
23  appearance.
24            MR. LAWRENCE:  By special divine appearance.  A living
25  soul. A woman.
```

```
 1                THE DEFENDANT:  A woman.
 2                MR. LAWRENCE:  A people.
 3                THE COURT:  All right, let's go ahead and call the
 4   case Ms. Chaclan.
 5                THE DEPUTY CLERK:  Your Honor, this is criminal case
 6   21-386, United States of America versus William Blauser, Jr.
 7   and Pauline Bauer.  Can the parties please identify yourselves
 8   for the record, starting with the government.
 9                MS. COCKBURN:  Good morning, Vivien Cockburn for the
10   United States.
11                THE COURT:  Good morning, Ms. Cockburn.
12                MR. BARBARI:  Good morning, Your Honor.  Rammy
13   Barbari on behalf of Mr. Blauser who is appearing by video.
14                THE COURT:  Good morning, Mr. Barbari.  Good morning,
15   Mr. Blauser and good morning, Ms. Bauer.
16           Ms. Cockburn, where do things stand in this case?
17                MS. COCKBURN:  Your Honor, at this point the
18   government started the discovery process with Mr. Blauser and
19   counsel by sending to the Court a motion for a protective
20   order.  I don't know if the Court has had an opportunity to
21   review that.  It is unopposed.
22                THE COURT:  I'm sorry, is that for both defendants or
23   just Mr. Blauser?
24                MS. COCKBURN:  At that point it was just for
25   Mr. Blauser because the government --
```

1           THE COURT:  Mr. Barbari, you don't have any objection
2    to that?
3           MR. BARBARI:  No, Your Honor.  There's no objection
4    on our part on behalf of Mr. Blauser.
5           THE COURT:  Okay, I'll be entering the order as to
6    Blauser today.
7           MS. COCKBURN:  Regarding Ms. Bauer, the government
8    has no contact information.  This was in court last week.  So
9    the government at this point is not clear on how the next steps
10   will be taken.
11      Ms. Bauer does not have access to ECF, and the government
12   has no contact information at this point.
13          THE COURT:  Okay, what are you requesting Ms.
14   Cockburn?
15          MS. COCKBURN:  First of all, that the government is
16   provided some means of contacting Ms. Bauer with anything
17   that's legal or official or needs her response.  And also to
18   figure out a way how ECF filings and notifications are sent to
19   Ms. Bauer in the future.
20          THE COURT:  All right.  Let me get to that in a
21   moment.
22      First, pursuant to the Due Process Protections Act, the
23   Court orders that all government counsel shall review their
24   disclosure obligations under *Brady v. Maryland* and its progeny
25   as set forth in local criminal Rule 5.1 and comply with those

```
 1  provisions.  The failure to comply could result in dismissal of
 2  the indictment or information; dismissal of individual charges;
 3  exclusion of government evidence or witnesses; continuance; bar
 4  discipline; or any other remedy that is just under the
 5  circumstances.  I'll be entering a minute order to that in a
 6  moment.
 7       I'm inclined for us to come back here.  I think this is
 8  the type of case that the parties will have an in-person
 9  appearance in mid July and see where things are at that point.
10          How about Tuesday, July 20th, 10 a.m. Ms. Cockburn, does
11  that work for you?
12            MS. COCKBURN:  Unfortunately, I will be out of the
13  jurisdiction Tuesday through Friday of that week.  But I'm
14  available the week before or a few days the week after.
15            THE COURT:  Will that work for you or is that the
16  whole week?
17            MS. COCKBURN:  I could do the 19th, Your Honor.
18            THE COURT:  Okay, how about 10:30 a.m.
19            MS. COCKBURN:  That's good with the government.
20            THE COURT:  Mr. Barbari, does that work for you and
21  your client?
22            MR. BARBARI:  I don't have -- I believe we have
23  another hearing in District Court for D.C. I think it's a
24  sentencing at 10 a.m.
25            THE COURT:  Is that a sentencing Mr. Caporusso, is
```

```
 1  that your client?
 2             MR. BARBARI:  Yes, Mr. Caporusso is. I think that is.
 3             THE COURT:  Yes, that will work perfectly for you.
 4             MR. BARBARI:  Okay, then it does.  Yes, sir.
 5             THE COURT:  All right.  And Ms. Bauer, are you
 6  available on Monday, July 19th at 10:30?
 7             MR. LAWRENCE:  Pardon me, Your Honor.  What's the
 8  date for?
 9             THE COURT:  Sir, are you admitted to this Court?
10             MR. LAWRENCE:  Sorry, Your Honor, repeat that please.
11             THE COURT:  Are you admitted to this Court?
12             MR. LAWRENCE:  By notice of co-counsel from Pauline
13  Bauer and I also submitted a notice of appearance as
14  co-counsel.
15             THE COURT:  Yes, I haven't granted you permission to
16  enter an appearance, sir.
17       Ms. Bauer, are you available on Tuesday July, 19th at
18  10:30?
19             THE DEFENDANT:  What is this hearing for?
20             THE COURT:  This is a continued status conference.
21             (No response.)
22             THE COURT:  All right, I'll take your silence as
23  consent.  Regardless, I'm ordering you to appear in court, U.S.
24  District Court courtroom 2 on July, 19th at 10:30 in the
25  morning.  The same applies to Mr. Blauser.
```

1       I've also received information from Pretrial Services,
2  Ms. Bauer, that you've not provided your current home address.
3       Do we have Pretrial Services on the line?
4            MR. SIDBURY:  Yes, Your Honor.  Andre Sidbury for
5  Pretrial Services.
6            THE COURT:  All right, how would you like Ms. Bauer
7  to provide her home address to you and passport?
8            MR. SIDBURY:  Your Honor, she would have to provide
9  the passport to the Western District of Pennsylvania.
10           THE DEFENDANT:  Objection, Your Honor.  Objection,
11 Your Honor.
12           THE COURT:  All right.  I'll hear from you in a
13 moment, Ms. Bauer.
14      Mr. Sidbury, can you speak up.  Ms. Bauer may not be able
15 to hear you.  I'm having a difficult time hearing you as well.
16           MR. SIDBURY:  Your Honor, she would have to reach out
17 to the Western District of Pennsylvania, U.S. Probation to
18 provide them with that passport.
19           THE COURT:  All right.  And also does she -- she has
20 contact with someone she can provide the address to?
21           MR. SIDBURY:  Yes, Your Honor.  She has provided an
22 address; however, the address of her business not to her home.
23 So that is a problem that we are having, verifying the actual
24 address to her home.  She has contact information in that
25 jurisdiction.

1           THE COURT:  Okay, so Ms. Bauer, I'm directing you to
2  provide your home address and your passport.
3           THE DEFENDANT:  Objection, Your Honor.  I am here by
4  divine special appearance as a living soul; a woman, as
5  judiciary, as trustee.  You do not have jurisdiction over me.
6  I am one of we the people.
7           THE COURT:  Okay, I considered your objection and
8  overrule it.  I am directing you to provide your address and
9  your passport to the probation office.
10           THE DEFENDANT:  I do not consent, Your Honor.
11           THE COURT:  That's fine, that's fine.
12      Your compliance with these conditions of release is
13  important to your being able to remain at liberty, ma'am.
14      Ms. Hernandez, do you have -- can you accept discovery on
15  Ms. Bauer's behalf?
16           MS. HERNANDEZ:  Your Honor, if the Court orders me to
17  do it, I will.
18           MR. LAWRENCE: Objection, Your Honor.  Objection, Your
19  Honor.
20           THE COURT:  Sir, you are not recognized --
21           MR. LAWRENCE: Sir, I can quote you case law after
22  case law, after case law.  She has a right to co-counsel.  It's
23  in the Constitution in the Bill of Rights.  You're in violation
24  of your oath right now, sir, to uphold the Constitution.  If
25  you take time and read the notice of motion to dismiss that I

1  forwarded to Michelle this morning, you will see there are 19
2  pages.  It is based on --
3            THE COURT:  All right --
4            MR. LAWRENCE:  It is based on multiple use, violations
5  of civil rights, violations of cannon law --
6            THE COURT:  All right, we will resume on July, 19th
7  at 10:30 a.m. in courtroom 2.  Thanks folks.  See you then.
8            MR. BARBARI:  Thank you, Your Honor.
9            (Video status conference adjourned at 10:17 a.m.)
10                              -oOo-
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATE

I, Crystal M. Pilgrim, Official Court Reporter, certify that the foregoing is a true and accurate transcript, to the best of my ability, of the proceedings remotely reported in the above-entitled matter.

Please Note: This hearing occurred during the COVID-19 pandemic and is, therefore, subject to the technological limitations of court reporting remotely.

_____    _____
/s/Crystal M. Pilgrim, FCRR, RMR       Date:  July 1, 2021