## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **PAULINE BAUER**, <br><br> Defendant. | Case No. 1:21-cr-00386-2 (TNM) |

### ORDER

Defendant Pauline Bauer faces charges for her alleged actions on January 6. In September 2021, the Court ordered her detained pending trial for her inability to abide by the conditions of her pretrial supervision. *See* Hr'g Tr., ECF No. 65. Bauer appealed, and the D.C. Circuit affirmed this Court's decision. *See* Judgment, No. 21-3068 (D.C. Cir. Jan. 24, 2022).

Before the Court now is Bauer's second motion to reconsider the Court's detention order. *See* ECF No. 73. The Court will deny the motion. Bauer had two chances to assure the Court that she would abide by the terms of pretrial supervision. She twice failed to make those assurances, and she restates those arguments now. Because both this Court and the D.C. Circuit have rejected those arguments, the Court will deny the pending motion for reconsideration

It is hereby

**ORDERED** that Defendant's [73] Second Motion for Reconsideration is DENIED.

**SO ORDERED**.

Dated: January 25, 2022                TREVOR N. McFADDEN
                                       United States District Judge