By: Pauline, Bauer
Executor
PAULINE BAUER; VESSEL

JUDGE Trevor McFadden
333 Constitution Avenue NW
Washington, DC 20002

Leave to file GRANTED
TREVOR N. MCFADDEN
United States District Judge 1/27/22

December 15, 2021

I am asking for the Mercy of the court to release me from detention. Since my incarceration, I have not been able to defend my case. The prosecution sends me notice of discovery, but the jail does not give me access to the videos. I do not have access to the internet and the law library is closed due to Covid 19. I put in a request on November 17, 2021, to view the evidence against me, but they say I have to be put on the list and I have not heard anything. Ms Hernandez sent her private Investigator David Jones with the video the FBI agent Brent White used for the criminal complaint. Other than those videos I have not received any other evidence. In that video, it clearly shows that the doors were open when we entered. Mr. Blauser and I never left each others side, nor did we ever cross a police line

1 of 4

I believe the steel doors were electronically locked and there was no way that the average people could open those doors or break them open with a flag pole.

Prior to January 6, 2021 I felt that our Constitutional rights were being violated by Covid-19 restrictions. After my eleventh miscarriage, I poured my heart and soul into my restaurant business and to help my community. I only had three years left whenever Covid 19 hit. I treated it as a pandemic and sanitized, never let a driver bring products inside and closed down to take out and delivery only. Delivery doesn't work well when you are ten miles from town. I did the numbers every day of deaths divided by cases and came up with 1% of the population worldwide. There were more deaths in 2014 during the swine flu. When we were allowed to open to 50% capacity that was only 25 people including employees, but Walmart could have 900 people. Small business was blamed for the spread of Covid especially after 8:00pm. Salons were non-essential yet Nancy Pelosi could get her hair done without a mask. Governor Wolf deemed his cabinet shop an essential business. Gavin Newsome had a birthday party of 30+ people during the heat of the pandemic (before vaccinations) without masks, but we were not allowed to

2 OF 4

using vulgar language as that is not in my nature. I am used to working 14 hours a day and jail is also not in my nature. I have taken Anger Management classes and Meditation classes. I have also taken a Jutail job. Many people have been generous and contributed to my commissary, which I am very grateful. I have been detained 90 days and would like you to re-consider my release. I do not pose as a flight risk, nor do I pose a threat to anyone in my community. I have no previous criminal or Abuse history. I promise to stay within 15 miles of the restaurant and will do all the community service that you require of me. I am begging for you to re-consider my release as there are things like health care renewels and tap preparation that my sister may not be able to handle. I promise to not disappoint you.

Sincerely
By: Pauline Bauer

P.S. I feel that we are being made an example as, on May 31, 2021 when they forced President Trump to the bunker of the White House and burned St. Johns Church no one was arrested or charged with a crime.

4 OF 4

By: Pauline; Bauer:
Executor
PAULINE BAUER: VESSEL

UNITED STATES OF AMERICA
vs.
PAULINE BAUER

Case # 21: cr-00386-TNH-2

December 15, 2021

## Motion for Release of Detention

I, me Pauline Bauer am asking for the mercy of the Court to release me from detention. "In assessing whether Pretrial detention is warranted for dangerousness, the district Court must consider to determine whether an individual is a flight risk are:" United States vs. Vasquez Benitez, 919 F3d 546, 550 (D.C. Cir. 2019)

1) "The nature and circumstance of the offence charged."
18 USC 1512(c)(2) does not fall under a crime of violence

1 OF 5

2) "The weight of the evidence against the person."
There is no evidence showing I did any damage nor harm to anyone. One of the Police officers actually laughed at me. Mr. Blauser and I never left each others side and the video from the prosecution shows evidence of that. The video also shows that electronically locked steel doors were wide open, and the police were not attempting to block the entry way.

3) "The history and Characteristics of the person." including "the person's character physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history related to drug or alcohol abuse, criminal history and record concerning appearance at court proceedings."
I have no previous mental health conditions. My family is very close, but was very much affected by Covid-19. I own my own restaurant in my community where I have inhabited for the past seventeen years. I have been a member of the Kinzua Fish and Wildlife Association (I accepted an award from the U.S.F.S. here in Washington D.C.), the Kane Fish and Game Club, Ludlows Sportsman's Club, and Wild Cat Park for the last fifteen years. I helped organize three events at the park last year and two events the year before. I have also donated to both the Ludlow Fire Department, and the Kane Fire Department as well as the Sheffield Fire Department. I donate to the James City Days, Johnny Appleseed

2 OF 5

Festival, numerous Fishing tournaments to benefit Cancer patients. I volunteer to pick up litter in the Allegheny National Forest and have volunteered to groom snowmobile trails. Since my absence the Park did not hold two of the events and I fear that the Christmas tree project for fish habitat may not get done this year. I do not have a history of drug or alcohol abuse nor do I have a criminal history. I used to drive a school bus, therefore I can pass a background check. I have not failed to show up for every court proceeding.

4) "The Nature and seriousness of the danger to any person or the community that would be posed by the person's release." I do not pose a danger to my community, actually just the opposite. The American Legion Post #89 usually gets a free meal on Veterans Day. Two people passed away that were regular Customers. I would work with the ladies Auxillary to provide food for the greiving families.

"A determination that an individual is a flight risk must be supported by a preponderance of the evidence." United States vs Vortes 785 F2d 327-328-329 (D.C. Cir. 1986) Per Curiam

The Bail reform act of 1984 authorizes one of those carefully limited exceptions by providing the Court "shall order" a defendant detained before a trial if it finds that no condition or combination of the conditions will reasonably assure the appearance of the persons as required and the safety of any other person and the community. "In our society liberty is the Norm. The detention prior to trial or without, trial is the carefully limited exception."
United States vs Salerno 481 US 739, 755, 107 S. Ct. 2095, 95 L.Ed. 2d. 697 (1987)
I am not a flight risk as I can not find my passport nor is it any good to me. I also have not the resources to re-locate to any place else. Due to Covid the restaurant business was hit the hardest.

I never contracted with Pretrial Conditions unless it was when I was on a zoom hearing in June at the DC Jail. The Audio was very poor and I was under Duress as I have never been to jail before. On the Pacer the word "directed" was used. When I used the definition of "directed" in the Blackshaw dictionary 6th edition I interpreted it as to guide; to point; instruct; to suggest; request. I am sorry that I comprehended this as not "so ordered."

4 OF 5

I am begging you to reconsider my release as I have limited access to defend my case from the D.C. Jail. The Prosecutor says they are sending me a thumb drive. The jail will not allow a thumb drive, they don't even allow U.S. Postage stamps. I have requested to view the evidence in my case on November 17, 2021. They responded with we will put you on the list. The Law Library is closed due to Covid and the tablet is limited. I have also requested the Blacks Law Dictionary. They updated the tablet last night and removed the Boviers Law Dictionary and the James treatise. I have attempted to call Ms. Hernandez and requested email with her but I do not get a response. I have seen her private Investigator David Jones three times in the 90 days I have been incarcerated. Ms. Hernandez was supposed to be on a video call but never showed up. Mr. Jones showed me the video from the Prosecution, which appears to be the same as the Criminal Complaint. If there is additional evidence I have not seen any. It appears that the prosecution is "stonewalling" evidence for reasons that remain unknown. It is my opinion that they should be focusing on individuals that opened the doors and caused Damage

8 of 5     By: Pauline Bauer
                Sui Juris

holidays with our families. I started going to the "Assemble for Freedom" rallies in Harrisburg. There were many other people who felt the same way. We signed petitions to stop the Tyranny. There were speakers who said that they worked in nursing homes where Dr. Levine ordered sick patients from hospitals and put them in nursing homes, while she took her mother out and put her in a hotel. There were nurses saying the hospitals were declaring every death a Covid death. There were people who testified under oath at a hearing in Gettysburg, PA on the day before Thanksgiving stating that they personally witnessed voter fraud. I worked the polls and witnessed people being deterred from voting in the 2020 election. I did not come to Washington DC with the intent to enter the Capital. I came to listen to speeches. We could not get near President Trump's speech so we went to Freedom Plaza. There weren't any speakers set up, there was a news crew that said they were not allowed any closer to Trump's speech than Freedom Plaza. We then proceeded to the Capital to listen to another speech. I questioned the gallows and the scaffolding right away and said something to my friend. I had an eerie feeling all day that something was not right. I wish I would have listened to my intuition.

3 of 4