# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| v. * | **Case No. 21-cr-0386-2 (TNM)** |
| * | |
| **PAULINE BAUER,** * | |
| **Defendant** * | |
| * | |

## ORDER

Upon consideration of the Consent Motion to Extend Time for Filing Reply, filed by Pauline Bauer's stand-by counsel, good cause having been shown, it is this _____ day of _____ by the United States District Court for the District of Columbia,

**ORDERED:**

1.  That the Motion is hereby **GRANTED.**


_____
**HONORABLE TREVOR N. MCFADDEN**
**UNITED STATES DISTRICT JUDGE**