By:  Pauline; Bauer:

EXECUTOR

PAULINE BAUER:  VESSEL



Leave to file GRANTED

TREVOR N. MCFADDEN   2/8/22
United States District Judge

UNITED STATES OF AMERICA

    VS                                                           case number # 21-cr-00386-TNM-2

PAULINE BAUER

Request for Discovery

This discover is requested by the defense for the date January 6, 2021

CCTV camera Rotunda North from 1:00 pm-5:00 pm

CCTV camera Rotunda South from 1:00pm-5:00pm

CCTV camera Rotunda East from 1:00pm-5:00pm

CCTV camera Rotunda West from 1:00pm-5:00 pm

CCTV camera Interior Columbus Doors from 9am-4pm

CCTV camera Interior and Exterior Senate Wing doors 9:00am-5:00pm

CCTV camera Interior and Exterior UWT Doors from 1:00pm-5:00pm

CCTV camera Interior and Exterior Parliamentarian Doors 1:00pm-5:00pm

All outside footage of the East side of the capitol from 11:00am-5:00pm

Footage of the panel boxes for the brass exterior doors (how they got opened)

Footage of the House of Representatives from 1:00pm-4:00pm and 8:00pm-3:00am

Footage in the Senate from 8:00pm-3:00am

Footage of the hallway leading into the Senate from 1:00pm-5:00pm

Footage of the hallway leading into the House of Representatives from 1:00pm-5:00pm

A complete list and profile of all capitol officers' present at the capitol and their location on January 6, 2021

A complete list and profile of all DC Metro Police present at the capitol and their location on January 6, 2021

A Complete list of all people given clearance (not including Senators and Representatives) to be in the capitol including the press on January 6, 2021

Identify and profile of these people on Axon body X6039BD07:

14:16:09 Man in HMRT sweatshirt, black mask, gray pants, glasses,

14:44:26 USCP blue jacket, black bicycle helmet

14:44:30 Officer in black and blue helmet, beard, mustache, sunglasses

14:15:01 cameraman in blue shirt, tan pants, black vest (he is also in Senate)

14:16:38 young man in suit, blue shirt, red tie, black mask

14:16:50 identify these doors

14:16:53 man with blue jeans, gray jacket, black backpack, badge around his neck

14:17:18 man in blue jeans, tennis shoes, black hoodie, black mask, badge around his neck

14:56:39 man with long white hair, black coat, flag around his neck, carrying flag and cell phone and his plea deal

14:57:42 officer with white bicycle helmet fingers up to his mouth, no mask

Axon body cam S6039BF8E 14:58:33 Identity and Profile the man in the blue flannel shirt, Identity and profile of the man with the tan jacket, red maga hat, Identity and profile of man in black beanie hat, green coat with reddish beard and mustache

Profiles and background history of Marina Bronstein, Matthew Lapitsky, Robert Marsh, Benjamin Rubin, Travis Cooley

Footage of the west side of the capitol where the gallows were erected (where was security on this issue?)

The complete insurance claim of all damages with photos and the bill from the construction company that completed the work.

Other than the camera footage, I would prefer a paper copy of the profiles and lists of people, just in case I do not have access to a laptop.

Made by my hand of this 26th day January, 2022

By: _____

Sui Juris