UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 21-CR-386 (TNM) |
| : | |
| WILLIAM BLAUSER, JR. : | |
| : | |
| and : | |
| : | |
| PAULINE BAUER : | |
| : | |
| Defendants. : | |

**GOVERNMENT'S NOTICE OF WITHDRAWAL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Amanda Fretto-Lingwood, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   */s/ Amanda F. Lingwood*
Amanda F. Lingwood
New York Bar No. 5109178
Assistant United States Attorney
555 4th Street, N.W.  Room #3126
Washington, DC  20530
Phone: (202) 252-7268
Email: amanda.lingwood@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 11th day of March 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Amanda F. Lingwood*
AMANDA F. LINGWOOD
Assistant United States Attorney
