# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| v.  * | **Case No. 21-cr-0386-2 (TNM)** |
| * | |
| **PAULINE BAUER,** * | |
| **Defendant** * | |
| * | |

## CONSENT MOTION TO EXTEND TIME
## FOR FILING MOTIONS

Pauline Bauer, by her undersigned stand-by counsel, respectfully moves this Honorable Court for a one-week extension to file pretrial motions. AUSA James Peterson consents to this request.

1. Additional time is necessary to review and discuss the motions with Ms. Bauer, who is detained and representing herself in this matter.

2. Due to the press of other matters and despite due diligence, there has been insufficient time to complete the work necessary to do the research, prepare the motions and discuss the issues fully with Ms. Bauer.

WHEREFORE, Ms. Bauer, through undersigned stand-by counsel, respectfully requests that this Honorable Court extend the deadline for filing motions to April 29, 2022.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

    I hereby certify that the instant Motion was served this 21st day of April, 2022 via ECF on all counsel of record.

                                                     /s/ *Carmen D. Hernandez*
                                                     **Carmen D. Hernandez**