IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No. 21-cr-0386-2 (TNM) |
| | * | |
| PAULINE BAUER, | * | |
| Defendant | * | |
| | * | |

## NOTICE OF INTENT TO INTRODUCE EXPERT EVIDENCE

Pauline Bauer, by her undersigned stand-by counsel, hereby provides notice pursuant to FED. R. CRIM. PROC. 12.2(b)(1) that she may seek to introduce expert evidence relating to a mental condition bearing on the issue of guilt.

.            Respectfully submitted,

/s/ Carmen D. Hernandez
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the Notice of Appeal was served this 6th day of May, 2022 via ECF on all counsel of record.

/s/ Carmen D. Hernandez
**Carmen D. Hernandez**