IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** \* | |
| \* | |
| v.   \* | Case No. 21-cr-0386-2 (TNM) |
| \* | |
| **PAULINE BAUER,** \* | |
| **Defendant** \* | |
| \* | |

NOTICE WITHDRAWING NOTICE OF INTENT
TO INTRODUCE EXPERT EVIDENCE

Pauline Bauer, by her undersigned stand-by counsel, hereby withdraws the Notice (ECF 125) she previously filed pursuant to FED. R. CRIM. PROC. 12.2(b)(1) that she may seek to introduce expert evidence relating to a mental condition bearing on the issue of guilt.

.                               Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

CERTIFICATE OF SERVICE

I hereby certify that the Notice of Appeal was served this 18th day of May, 2022 via ECF on all counsel of record.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**