## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        v.            CASE NO. 1:21-cr-00386

PAULINE BAUER,

    Defendant.

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Please enter my appearance for counsel on the above captioned criminal case of Ms. Pauline Bauer.

                              Respectfully Submitted,

Date: May 20, 2022            *s/ Komron Jon Maknoon*
                                      Komron Jon Maknoon
                                      PA I.D. 90466

                                      309 Smithfield Street
                                      4th Floor
                                      Pittsburgh, PA 15222
                                      412-201-1802
                                      412-201-3484 (Fax)
                                      kjm@maknoon-law.com