IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Case No. 21-cr-0386-2 (TNM) |
| | * |
| PAULINE BAUER, | * |
| Defendant | * |
| | * |

**MOTION TO WITHDRAW AS STAND-BY COUNSEL**

Undersigned counsel hereby moves to withdraw as stand-by counsel, appointed under the Criminal Justice Act, for Pauline Bauer for the reason that Ms. Bauer has retained private counsel.

1. Komron Jon Maknoon, Esquire, has entered his appearance on behalf of Ms. Bauer (ECF 129).

2. Undersigned counsel notified Ms. Bauer via the Department of Corrections email system that she intends to withdraw as counsel in light of Mr. Maknoon's entry of appearance.

3. Mr. Maknoon has indicated that neither he nor Ms. Bauer object to undersigned counsel's withdrawing from the case.

WHEREFORE, undersigned counsel respectfully moves to withdraw from the case as appointed stand-by counsel.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391

## CERTIFICATE OF SERVICE

    I hereby certify that the instant Motion was served this 27th day of May, 2022 via ECF on all counsel of record.

                                          /s/ Carmen D. Hernandez
                                          **Carmen D. Hernandez**