UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-00386-TNM-2 |
| | : | |
| PAULINE BAUER | : | |
| | : | |
| Defendant. | : | |

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Court's order, the parties hereby jointly submit this Scheduling Order.

1. TRIAL. Trial of this matter will commence on January 11. 2023, at 9:00 a.m.

2. PRE-TRIAL CONFERENCE. A pre-trial conference will be held on December 16, 2022, at 11:00 a.m.

3. PRE-TRIAL MOTIONS.  Defendant's responses to Government's outstanding motions in limine are due by June 24, 2022.   Any pretrial motions by Defendant are due by July 8, 2022.   The Government's responses to Defendant's pretrial motions are due by August 8, 2022.   The Defendant's replies are due by August 29, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC BAR NO. 481052

By:

   /s/ James D. Peterson
James D. Peterson
Special Assistant United States Attorney
Bar No. VA 35373
United States Department of Justice
1331 F Street N.W. 6th Floor

Washington, D.C. 20530
Desk: (202) 353-0796
Mobile: (202) 230-0693
James.d.peterson@usdoj.gov

*s/ Joseph McFarlane*
PA Bar No. 311698
United States Department of Justice
1400 New York Ave NW
Washington, D.C. 20005
Desk: (202) 514-6220
Mobile: (202) 368-6049
joseph.mcfarlane@usdoj.gov

COUNSEL FOR PAULINE BAUER

*s/ Komron Jon Maknoon*
MAKNOON & ASSOCIATES, LLC
309 Smithfield Street
4th Floor
Pittsburgh, PA 15222
(412) 201-1802
kjm@maknoon-law.com