## 2021 Statement of Real Estate Taxes

PAYABLE TO:
HAMILTON TOWNSHIP TAX COLLECTOR

PAYABLE TO:
RODNEY R JOHNSON, COLLECTOR
PO BOX 158
LUDLOW PA 16333-0158

DESC:
MAP NO: 22-020.-132.03.
11114 ROUTE 321 N OF KANE
ACRES   1.110   DEED 0780 / 1185
PT: C(OB CB)

IC  COMMERCIAL

TAX PAYER:
BAUER, JEFFREY & PAULINE
1072 BLISS HILL RD
KANE PA 16735

OFFICE HOURS:
SEPTEMBER 17, 20, 22, 24, 28, 30  6PM - 7PM
TELEPHONE (814) 945-6503
OR BY APPOINTMENT

Bill No: 32
Control No: 008 - 016049
Bill Date: 8/01/2021

| Assessed Values | Land 20,550 | Improvement 61,950 | Mineral 0 | Total 82,500 |
|---|---|---|---|---|
| KANE AREA S D | | | Discount | Face | Penalty |
| Rates   .01772000 | .01772000 | | 2 % | | 10 % |
| SCHOOL R/E | | | 1,432.66 | 1,461.90 | 1,608.09 |

**TAX AMOUNT DUE ----->**   $1,432.66   $1,461.90   $1,608.09

| | Discount | Face | Penalty |
|---|---|---|---|
| If Paid On or After | 8/01/2021 | 10/01/2021 | 12/01/2021 |
| If Paid On or Before | 9/30/2021 | 11/30/2021 | 12/31/2021 |

IF YOU FEEL THAT ANY INFORMATION ON THIS BILL IS INCORRECT
PLEASE CONTACT THE COUNTY ASSESSMENT OFFICE (814) 887-3215

*[Handwritten: graybills Pd: $1964.80 Ck # 578 12/7/2021]*

Tax Collector Signature / Date Paid / $ Amount Paid   Return Bill with Payment. For a Receipt, Enclose self-addressed stamped envelope.

---

## 2022 Statement of Real Estate Taxes

PAYABLE TO:
HAMILTON TOWNSHIP TAX COLLECTOR

PAYABLE TO:
RODNEY R JOHNSON, COLLECTOR
PO BOX 158
LUDLOW PA 16333-0158

DESC:
MAP NO: 22,020.-113-00.
1072 BLISS HILL RD
ACRES   .500   DEED 0516-/ 060
PT: CC

COMMERCIAL - COMBINATION

TAX PAYER:
BAUER, JEFFREY & PAULINE
DBA BOBS TRADING POST
1072 BLISS HILL RD
KANE PA 16735

OFFICE HOURS:
MARCH 18, 21, 23, 25, 28, 30
6 PM TO 7PM
TELEPHONE 814-945-6503
OR BY APPOINTMENT

Bill No: 34
Control No: 008 - 016242
Bill Date: 2/01/2022

| Assessed Values | Land 11,330 | Improvement 8,220 | Mineral 0 | Total 19,550 |
|---|---|---|---|---|
| COUNTY OF MCKEAN, PENNSYLVANIA | | | Discount | Face | Penalty |
| Rates  .01225000 | .01225000 | | 2 % | | 10 % |
| COUNTY R/E | | | 234.70 | 239.49 | 263.44 |
| HAMILTON TOWNSHIP | | | | | |
| Rates  .00400000 | .00400000 | | 2 % | | 10 % |
| MUNIC. R/E | | | 76.64 | 78.20 | 86.02 |

**TAX AMOUNT DUE ----->**   $311.34   $317.69   $349.46

| | Discount | Face | Penalty |
|---|---|---|---|
| If Paid On or After | 2/01/2022 | 4/01/2022 | 6/01/2022 |
| If Paid On or Before | 3/31/2022 | 5/31/2022 | 12/31/2022 |

IF YOU FEEL THAT ANY INFORMATION ON THIS BILL IS INCORRECT
PLEASE CONTACT THE COUNTY ASSESSMENT OFFICE (814) 887-3215

*[Handwritten: Bobs NW Ck 4519 $457.85 2/23/22]*

Tax Collector Signature / Date Paid / $ Amount Paid   Return Bill with Payment. For a Receipt, Enclose self-addressed stamped envelope.