June 2, 2022

UNITED STATES DISTRICT COURT
The Honorable District Judge Trevor McFadden
333 Constitution Avenue NW
Washington, District of Columbia 20001-2802

Case 1:21-cr-000386-TNM

Dear Judge McFadden,

It's been nearly a year since I quit my job at Mars High School and temporarily moved to the small town of Kane, PA from my home 2 1/2 hours away to take on the daunting task of helping to run my sister's restaurant in her absence.  I have not been home for any extended time these past months and it is has been very hard on my family, particularly my 18 year old newly graduated daughter.  I am a single Mom and it's just been me and her on our own for a long time together.  I've had to leave her by herself to tend to everything at home.  She has been involved in two bad car accidents in these past months, one in which totaled her car, and me not being there has been especially hard on her.  I knew this wasn't going to be easy, but I had no idea it would be this hard and for so long.  I admit I have gained a lot of knowledge but I have found out that my sister's shoes are not easy to fill.

I now know why my sister fell in love with this place she has called home for over the past 17 years.  It's in the heart of the Allegheny National Forest, which is beautiful in any of the four seasons and has so much to offer the outdoor enthusiast (even though you don't get to enjoy much of it working at this restaurant nearly 24/7).  It has the small town charm and some of the most caring and down-to-earth people that pitch in to help each other out.  You don't find that in most places anymore.  Many of the regular customers and employees I have come to know and care for like they are family; just as my sister has.  This restaurant is a life-line to many in this area and it would be a shame if it had to be shut down.

My sister, Pauline Bauer, has been incarcerated in the DC Central Detention Facility since September 17, 2021.  She is not the monster that the media, newspapers and others have portrayed of her.  She's the first person that would step in to help anyone in need without question and I know she would do the same for me if I was in a similar position.  The numerous status hearings and 2 am Washington DC trips made in one day to be back to work the restaurant, have been frustrating and tiresome at the hopes that she will be released and come home -  just to be disappointed once again by them either being postponed or pushed further down the road with no set outcome.  The recent hearings I have not even attempted to attend because they are virtual and not worth the effort and expense of travel and time taken off.

Over the past months, it's been a great challenge to keep the restaurant up and running. I've had to learn all aspects of operating a restaurant in a short time with little to no training and been doing so with no pay as also my nephew (who works a full-time job elsewhere and comes to work at the restaurant on evenings and weekends) has been. Alongside of the prank calls, threats, slanderous remarks on social media, hate mail and Google hacks; nearly every piece of equipment that could break has had to be repaired or replaced this past Winter. Two furnaces have broken down; the one here and mine as well at my home, which have been great unexpected expenses. We have been met with severe staff shortages and turnarounds throughout and sometimes you're just on your own. Deliveries have been challenging due to limited supply and with the slow winter months of no tourists to the area, it has been especially difficult financially for the business. Now with Summer upon us and going into the busy season, we are still understaffed and struggling. I arrive every day at 7:00 am, set up to open, prep food for the day, cook, waitress, clean, do the billing, payroll, office work and any other task needed. My day usually ends at 9:30 or 10:00 pm unless other tasks are needed to be done before the next day and leaves little time to rest. I just cannot fathom how my sister did this day-in day-out for over the last 15+ years. It is extremely draining both mentally and physically.

All my woes in the past months are probably not even comparable to what my sister is experiencing being locked up 22 hours a day; deprived of any nutritious food, limited access to materials, discovery, phone calls, and going outside. Privileges such as visitation have also been revoked because of vaccine status. They locked them down 2 days before Christmas for no apparent reason and did not lift the lockdown until the end of January. She has missed so much in the past months. We've had 5 funerals of long-time customers/friends and a close relative that just breaks her heart that she couldn't be here for. Holidays have come and gone and precious little time that she would have gotten to spend with family and friends has been lost. Her health has deteriorated since being incarcerated. She has had several infections, her teeth are bothersome due to malnutrition, she's had significant weight loss and suffers with constant foot and back pain. I have also noticed that she is suffering with some memory issues based on our phone conversations from one day to the next.

Our Father suffered a stroke in February and has struggled to regain normal function and doctors have no promise of a full recovery due to his age. I had to be the one to break that news to her and it devastated her thinking that she may never see him again or her dog, who she also misses dearly. I am also missing out on precious time spent with my Father and not able to relieve my other sister with his care which is taking a toll on her too.

I made a promise to Pauline to stay as long as needed but she, herself, has told me several times that she can no longer bear the thought of burdening me with her problems. She feels great remorse and regret for everything that has happened and cries on most of the calls now that she makes to me and others. I hope you can show her compassion and fairness so that she can make it back home soon. She does not belong there and has certainly learned her lesson. I do not know how much longer I can continue on here. It has been physically, mentally and financially arduous on me.

I thank you in advance for your consideration.

Respectfully,

*Pamela King*
Pamela King