June 1, 2022

To: Honorable Judge Trevor McFadden

From:   Nellie Black
        644 N. Scenic Drive
        Sarver, Pa. 16055
        724-664-3524

Honorable Judge McFadden:

I am writing this letter for your consideration to allow my sister, Pauline Bauer, to be able to be released from jail pending her trial date.

In February our father, Samuel Croskey, (**who is 91 years old**) had a stroke and it has affected his quality of life substantially.  He has had many setbacks including two subsequent hospital stays with an extended stay in a skilled nursing facility.  The stroke affected his balance, and he has difficulty walking without a walker.  It has also affected some of his cognitive skills although he is improving.  He is now home, and we hope on the road to recovery.  But it has been a challenge for me to take care of him.  I have had to move in with him temporarily because he was unable to stay alone by himself.  He needs assistance to shower and take care of himself and his home.  I make his meals and make sure he has all his medications which is quite a list. I take him to all his doctors' appointments etc.  I was finally able to return to my home two weeks ago and commute to his house to take care of him, however he developed a blood infection which requires a picc line with daily intravenous antibiotics being administered and now I am traveling everyday to his house which is approximately a 60-mile round trip. If Pauline were out of jail, it would alleviate some of the pressures off me, even if she were to be here a few days of the week.  It has been a tremendous hardship on me and my family.  I have a husband and three daughters, and they have had to fend for themselves most of the time and that has put a lot of stress on my family.  It would be great to have Pauline here to help with the daily tasks so that I could have a break from it.

My father has been worried that he will not live long enough to see his daughter released from jail and that has caused him quite a bit of distress. They have always had a close relationship and it breaks his heart not to be able to talk to her and see her.  At times he his depressed that things are not as they were before all this happened.  We are a very close-knit family and this jail term has put a lot of stress on our family.  We have always supported and love each other, and time is short lived for my father, so please consider her release.

Sincerely,

Nellie Black