To Whom it May Concern:

I, Pauline Bauer have retained counsel and the conditions for my release have been explained to me. I am also aware of the protective order and the consequences. I regret the avenue that I took because I did not have the funds for an attorney. If I remain incarcerated I risk losing not only my restaurant, but also my house and other boat storage business. Above all else, I am asking to be able to be a caretaker for my 92 year old father. I lost time with him during Covid and I feel partly responsible for the stress that may have caused his stroke. My older sister Nellie has a husband and 3 daughters and not getting much help as my sister Pam has had the responsibility of helping my husband. Pam ended up leaving her job and has left her 19 year old daughter unsupervised. I feel terrible for the burden I have put on my family. I am willing to agree to any terms of my release.

Sincerely,
Pauline Bauer