# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 1:21-cr-00386-TNM-2 |
| | : | |
| **PAULINE BAUER** | : | |
| | : | |
| **Defendant.** | : | |

## REPLY TO THE RESPONSE - MIL REGARDING AUTHENTICATION OF VIDEO AND OTHER EVIDENCE

The United States of America, by and through the United States Attorney for the District of Columbia, files this reply to the response to its Motion in Limine concerning the authentication of video, photographic, and documentary evidence at trial. The government understands and appreciates that counsel recently entered his appearance in this case on May 20, 2022 and that there exists a voluminous amount of discovery in this case. The government simply asks for timely objections to the issues addressed in its motion filed on April 22, 2022 if Ms. Bauer objects to the authenticity or admissibility of the matters discussed in the government's motion so that the matters can be fairly litigated and not cause any undue delay. *See* United States District Court, District of Columbia Local Rule LCrR 47(b).

## CONCLUSION

WHEREFORE, the government respectfully requests that this Court grant the motion for a pre-trial determination that the aforementioned exhibits are authentic under the Federal Rules of Evidence and admissible at trial.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC BAR NO. 481052

        By:    */s/ James D. Peterson*
JAMES D. PETERSON
Bar No. VA 35373
United States Department of Justice
1331 F Street N.W. 6th Floor
Washington, D.C. 20530
Desk: (202) 353-0796
James.d.peterson@usdoj.gov

*s/ Joseph McFarlane*
PA Bar No. 311698
United States Department of Justice
1400 New York Ave NW
Washington, D.C. 20005
Desk: (202) 514-6220
Mobile: (202) 368-6049
joseph.mcfarlane@usdoj.gov