```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,
                                        CR Action
            Plaintiff,                  No. 1:21-386-2

     vs.                                Washington, DC
                                        September 24, 2021
PAULINE BAUER,
            Defendant.
_____/          11:30 a.m.



                  TRANSCRIPT OF MOTION HEARING
             BEFORE THE HONORABLE TREVOR N. McFADDEN
                   UNITED STATES DISTRICT JUDGE



APPEARANCES:

For the Plaintiff:       AMANDA FRETTO
                         JIM D. PETERSON
                           U.S. ATTORNEY'S OFFICE FOR D.C.
                           555 4th Street NW
                           Washington, DC 20530
                           202-252-7268




For Deft. (standby):     CARMEN D. HERNANDEZ
                         7166 Mink Hollow Road
                         Highland, MD 20777
                         240-472-3391




Reported By:     LORRAINE T. HERMAN, RPR, CRC
                 Official Court Reporter
                 U.S. District & Bankruptcy Courts
                 333 Constitution Avenue, NW
                 Room 6720
                 Washington, DC 20001
                 202-354-3196
```

1            COURTROOM DEPUTY:  This is Criminal Case 21-386-2,
2    United States of America versus Pauline Bauer.
3            Can the parties identify themselves for the
4    record, starting with the government.
5            MS. FRETTO:  Good morning, Your Honor.  Amanda
6    Fretto and Jim Peterson on behalf of the United States.
7            THE COURT:  Good morning, folks.
8            MS. BAUER:  Give me a minute.  I'm sorry.
9            THE COURT:  Good morning, Ms. Bauer.
10           MS. BAUER:  Good morning.
11           I am here, Your Honor, by special appearance,
12   calling for a constitutional court of record, a summary
13   judgment of truth and facts, to settle this matter here
14   today before the Court.
15           THE COURT:  All right.
16           MS. BAUER:  I'm not finished.
17           THE COURT:  I'm sorry.  You can have a seat,
18   ma'am.
19           MS. BAUER:  Can you give this to the Judge,
20   please?
21           THE COURT:  I need to have you sit down for a
22   moment.
23           MS. HERNANDEZ:  Good morning, Your Honor.  Carmen
24   Hernandez, standby counsel.
25           MS. BAUER:  Objection.  She is not my counsel.

1                THE COURT:  Good morning, Ms. Hernandez.

2                All right.  So, Ms. Bauer, here is where things

3       are.  I feel very comfortable with my decision last week to

4       revoke your bond.  You have shown here in this courtroom

5       kind of a complete disregard for the Court, and you've

6       shown, by your conduct outside and refusal to follow my

7       directions, a complete unwillingliness to follow even very

8       basic conditions of release.

9                MS. BAUER:  Sir --

10               THE COURT:  More, the government has presented

11      evidence in your charges that you've shown kind of a

12      contempt for the rule of law.  So all of this makes me feel

13      very comfortable under the law that I can and probably

14      should have you in custody.

15               MS. BAUER:  God gave me dominion over the land --

16               THE COURT:  Ma'am, one of the ways I can figure

17      out whether I can trust you or not is whether you can follow

18      even basic courtroom decorum here, and one of those things

19      is not speaking over me.

20               I am willing to give you a last opportunity to

21      convince me that I can trust you to follow my conditions of

22      release and allow you to be in the community rather than

23      remaining in custody.  So I am happy to hear from you.

24               I want you to understand where things stand here;

25      that your track record so far has shown me that you believe

1       you are above the law; and that you are not willing to
2       follow my conditions of release.  If you've had a change of
3       heart, this is your opportunity to demonstrate that.  You
4       can come to the podium, ma'am.
5                   MS. BAUER:  I, Pauline, from the House of Bauer, a
6       woman, a living soul, as judiciary, as sui juris, as just
7       soley.  My status is clearly defined in Genesis 1:24 through
8       28, where God created man in the likeness of himself.  He
9       created all the little creatures on the land, and he created
10      all of the birds in the air and all of the fish in the
11      water.  And he gave man dominion over the land, the air and
12      the water and that is law.
13                  In 1983, President Reagan signed into public
14      law, 97280 --
15                  THE COURT:  Ma'am, if you want to talk about the
16      Bible -- ma'am.  Ma'am.  Excuse me.  If you want to talk
17      about the Bible, the Bible is full of references about
18      people being --
19                  MS. BAUER:  The Bible is also public law 97280,
20      sir --
21                  THE COURT:  Please.  Do not interrupt me.
22                  The Bible is full of references of people being in
23      subjection to the authorities over them.  Romans 13 jumps to
24      mind, about ministers of justice being there to do you good,
25      and therefore you should respect them.

1       MS. BAUER:  Your Honor, I'm here as a friend of
2  the Court.  I just spent a week of my life in jail because I
3  won't agree to your rules, codes, statutes, ordinance,
4  bylaws and tacit agreement.  You told me you don't know what
5  a tacit agreement is.  It's in the Black's Law Dictionary.
6  So are you telling me that you are ignorant of the law?  I
7  am not trying to be mean or anything, but is that what you
8  are telling me?
9       THE COURT:  You are certainly not hurting my
10 feelings.  This is your opportunity to convince me that I
11 can trust you to be out in the community.
12      MS. BAUER:  Under Title 8, Section 1101(a)(21) and
13 (23), sir, I have diplomatic immunity -- limited diplomatic
14 immunity.  I am not a person.  I am not a citizen.  And I am
15 not a resident.
16      THE COURT:  Okay.  And so as you believe you have
17 diplomatic immunity, I take it that means you don't need to
18 follow the law?
19      MS. BAUER:  I am innocent until proven guilty.
20 And they don't even have any evidence.  We are nine months
21 into this case.
22      THE COURT:  Okay.  That's a different point,
23 ma'am.  I agree that you are innocent until proven guilty
24 but --
25      MS. BAUER:  I have no prior convictions.  I don't

1    want to agree to a tacit agreement, and I don't want to
2    agree to a standby attorney, sir.  I'm not trying to be
3    difficult.
4             I have -- I've done nothing but work all my life
5    for what I have, and I could lose it all right now because
6    you threw me in jail for a week.
7             You know, every day is precious in life.  I stood
8    at the window.  First of all, I am not suicidal.  God gave
9    me a day to come into this world, and he will take me out.
10   Okay?  But you threw me in a suicide ward for three days.
11            A suicidal woman does not take vitamins every day,
12   does not eat properly and does not exercise regularly.  A
13   suicidal woman wears this on their face all day long in a
14   jail cell breathing in their own carbon dioxide.  Okay?
15            I'm just asking for the mercy of the Court to let
16   me go home.  I don't do anything.
17            THE COURT:  All right.  So let's talk about that.
18   Are you willing to allow probation to do a --
19            MS. BAUER:  Sir, I just told you, under Title 8,
20   Section 1101(a)(21) and (23) -- I don't want to agree to a
21   tacit agreement.  That puts me in a bar court.  I am asking
22   for a constitutional court.  Are you deriving your oath of
23   office over me through a bar court or through a
24   constitutional court, sir?
25            THE COURT:  Ma'am, we are not going to have this

1    back-and-forth about the jurisdiction of the Court.  I am
2    very comfortable in my jurisdiction.  If you do not
3    recognize my jurisdiction, then that is a problem for you,
4    not for me.
5             MS. BAUER:  You know, it's pretty clear that we
6    are not going to go anywhere, here, so can we just take this
7    to an appellate court?
8             THE COURT:  You are welcome to do that.
9             All right.  I think we already have a status
10   conference set.  Ms. Fretto, do we have another date set
11   here?
12            MS. FRETTO:  Yes, Your Honor, we do.  It is --
13            THE COURT:  Until October 29th?
14            MS. FRETTO:  Yes.
15            THE COURT:  I think Ms. Bauer is not even
16   acknowledging the motion filed by Ms. Hernandez, who is
17   working hard on your behalf, ma'am, but I am denying the
18   motion for reconsideration for all of the reasons that I
19   stated on the record before.  And, frankly, your conduct
20   here today shows that you believe you have diplomatic
21   immunity, that you are not willing to abide by the
22   conditions that I've described or even general expectations
23   of courtroom demeanor, here.
24            Ms. Hernandez?
25            MS. HERNANDEZ:  Good morning, Your Honor.

1          Your Honor, just for the record, last Friday after
2  court I spoke with Ms. Bauer, and she told me that I could
3  tell the Court that she was willing to allow for the virtual
4  home inspection and would make those phone calls.  She just
5  didn't want to sign anything, because she believes that that
6  has some tacit agreement effect.  She explicitly told me
7  those two things.
8          So if the Court -- I understand what has just
9  happened, but if the Court would allow me one moment to ask
10 her if she is revoking that decision or whether -- I don't
11 know if that will get us somewhere.
12         As I put in there, she has letters from a lot of
13 community people who speak incredibly highly of her.  Her
14 sister is here again.  She has been here each time.  It is a
15 very sad situation.  This woman apparently contributes to
16 her community, has a business.  I know a lot of people don't
17 like lawyers.  I think she could be a productive member in
18 her community.  It's sad that she would be taking up space
19 in a jail cell.
20         And it also creates problems.  If she wants to
21 self-represent, it's going to be impossible for her to
22 review discovery.  The government produced this morning a
23 flash drive with materials, but the jail is telling us that
24 if we sent those materials over to the jail, it takes four
25 to six weeks for them to even be able to review them.  I

1     understand there's 12 laptops at the jail for everyone to
2     use.  So it's a problem.
3               I understand I may be arguing too much, which I
4     often do, but I just think it's a tragedy if Ms. Bauer has
5     to go back to jail today when all she has to do is make one
6     phone call a week to pre-trial services and allow for a
7     virtual home visit.
8               Pauline, are you willing to do that so you can go
9     home?
10              MS. BAUER:  I would be willing to do that if you
11    could tell me that wasn't a tacit agreement.
12              THE COURT:  Ma'am, I'm not trying to beg you to do
13    anything.  I've made my decision.  This is your opportunity
14    to convince me that I should reconsider that decision.
15              MS. BAUER:  Yes, sir, I think you should
16    reconsider that decision.
17              THE COURT:  And on what basis?
18              MS. BAUER:  On the basis that I am not a danger to
19    society, sir.
20              THE COURT:  I've already said I'm not terribly
21    worried about you being a danger to society.  I am worried
22    about you --
23              MS. BAUER:  Then I can't understand why you need
24    me to do all of these things.
25              THE COURT:  Ma'am, again, I don't have to convince

1    you of anything.  You have to convince me that I can trust
2    you.
3                MS. BAUER:  What about my constitutional rights?
4                THE COURT:  I'm sorry, ma'am.  I am not going to
5    debate with you.  Last chance.
6                MS. HERNANDEZ:  Pauline, you will just make one
7    phone call a week and do a virtual home inspection.  That's
8    it.  Say yes, please.
9                THE COURT:  Are you going to follow my directions,
10   Ms. Bauer?
11               MS. BAUER:  You know, judgment day is going to
12   come for all of you that are doing things to make money off
13   of mankind.
14               THE COURT:  I will take that as a no.
15               Marshals, remove the defendant.  I will see you
16   all on October 29th.
17               (Proceedings concluded at 11:42 a.m.)
18
19
20
21
22
23
24
25

## C E R T I F I C A T E

I, **Lorraine T. Herman, Official Court Reporter,** certify that the foregoing is a true and correct transcript of the record of proceedings in the above-entitled matter.

**October 19, 2021**        **/s/**
      **DATE**        **Lorraine T. Herman**