UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 21-cr-386 (TNM) |
| v. | : | |
| | : | |
| PAULINE BAUER, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL THE IDENTITY OF ANY EXPERT WITNESS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to Defendant Pauline Bauer's Motion to Compel Government to Disclose the Identity of Any Expert Witness (the "Motion") (ECF No. 145).

At this time, the Government does not intend to call any expert witnesses at trial. The government notes that the defendant recently stated that "counsel is investigating the impact of mob mentality which therefore would call for an expert." ECF No. 135, pg. 2. To date, the defendant has given no notice of any proposed expert testimony. If the government intends to call an expert witness, the government will promptly notify the defendant.

Accordingly, the Motion can be denied as moot.

**CONCLUSION**

The Motion should be denied as moot.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ James D. Peterson*
JAMES D. PETERSON
Bar No. VA 35373
United States Department of Justice
1331 F Street N.W. 6th Floor
Washington, D.C. 20530
Desk: (202) 353-0796
James.d.peterson@usdoj.gov

*s/ Joseph McFarlane*
PA Bar No. 311698
United States Department of Justice
1400 New York Ave NW
Washington, D.C. 20005
Desk: (202) 514-6220
Mobile: (202) 368-6049
joseph.mcfarlane@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the Government's Response was served on all counsel of record via the Court's electronic filing service.

                                               */s/ Joseph McFarlane*
                                               JOSEPH MCFARLANE
                                               Trial Attorney

Date: August 8, 2022