IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:21-cr-00386 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| PAULINE BAUER, | ) | The Honorable Trevor N. McFadden |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO MODIFY CONDITION OF RELEASE AND PERMIT AN OVERNIGHT VISIT TO ATTEND VIEWING AND FUNERAL SERVICES

And now, to-wit, comes the Defendant, Pauline Bauer (hereinafter "Ms. Bauer"), by and through her counsel, Komron Jon Maknoon, and respectfully submits the within Defendant's Motion to Modify Condition of Release and Permit an Overnight Visit to Attend Viewing and Funeral Services. In support thereof, she avers as follows:

1. On June 4, 2021, Ms. Bauer was indicted on alleged violations of 18 U.S.C. §§ 1512(c)(2) and 2, 18 U.S.C. § 1752(a)(1), 18 U.S.C. § 1752(a)(2), 40 U.S.C. § 5104(e)(2)(D), and 40 U.S.C. § 5104(e)(2)(G) (*See* ECF Doc. No. 11).

2. A superseding indictment was issued on March 16, 2022, with the same alleged violations (*See* ECF Doc. No. 116).

3. On September 17, 2021, Ms. Bauer was remanded to the custody of the U.S. Marshals for violations of pretrial conditions.

4. On May 20, 2022, undersigned counsel respectfully entered his appearance on behalf of Ms. Bauer (*See* ECF Doc. No. 129).

1

5. On June 27, 2022, Ms. Bauer filed a Motion for Reconsideration of Detention Order Pursuant to 18 U.S.C. § 3142(f) (*See* ECF Doc. No. 137).

6. On or about July 25, 2022, Ms. Bauer filed a Sealed Emergency Supplement to her Motion for Reconsideration of Detention Order Pursuant to 18 U.S.C. § 3142(f).

7. On or about September 20, 2022, Status Conference as to Ms. Bauer and a Motion Hearing on Ms. Bauer's Motion for Reconsideration of Detention Order was held.

8. On or about September 20, 2022, Ms. Bauer's Motion for Reconsideration of Detention Order was granted, and Ms. Bauer was placed on conditions of release (*See* ECF Doc. No. 163).

9. Pursuant to Ms. Bauer's conditions of release (7t), Ms. Bauer must have advanced approval from the United States Probation Officers to visit her father who resides in Gibsonia, Pennsylvania (*See* ECF Doc. No. 163).

10. Currently, Pretrial Services allows for Ms. Bauer to visit her father during the day; however, she must return to her residence by 11:00pm.[1]

11. On or about October 30, 2022, Ms. Bauer filed a Motion to Modify Conditions of Release for an overnight visit with her father considering his recent placement on hospice care due to his quickly deteriorating health (*See* ECF Doc. No. 164).

12. Undersigned counsel just learned that Ms. Bauer's father passed away a few days ago.

---

[1] Ms. Bauer and United States Pretrial Services have assigned Mondays for daytime visitation with her father.

13. The viewing is being held at Schellhaas Funeral Home and Cremation Services, Ltd., which is located at 5864 Heckert Rd, Bakerstown, PA 15007 on Sunday November 6, 2022, from 1:00 pm to 3:00 pm. and 5:00 pm to 7:00 pm.

14. In addition, the Funeral Service will be held at the same location Monday November 7, 2022, at 11:00 am with a burial service to follow which will be held at Lakewood Memorial Gardens located at 943 Gibsonia Rd, Cheswick, PA 15024.

15. Both locations are approximately 2.5 hours from Ms. Bauer's residence.

16. Ms. Bauer would like to leave her home in Kane, PA at 9:00 am on Sunday November 6, 2022, attend the viewing services, spend the night at her father's house with family in Gibsonia, and then attend the funeral/burial service the following day and return by curfew.

17. On November 4, 2022, Assistant United States Attorney James Peterson stated that the government has no objection to this overnight visit requested within.

WHEREFORE, Ms. Bauer respectfully requests that this Honorable Court consider Defendant's Motion to Modify Condition of Release and Permit an Overnight Visit to Attend Viewing and Funeral Services and grant permission to allow Ms. Bauer stay overnight at her father's house from Sunday November 6, 2022, until Monday November 7, 2022, and return by curfew.

Respectfully submitted,

*s/ Komron Jon Maknoon*
Komron Jon Maknoon, Esquire
PA I.D. No. 90466

Maknoon & Associates, LLC
309 Smithfield St., 4th Floor
Pittsburgh, PA 15222
(412) 201-1802

3

(412) 774-8424 FAX

4