| | | UNITED STATES OF AMERICA | | |
|---|---|---|---|---|
| Government | ✓ | | | |
| Plaintiff | ☐ | VS. | | Criminal No. 1:21-cr-00386-TNM-2 |
| Defendant | ☐ | | | |
| Joint | ☐ | PAULINE BAUER | | |
| Court | ☐ | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| A. | **Physical Evidence** | | | | |
| 1. | Ludlow PA Sportsman Sweatshirt | 1/19/2023 | 1/19/2023 | | |
| 2. | Blackcoat | 1/19/23 | 1/19/23 | | |
| 3. | Rose iPhone | 1/19/23 | 1/19/23 | | |
| 4. | NorthFace mittens | 1/19/23 | 1/19/23 | | |
| | | | | | |
| B. | **100 Series - Search Warrant and Social Media** | | | | |
| 100 | PB FB 1 4 2021 – DC to protest | 1/19/23 | 1/19/23 | | |
| 101 | PB - FB Post I was Inside | 1/19/23 | 1/19/23 | | |
| 102 | PB - FB Post - we took back what rightfully | 1/19/23 | 1/19/23 | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 103 | PB FB 1 7 2021 We took over | 1/19/2023 | 1/19/2023 | Pauline Bauer | |
| 104 | PB FB 1 7 2021 We took over like patriots | " | " | Pauline Bauer | |
| 105 | PB FB Do you really think | " | " | Pauline Bauer | |
| 106 | PB FB Full investigation into fraud | " | " | Pauline Bauer | |
| 107 | PB FB How do you breach | " | " | | |
| 108 | PB FB Infiltrated by antifa | " | " | | |
| 109 | PB FB There is video of fence | " | " | | |
| 110 | PB FB After what Pence did | " | " | | |
| 111 | PB FB Cyber attack on voting machines | " | " | | |
| ~~112~~ | ~~PB FB WWG1WGA~~ Withdrawn | | | | |
| ~~113~~ | ~~PB FB Trump is my President~~ Withdrawn | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 114 | Weyer FB Group Photo (see 301) 99361137829959 | 1/19/2023 | 1/19/2023 | Brent White | |
| 115 | Weyer FB- 993456901178736 | 1/19/2023 | 1/19/2023 | | |
| 116 | Weyer FB- 993474384510321 | " | " | Brent White Pauline Bauer | |
| 117 | Weyer FB 993505907840502 | " | " | Brent White | |
| 118 | Weyer FB videos_993456961178730.mp4 (Barricades) | " | " | Brent White | |
| ~~119~~ | ~~PB FB group_message_1676902462509347 (Russ Diamond J5 speech stolen election)~~ Withdrawn | | | | |
| ~~120~~ | ~~PB FB group_message_1676901975842729 (Doug Mastriano J5 speech stolen election)~~ Withdrawn | | | | |
| ~~121~~ | ~~PB FB activity_log_1677899352409658 (Doug Mastriano J5 speech - photo)~~ Withdrawn | | | | |
| 122 | 123 PB FB 10086-92 | " | " | Pauline Bauer | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO ~~JURY~~ (date & time) |
|---|---|---|---|---|---|
| C. | 200 Series – Audio and Video Evidence | | | | |
| 200 | Standard Capitol (modified) Riots Compilation - montage | 1/19/2023 | 1/19/2023 | Lt. George McCree | |
| 201 | Standard Official Proceedings video – montage | " | " | Mark Gazelle | |
| 202 | USCP Video – Cam. 0907 (East Plaza – facing out 1:55-2:05) | " | " | Brent White | |
| 203 | USCP Video – Cam. 0932 (East Plaza – facing in 1:55-3:30) | " | " | Marc Carrion | |
| 204 | USCP Video – Cam. 7029 (Enter) | " | " | Marc Carrion | |
| 205 | USCP Video – Cam. 0686 (Enter) | " | " | Marc Carrion | |
| 206 | USCP Video – Cam. 0960 (Rotunda) (2:44 – 321) | " | " | | |
| 207 | USCP Video – Cam. 0959 (Rotunda) (2:44 – 321) | " | " | Travis Coley | |
| 208 | USCP Video – Cam. 218 (Rotunda) (2:44 – 321) | " | " | | |
| 209 | USCP Video – Cam. 7029 (Exit) | " | " | Marc Carrion | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 210 | USCP Video – Cam. 0686 (Exit) | 1/19/2023 | 1/19/2023 | | |
| 211 | BWC Video - Bronstein | " | " | | |
| 212 | BWC Video - Lapitsky | " | " | Travis Coley | |
| 213 | BWC Video - Coley | " | " | Lt. George McCree / Travis Coley | |
| 214 | BWC Video – Marsh | " | " | | |
| 215 | BWC Video – Rubin | " | " | Travis Coley | |
| 216 | Trump Speech Excerpt | " | " | | |
| 217 | https://archive.org/details/JfhcNfoYJ3iaZf3SP (PB holding barricade - Timecode: 14:37) (*United States v. Pamela Hemphill* – Exhibit 3) | " | " | Brent White | |
| 217a | Screenshot – Bauer at barricades from *USA v Hemphill* | " | " | Brent White | |
| 218 | https://archive.org/details/M2yR5wwGJA2sq38mc (PB marching with flag through breached barricade - Timecode: 10:00:56) (Patriots Soapbox News Network) | " | " | Brent White | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 218a | Screenshot – Bauer breaching with flag - Patriots Soapbox News Network | 1/19/2023 | 1/19/2023 | Brent White | |
| 219 | https://www.youtube.com/watch?v=z1gODZvbhqs&t=1988s (East Main "Columbus" Doors 1:45 - 4:45 pm - 56 video sync) | '' | '' | | |
| 220 | Screenshot from LetFreedomReignMedia | '' | '' | | |
| 221 | https://www.youtube.com/watch?v=jBRJmnvFfo8&t=3578s (REEL: The Capitol Siege - January 6th - RAW FOOTAGE Timecode: 1:59:33) | '' | '' | Brent White | |
| 221a | Screenshot from REEL: The Capitol Siege - January 6th - RAW FOOTAGE | '' | '' | Brent White | |
| 221b | Screenshot from REEL: The Capitol Siege - January 6th - RAW FOOTAGE – flashbang | '' | '' | Brent White | |
| ~~222~~ | ~~Screenshot – Alamy (Harrisburg, PA. Jan 5t, 2021. Protesters hold signs during a "Stop the Steal" rally)~~ Withdrawn | | | | |
| ~~223~~ | ~~Screenshot Twitter (Harrisburg, PA. Jan 5t, 2021. Protesters hold signs during a "Stop the Steal" rally)~~ Withdrawn | | | | |
| ~~223a~~ | ~~Screenshot Twitter (Harrisburg, PA. Jan 5t, 2021. Protesters hold signs during a "Stop the Steal" rally)~~ Withdrawn | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| D. | **300 Series – Evidence Recovered from Devices** | | | | |
| 300 | ~~PB_Phone_0176-PG-3396256_0000010 1A0006333_0000002 (PB – Wash Monument – Trump speech – 00:46)~~ Withdrawn | | | | |
| 301 | PB_Phone_cpIAeOSJuHUf30vtrTm3phgmxzw01 C_ (PB at barricade right before breach 00:41) | 1/19/2023 | 1/19/2023 | Brent White | |
| 302 | PB Phone cpIAbhh3wXHh ea4maq BEP bnXH4rkVxF (PB at E Side Step chanting "stop the steal 01:05) | " | " | | |
| 303 | PB Phone cpIAc0Vvgn+Xlxr75W6jLcd4TNggOFk (PB at intact barricade 00:02) | " | " | | |
| 304 | PB Phone cpIAeVOUXkVOvVmf98n I p4u 7 + gZL_Kg (At East Rotunda door 00:17 [2:35]) | " | " | | |
| 305 | PB Phone cpIAeVIKWP9BRwGWEdctlE7PCGD+ SeW (Rotunda - Kingdom for a bathroom and cig 00:11 [2:52]) | " | " | | |
| 306 | PB Phone cpIAR9rc cycDUVQ5bnP+c_gCi_yhwiu (Cops are leaving the Capitol – surrender 00:45 [3:41]) | " | " | Brent White | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 307 | PB Phone cplARo6Y5gV2nNxD la SJcq I6+j8ce6z (PB behind barricade with group and police 00:43 [12:59]) | 1/19/2023 | 1/19/2023 | Brent White | |
| 308 | PB Phone cplATI_DRl6ZJkkFit_nE9nfRjW6_tX (Steps – screams of we're going in 01:48 [2:05]) | " | " | Brent White | |
| 309 | PB Phone cplAUedll8M41cEH5PLoRNa++6PQi7c (brief rotunda confrontation 00:01 [3:01]) | " | " | | |
| 310 | PB Phone cplAVS3TgUa_VZuilxQObrpyGD4A09c (at barricade – red hair lady and Hemphill sync 02:33 [1:56]) | " | " | Brent White | |
| 311 | PB Phone cplAYJNYcJrm_zaa01 EylbZrofrvw6r (Rotunda confrontation 01:11 [2:59]) | " | " | Brent White | |
| ~~312~~ | ~~PB Phone telegram_video (Lin Wood – podcast 1/16/2021)~~ Withdrawn | | | | |
| 313 | PB Phone Resized_20210106_163927 (Group photo outside Capitol) | 1/19/2023 | 1/19/2023 | | |
| 314 | PB Phone FB_IMG_1609957418132 (Group photo outside barricades) | " | " | | |
| 315 | PB Phone cplAUDKD9moCQhG4dHLEcypF1Wv8Btl (Speaker Pelosi tearing Constitution) | " | " | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 316 | PB Cell phone cplAT1_DRl6ZJkkFit_nE9nfRjW6_tX.mov (PB East steps "this is our building") | 1/19/2023 | 1/19/2023 | | |
| 317 | cplAdhDHhG7Thbmui7+7x6isBf8y8RD (steps "stop the steal" 00.13) | '' | '' | | |
| 318 | PB Phone Extract pages 21-23 | '' | '' | | |
| ~~319~~ | ~~PB Phone Extract pages 83-86~~ Withdrawn | | | | |
| ~~320~~ | ~~PB Phone Extract pages 153-163~~ Withdrawn | | | | |
| 321 | PB Phone Extract pages 163-166 | '' | '' | | |
| 322 | PB Phone Extract pages 166-169 | '' | '' | Pauline Bauer | |
| 323 | PB Phone Extract pages 242-245 | '' | '' | | |
| E. | 400 Series – Documents and Record | | | | |
| 400 | Map of Capitol Grounds | '' | '' | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 401 | Map of Barricades | 1/19/2023 | 1/19/2023 | Lt. George McCree | |
| 402 | Sgt. at Arms – Emergency Order Closing Capitol – March 12, 2020 (Note Stip re: Senate) | " | 1/19/2023 | | |
| 403 | E-mail Memorandum USSS – Notification Protective Detail VP Pence - Hawa | " | 1/19/2023 | | |
| 404 | Map of Capitol – Second Floor | " | 1/19/2023 | Lt. George McCree Mark Gazelle | |
| 405 | 3D Map of Capitol | " | 1/19/2023 | | |
| 406 | Area Closed Sign 1 | " | 1/19/2023 | Lt. George McCree | |
| 407 | Area Closed Sign 2 | " | 1/19/2023 | Lt. George McCree | |
| | | | | | |
| F. | 500 Series – Legal and Congressional Records | | | | |
| 500 | U.S. Const. 12th Amend | " | 1/19/2023 | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 501 | 3 U.S. Code § 15 | 1/19/2023 | 1/19/2023 | | |
| 502 | 3 U.S. Code § 16 | " | " | | |
| 503 | 3 U.S. Code § 17 | " | " | | |
| 504 | 3 U.S. Code § 18 | " | " | | |
| 505 | Congressional Record - House | " | " | | |
| 506 | Congressional Record - Senate | " | " | | |
| 507 | S. Con. Res 1 | " | " | | |
| G. | **600 Series - Other** | | | | |
| | | | | | |
| H. | **700 Series - Stipulations** | | | | |
| 700 | Stipulation re: Cell Phone | " | " | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 701 | Stipulation re: ID | 1/19/2023 | 1/19/2023 | Travis Coley | |
| 702 | Stipulation re: USCP Video | " | " | | |
| 703 | Stipulation re: BWC video | " | " | | |
| 704 | Stipulation re: Capitol Closed | " | " | | |
| 705 | Stipulation re: Grounds and Certification of EC | " | " | | |
| 706 | Stipulation re: Facebook | | | | |
| 707a | Direct examination of USSS Agent Hawa, Griffith | " | " | | |
| 707b | Capitol Photo with yellow perimeter | " | " | | |
| 707c | HOS Notification-Vice President Pence | " | " | | |
| 707d | Hawa Video Exhibit | " | " | | |