### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CRIMINAL NO:  21-386-2 (TNM)

v.

PAULINE BAUER

#### Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy, and do agree on the exhibits which will be submitted to the Court.

**Exhibits Submitted to the Court:**

_____          _1/20/2023_____
Government                                Date

_____          _1/20/2023_____
Defendant                                 Date

_____          _____

_____          _____