# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 21-cr-00386 (TNM)** |
| **v.** | : | |
| | : | |
| **PAULINE BAUER,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF WITHDRAWAL

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Joseph McFarlane, as counsel for the United States, is terminating his appearance as counsel of record in this matter.  All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

DATED: February 7, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Joseph S. McFarlane*
JOSEPH S. McFARLANE
PA Bar No. 311698
Trial Attorney, Detailee
1400 New York Ave. NW
Washington, DC 20005
(202) 368-6049
Joseph.mcfarlane@usdoj.gov