IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:21-cr-00386 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| PAULINE BAUER, | ) | The Honorable Trevor N. McFadden |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE SENTENCING

And now, to-wit, comes the Defendant, Pauline Bauer (hereinafter "Ms. Bauer"), by and through her counsel, Komron Jon Maknoon, and respectfully submits the within Motion to Continue Sentencing. In support thereof, she avers as follows:

1. On June 4, 2021, Ms. Bauer was indicted on alleged violations of 18 U.S.C. §§ 1512(c)(2) and 2, 18 U.S.C. § 1752(a)(1), 18 U.S.C. § 1752(a)(2), 40 U.S.C. § 5104(e)(2)(D), and 40 U.S.C. § 5104(e)(2)(G) (*See* ECF Doc. No. 11).

2. On March 16, 2022, a superseding indictment was filed with the same violations (*See* ECF Doc. 116).

3. On May 20, 2022, undersigned counsel entered his appearance (See ECF Doc. No. 129).

4. On January 19, 2023, a Bench Trial was held and Ms. Bauer was found guilty of counts one (1) through five (5) (*See* ECF Doc. No. 174).

5. Currently scheduled and due are Sentencing Memoranda on April 24, 2023, and Sentencing in this matter is scheduled for May 1, 2023 (*See* ECF Doc. No. 174).

1

6.        Undersigned counsel is still in the process of gathering medical records and letters to supplement the sentencing memoranda.

7.        Assistant United States Attorney James Peterson informed undersigned counsel that he consents to the relief sought within and for sentencing to be continued for thirty (30) days.

WHEREFORE, Ms. Bauer respectfully requests that this Honorable Court grant the Motion to Continue Sentencing for Thirty Days, or a date deemed more appropriate by this Court as well as the respective dates of memoranda accordingly.

Respectfully submitted,

*/s/ Komron Jon Maknoon*
Komron Jon Maknoon, Esquire
PA I.D. No. 90466

Maknoon & Associates, LLC
309 Smithfield St., 4th Floor
Pittsburgh, PA 15222
(412) 201-1802
(412) 774-8424 FAX